# Exhibit A

# EXHIBIT A

| MARK | REG. NO. | FIRST USE / REG. DATES | CLASS: GOODS/SERVICES |
|---|---|---|---|
| SIMPLE MOBILE | 3817164 | 8/30/2009 7/13/2010 | Class 38: telecommunications and information technology services, namely, transmission of voice, data, images, audio, video, and information via telephone and global communication networks; personal communications services; pager services; electronic mail services; providing multiple-user access to a global communications network; transmission and broadcast of audio and video programming; cellular telephone services |
| SIMPLE MOBILE | 4331438 | 8/30/2009 5/7/2013 | Class 9: Subscribed identity module (SIM) cards for cellular telephones |
| SIMPLE MOBILE | 4331439 | 8/30/2009 5/7/2013 | Class 35: On-line retail store services featuring SIM cards, airtime cards and wireless devices; Retail store services featuring SIM cards, airtime cards and wireless devices |
| SIM SIMPLE MOBILE [logo: SIMPLE Mobile] | 4331576 | 8/30/2009 5/7/2013 | Class 9: Subscribed identity module (SIM) cards for cellular telephones |
| SIM SIMPLE MOBILE [logo: SIMPLE Mobile] | 4331577 | 8/30/2009 5/7/2013 | Class 35: On-line retail store services featuring SIM cards, airtime cards and wireless devices; Retail store services featuring SIM cards, airtime cards and wireless devices |
| SIMPLE MOBILE [logo: SIMPLE Mobile] | 4331578 | 8/30/2009 5/7/2013 | Class 38: Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Telecommunication services, namely, wireless telephone services; Telephone communication services |
| SIMPLE MOBILE [logo: SIMPLE Mobile] | 4331579 | 8/30/2009 5/7/2013 | Class 35: On-line retail store services featuring SIM cards, airtime cards and wireless devices; Retail store services featuring SIM cards, airtime cards and wireless devices |
| SIMPLE MOBILE [logo: SIMPLE Mobile] | 4331580 | 8/30/2009 5/7/2013 | Class 9: Subscribed identity module (SIM) cards for cellular telephones |
| SIM SIMPLE MOBILE [logo: SIMPLE Mobile] | 4331581 | 8/30/2009 5/7/2013 | Class 38: Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Telecommunication services, namely, wireless telephone services; Telephone communication services |