# Exhibit B

Open a FREE Account | Log in | Help

 DomainTools

Enter a domain name | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > MySimpleMobilePay.com

Tweet   Like  9k

## MySimpleMobilePay.com Whois Record

**Video Calls** Meetings are Better in HD Video, Start Free Trial Now! experts.pgi.com/iMeet
**VA Streamline (2.75%)?** No Credit Score or Appraisal Needed Now. www.lowvarates.com
**No Closing Cost Refinance** No (ZERO) Closing Cost Refinancing. Low APR Mortgage Available! CashCallMortgage.com
**No Contract Cell Phones** Best Selling Cell Phones With The Newest Features. No Contract! smarter.com/NoContractCellPhones
**Refinance From 2.75% APR** No Closing Cost Refinancing 30 Year Fixed Term APR, Easy Approvals NewRateLending.Com

AdChoices

**Whois Record**   Site Profile   Registration   Server Stats   For Sale

Reverse Whois:  "Domains By Proxy, LLC" was found in about 11,326,009 other domains
Registrar History:  1 registrar
NS History:  3 changes on 3 unique name servers over 2 years.
IP History:  4 changes on 5 unique IP addresses over 2 years.
Whois History:  14 records have been archived since 2011-07-02.
Reverse IP:  116,068 other sites hosted on this server.

Log in or Create a FREE account to start monitoring this domain name.
Preview the complete Domain Report for mysimplemobilepay.com

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now

No Screenshot Available

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MYSIMPLEMOBILEPAY.COM
    Created on: 30-Jun-11
    Expires on: 30-Jun-14
    Last Updated on: 05-Jul-13

Registrant:
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
    Private, Registration    mysimplemobilepay.com@domainsbyproxy.com
    Domains By Proxy, LLC
    DomainsByProxy.com
    14747 N Northsight Blvd Suite 111, PMB 309
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2598

Technical Contact:
    Private, Registration    mysimplemobilepay.com@domainsbyproxy.com
    Domains By Proxy, LLC
    DomainsByProxy.com
    14747 N Northsight Blvd Suite 111, PMB 309
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2598

Domain servers in listed order:
    NS67.DOMAINCONTROL.COM
    NS68.DOMAINCONTROL.COM
```

DOMAININDEX.COM
APPRAISE THIS DOMAIN FOR ME

Country TLDs   General TLDs

Available domains for registration:

| MySimpleMobilePay.at | Register |
| MySimpleMobilePay.ch | Register |
| MySimpleMobilePay.cn | Register |
| MySimpleMobilePay.co.uk | Register |
| MySimpleMobilePay.de | Register |
| MySimpleMobilePay.dk | Register |
| MySimpleMobilePay.es | Register |
| MySimpleMobilePay.eu | Register |
| MySimpleMobilePay.fr | Register |
| MySimpleMobilePay.in | Register |

Backorder this domain or Hire a domain broker

Register All Selected >   Show all (17) >

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

AdChoices

**FHA Loan Qualifications**
www.discover.com/h...
Fast and Simple Process to Pre-Qualify for an FHA Loan!

**Prepaid Phone Plans**
CanDoFinance.com/...
Considering a Prepaid Cell Plan? See our Free Helpful Guide Online.

**Closing Cost Calculator**
entitledirect.com
Lower Your Closing Costs! Save 35% On Title Insurance. Get Free Quote.

**HUD Foreclosures for Sale**
www.USAForeclosur...
Free Foreclosure & HUD Listings 70,000+ HUD Listings. Up to

**The VA Mortgage Loan**
www.VeteransUnited...
Military Veterans Get $0 Down. Pre-Qualify & Get a Quote in 2 Mins

**USDA Home Loans**
paramountequity.co...
Buy w No Down Payment Great Rates, Low Fees. Call Now.

**Virgin Mobile®**
www.virginmobileusa...
Official Site: Great Phones, Free Shipping & Plans Starting at $35/mo

**2.7% FIXED Mortgage Rate**
MortgageRates.Free...
Low 15-Yr, 30-Yr Rates. 2.9 APR*. 1 Bank. Get a Quote in 30 Seconds!

**FHA Streamline Refinance**
freedommortgage.co...
See how you can lower your mortgage bill by $200 on avg. Takes 20 mins!

**VA Streamline (2.75%)?**
www.lowvarates.com
No Credit Score or Appraisal Needed Get Pre-Approved in 60 Seconds.


AdChoices

Membership | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.

http://whois.domaintools.com/mysimplemobilepay.com                                                            7/9/2013



http://whois.domaintools.com/mysimplemobilepay.com 7/9/2013