# Exhibit C

**Sidhu, Harpo (Secy-LA-LT)**

| | |
|---|---|
| **From:** | generalmanager@domainsbyproxy.com |
| **Sent:** | Monday, July 08, 2013 2:50 PM |
| **To:** | Kenneth Oh |
| **Subject:** | 635457::SIMPLEMOBILENOW.NET |

Dear Kenneth Oh,

Thank you for your message concerning the domain name SIMPLEMOBILENOW.NET.

Domains By Proxy ("DBP") provides a proxy registration service that allows its customers to register domain names without listing their contact information in the public WHOIS database. Since DBP is listed as the registrant of all domain names for which it provides service, it may appear that DBP operates or has an interest in the domain name or website. That is not the case; DBP is neither a domain name registrar, nor a hosting provider.

We have forwarded your complaint via email to our customer. In this email we requested that our customer contact you no later than close of business on July 15, 2013. If our customer fails to respond to our request, we may then disclose the registrant's contact information.

Please let us know if you have any questions or concerns.


Very truly yours,

Jeffrey Renoir
Office of the General Manager
Domains By Proxy, LLC

1