Exhibit D

**SIM**PLE Mobile *Now!*

SIMPLE MOBILE    ACTIVATE    ESPANOL    CONTACT US

Pay By Phone: 1-877-564-2002



## Your #1 Simple Mobile Authorized Payment Center

When you think **Simple Mobile** or **H20 Wireless**, think **SimpleMobileNow.net**! We are your premier provider of all Simple Mobile and H20 Wireless services with the one-on-one attention you deserve. Our goal is to ensure that you are getting the most out of your wireless service – and that your wireless service isn't getting the most out of you.

We carry the latest in cell phone technologies, including the newest released **iPhone™**, **Blackberry™**, **LG™**, **Nokia™**, **Motorola™**, **HTC™**, and **Samsung™**; mobile phones. In addition, we offer a wide array of rate plans and **mobile phone accessories**. So regardless of what your needs are, regardless of what your budget is – we are happy to help you find the solution that fits. So visit us and let us know how we can help you!

Our online payment center makes it easy for you to make payments online. Whether you need a new cell phone or cell phone accessories, just give us a call and we will provide you with everything you need.




**Current Customers - Select Your Plan**

| $25 | Unlimited Nationwide Talk, Text - 13 Days |
| $40 | Unlimited Nationwide Talk, Text, Web |
| $50 | Unlimited Nationwide Talk, Text, Web + International Long Dist |
| $50 | Unlimited Nationwide Talk, Text, Web, 4G |
| $50 | Unlimited Nationwide Talk Text Web, 4G |

**New Customers - Select a Plan & SIM**

Use your own unlocked GSM phone with the nationwide SIMPLE Mobile network. Purchase a SIMPLE SIM Kit, and select your plan, and optional add-on. Its that easy. Click Here to go to our SIM Card Purchase page.







SIMPLE Mobile *Now!*     SIMPLE MOBILE   ACTIVATE   ESPAÑOL   CONTACT US

Pay By Phone: 1-877-564-2002

# SIMPLE Mobile

You are here: Home » Simple Mobile

**Buy Prepaid**

**SM Refills**

Current Customers - Select Your Plan & Re-Up Immediately

| $25 | Unlimited Nationwide Talk, Text - 15 Days |
| $40 | Unlimited Nationwide Talk, Text, Web |
| $50 | Unlimited Nationwide Talk, Text, Web + International Long Distance |
| $50 | Unlimited Nationwide Talk, Text, Web - 4G |
| $50 | BlackBerry Unlimited Nationwide Talk, Text, Web - 4G |
| $60 | BlackBerry Unlimited Nationwide Talk, Text, Web - 4G + International Long Distance |

**Simple Mobile SIM Card**

Use your own unlocked GSM phone with the nationwide SIMPLE Mobile network. Purchase a SIMPLE SIM Kit and select your plan, and optional add-on. Its that easy. All new SIM activations include $5 of International



Long Distance Credit which must be used within 30 days of activation. You can purchase a SIM card, and have it shipped to your credit card billing address.

## New Accounts: Select your SIM Card Type

Don't know what SIM type you need? CLICK HERE for a guide.

After selecting your SIM Card type you will be taken to a checkout screen. Once the checkout is complete, you will receive your SIM Card in 2-5 Business day. Upon receiving your SIM Card, go to our Activation page and activate it.

**Standard SIM**          **Micro SIM**          **Nano SIM**

## Simple Mobile Plans

| | | | | |
|---|---|---|---|---|
| **$25** | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | VOICE MAIL, CALLER ID & MORE |
| **$40** | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | UNLIMITED DATA 250MB AT 4G SPEEDS | VOICE MAIL, CALLER ID & MORE |
| **$50** | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | UNLIMITED 4G DATA | 3WAY CALLING, $5 MONTHLY ILD, VOICE MAIL, CALLER ID & MORE |
| **$50** BLACKBERRY | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | UNLIMITED 4G DATA | 3WAY CALLING, $5 MONTHLY ILD, VOICE MAIL, CALLER ID & MORE |



A

**SIMPLE** Mobile *Now!*    SIMPLE MOBILE   **ACTIVATE**   ESPAÑOL   CONTACT US

Pay By Phone: 1-877-564-2002

You are here: **Home** › Activate Service

## Simple Mobile Online Activation Form

If you have already purchased a sim card and just need your sim card activated, please fill out the form below to activate your Simple Mobile Unlimited Service. You must use a new, never activated sim card to set up service.

Please note that Simple Mobile sim cards only work with T-Mobile or Unlocked GSM phones. If you are not sure if your phone is compatible please call us at (305) 414-6555.

Step 1 of 5

20%

I WOULD LIKE TO:

○ Activate My SIM CARD/ PHONE

○ Pay My Bill

Copyright 2012-2013  SimpleMobileNow.net

Home  |  Simple Mobile  |  H2O Wireless  |  Activate Service  |  Become a Dealer  |  Espanol  |  Contact Us  |  Terms of Use & Refund Policy



SIMPLE MOBILE    ACTIVATE    **ESPAÑOL**    CONTACT US

Pay By Phone: 1-877-564-2002



You are here: Home › Español

### Paga Tu Bill

PAGOS MENSUALES RAPIDOS, FACILES Y SEGUROS
AQUI PUEDE PAGAR  SU MENSUALIDAD DE SIMPLE MOBILE, H2O Y T-MOBILE PREPAID.

## Muy Importante

- Por Favor verifique que haiia entrado su numero y plan correctamente
- Si desea cambiar de plan  seleccione el plan nuevo haga el pago

Copyright 2012-2013 - SimpleMobileNow.net

Home  |  Simple Mobile  |  H2O Wireless  |  Activate Service  |  Become a Dealer  |  Español  |  Contact Us  |  Terms of Use & Refund Policy







SIMPLE Mobile *Now!*   SIMPLE MOBILE   ACTIVATE   ESPAÑOL   CONTACT US

Pay By Phone: 1-877-564-2002

You are here: Home » Become A Dealer

## Become a Dealer

Fill out the form below to receive your nearest Simple Mobile Master Agent information - and find out how to join SIMPLE Mobile's thriving Authorized Dealer Community!

### Step 1: Your Company Details

Your Company Name

Total Stores

Please enter a value between 0 and 1500

### Step 2: Contact Details

Name

First                                    Last

Address

Street Address

Address Line 2

City                                     State / Province / Region

Zip / Postal Code                        Country

Phone

Fax

Email

Submit

Copyright 2012-2013 SimpleMobileNow.net

Home | Simple Mobile | II20 Wireless | Activate Service | Become a Dealer | Español | Contact Us | Terms of Use & Refund Policy

SIMPLE Mobile *Now!*      SIMPLE MOBILE      ACTIVATE      ESPAÑOL      CONTACT US

Pay By Phone: 1-877-564-2002

You are here: Home » Terms Of Use & Refund Policy

**TERMS AND CONDITIONS**

---

**THE FULL TERMS AND CONDITIONS CAN BE FOUND BELOW BUT TO ABRIDGE SOME OF THE TERMS FOR OUR CUSTOMERS WE HAVE PUT IN THE MAIN POINTS:**

- Bill payments are processed from 9am – 9pm 7 days a week, if your bill payment is submitted outside our regular operating hours, your bill payment will be processed no later than the next business day
- Do not submit a double payment to your phone number, as funds will be applied twice and you as the one that is submitting the form is responsible for the payment
- You are responsible for inputting your correct information including your phone number into the online bill payment form. If you input the incorrect phone number when submitting your order, only you are responsible for the payment and you will need to make an additional payment for the correct phone number to rectify the situation.
- You are responsible for all submissions online, if you input your information for a bill payment and it is for the wrong carrier, you are responsible for the payment
- We take fraudulent payments seriously and work with our contact in the Federal Bureau of Investigation and Secret Service to investigate, prosecute around the world. This includes the collection of your data that you submit, along with IP address where you submit your order which we can track back to and address where payments are submitted. As you will see we do not issue any PINS but only apply funds to the customer's account which means that every transaction is linked to a customer where the funds are applied to which in relation with fraudulent transactions that customer will be directly contacted and investigated regarding the payment source.
- We are a bill payment processor for all major carriers and have access to multiple systems, when you pay directly through our system we process the payment for you through our contract with the carrier just as if you were going to a retailer to submit your payment such as BestBuy, RadioShack or your local cell phone store etc

---

**CUSTOMER DISPUTE OR TRANSACTIONAL DISPUTE**

If you dispute your transaction at any time as a result of inputting the wrong information which you are responsible for we will take the following action:

1. We review the transaction and gather all your information including information that we receive from the carrier.

2. We then will review the situation and we may take the following action:

- Disconnect and lock your account so that you are not able to make any more phone calls and then lock your number so that it can never be transferred out to another carrier.
- We may blacklist your information which may prevent you from getting a line or paying a bill at our various other clients which includes all major cell phone carriers.
- Send your account to collections which may adversely affect your credit score and credit rating making it difficult for you to apply for mortgage and increase your rates that you pay with your credit card companies and other credit facilities.
- If sent to internal or external collections agency you will also be incurred a processing fee / collections fee and other administrative fee in addition to the fees for the transaction.

3. If you have made a mistake in your submission take responsibility for the mistake and understand that you are responsible for your own mistakes and move on, because if you are unable to take responsibility then the actions of a dispute can result in much worse consequences.

In most cases we can correct that for you and give you a refund or apply it to the correct phone number at our full discretion. All you need to do is just CONTACT US BY CLICKING HERE and we can proactively solve the issue, but when you dispute the transaction with the bank it gets sent right over to our legal department where we cannot resolve the matter on your behalf any longer

---

**ABOUT SIMPLEMOBILENOW.NET**

Simplemobilenow.net is an innovator and leader in private branded electronic payment solutions for major prepaid carriers nationwide. Simplemobilenow.net processes tens of millions of dollars of payments for major prepaid carriers through privately labeled portals serving specific niche markets

Simplemobilenow.net enables carriers nationwide to increase revenue while reducing churn and fraud through its innovative and proprietary billing system

**ABOUT SIMPLE MOBILE**

SIMPLE Mobile is, well, simple. They offer the hottest new unlimited wireless service, outstanding products and absolutely no compromises. Unlike some cellular programs

which limit your choices to just a select group of phones. SIMPLE Mobile offers the nation an unheard of SIM card program that encourages customers to B.Y.O.P. (Bring Your Own Phone) and enjoy affordable service using one of more than 200 currently approved GSM phones.

## WHY SIMPLEMOBILENOW.NET

Simple Mobile has partnered with Simplemobilenow.net to provide convenient bill payment solutions for customers paying their bill in non-traditional outlets. Simplemobilenow.net being the leading non-retail electronic payment solutions for the telecommunications industry strives to deliver value to customers and carriers through leveraging payment technologies, data and security compliance, and fraud management.

Simplemobilenow.net provides industry-leading managed service enabling quick, easy and secure electronic transactions through a broad choice of payment channels, payment methods and convenient features designed to increase customer satisfaction and lifetime value.

## INNOVATIVE PAYMENT CHANNELS

Private branded payment solutions such as ones created for Simple Mobile allows customers the convenience to make payments online or over the phone without having to come to the retail store. The broad portfolio of payment channels that Simplemobilenow.net delivers include: Web, SMS, Mobile Applications and through telephone bill payments.

## DATA SECURITY

Simplemobilenow.net utilizes PCI Compliant processes to make sure customer data is stored and managed in a secure and reliable environment. This ensures the highest level of security for sensitive customer information and reduces the carrier's cost and responsibility for managing this data.

## FRAUD ELIMINATION

Simplemobilenow.net has direct contact with the Federal Bureau of Investigation and the Secret Service and not only cooperates in investigations but additionally proactively identifies fraud and quickly takes action through internal rapid action team, which identifies causes for cardholder chargeback and goes after fraudulent activity aggressively through the tracking of phone number, customer record data, IP address detection suite, customer carrier data and various other fraud counter measures. Every customer payment is tracked directly through the phone number where payment is applied and each payment can be then re-traced all the way back to the individual making the payment and the source of the payment.

## MARKETING AND PROACTIVE SUPPORT

Simplemobilenow.net increases the value of each contact point through innovative marketing solutions geared around the client all while reducing support costs for carrier through our in-house support department that can provide support for most basic customer needs.

## SCALE AND OPERATIONS SUSTAINBILITY

Leading the prepaid wireless revolution at the grass roots level of providing customers innovative bill payment solutions has allowed Simplemobilenow.net to incorporate lessons learned from a multitude of carriers to combine and develop technologies which can be shared between all carriers.

---

## FULL TERMS OF USE

## ANY USE OF THIS WEBSITE CONSTITUTES YOUR AGREEEMENT WITH THE TERMS AND CONDITIONS BELOW:

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

### Introduction

Your use of Simplemobilenow.net Web Site constitutes your agreement to and acceptance of the additional terms and conditions, which are available at the different carrier websites.

Unless the context clearly requires otherwise, as used in this Disclaimer and Limitation of Liability, the name "," standing alone (as opposed to being used as a modifier in a phrase such as "Simplemobilenow.net Web Site") shall be construed to include all of the following entities and persons: Simplemobilenow.net, its parents, its subsidiaries, its members, its partners, its joint ventures, its affiliates, its suppliers, its licensors, its licensees, its contractors, their respective agents and employees, and all their respective heirs, successors, and assigns.

### Disclaimer of Warranties

Your use of Simplemobilenow.net Web site and any components of Simplemobilenow.net Web Site are at your sole risk, and you voluntarily assume that risk. Simplemobilenow.net Web Site and all of its components are provided on an "AS IS," "AS AVAILABLE" basis without warranties of any kind, either express or implied, unless such warranties are legally incapable of exclusion and provided by the manufacturer or service provider or carrier.

Simplemobilenow.net hereby disclaims all WARRANTIES OF TITLE, NONINFRINGEMENT, and IMPLIED WARRANTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE or any warranties arising from course of dealing or usage of trade.

No advice or information given by Simplemobilenow.net shall create a warranty of any kind. Simplemobilenow.net does not warrant that the service will be uninterrupted or error-free or that any information, software, or other material accessible on the service is free of viruses, cancelbots, worms, logic bombs, Trojan horses, or other harmful contents or components.

Simplemobilenow.net is not responsible for the contents of any Web site to which Simplemobilenow.net Web Site links or any link contained in a linked site, or any changes or updates to such sites, is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Simplemobilenow.net of the site to which Simplemobilenow.net Web Site links, nor shall any link create any express or implied warranty binding on Simplemobilenow.net.

The merchandise, products or services (collectively, the "merchandise") offered for purchase through Simplemobilenow.net Web Site are provided by third parties who are not under the direction or control of Simplemobilenow.net Nor does Simplemobilenow.net either expressly or impliedly claim to be an authorized dealer or representative of any of the individuals, companies, or organizations (collectively referred to as "vendors") who are offering or promoting merchandise through the site. Simplemobilenow.net neither represents nor warrants nor endorses the accuracy or reliability of any information or advertisements uploaded, displayed, or distributed through Simplemobilenow.net Web site. Simplemobilenow.net in no way either expressly or impliedly takes responsibility for the quality of any merchandise available for purchase through Simplemobilenow.net Web Site.

Simplemobilenow.net further disclaims all warranties on the merchandise, either express or implied, including but not limited to the IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, NON- INFRINGEMENT OF THIRD PARTY RIGHTS, AND FITNESS FOR PARTICULAR PURPOSE.

**Limitation of Liability**

Simplemobilenow.net's entire liability and your exclusive remedy with respect to use of Simplemobilenow.net Web Site and any components of Simplemobilenow.net Web Site, as well as Simplemobilenow.net's liability to you for breach of the General Terms of Service are limited solely to the amounts you have paid to Simplemobilenow.net. Because some states do not allow the exclusion or limitation of liability for consequential or incidental damages, in such states, Simplemobilenow.net's liability is limited to the extent permitted by law.

In no event shall Simplemobilenow.net be held liable for costs or procurement of substitute goods or services, lost profits, lost data, business interruption, attorneys' fees or any direct, indirect, special, punitive, incidental, exemplary or consequential damages, or any kind of damages whatsoever, even if Simplemobilenow.net has been advised of the possibility of such damages, whether in an action under contract, negligence, tort or any other legal or equitable theory of recovery, arising out of or in connection with the use, inability to use or performance of the information, merchandise, and materials available from Simplemobilenow.net Web Site, or any part thereof, or your reliance on or use of information, services, or merchandise provided on or through Simplemobilenow.net web site, or that result from mistakes, omissions, interruptions, deletion of files, errors, defects, delays in operation or transmission, any failure of performance, computer virus, communication line failure, theft, destruction, or unauthorized access to, alteration of, or use of your account, whether for breach of contract, negligence or under any other cause of action. In the event Simplemobilenow.net is found liable under any circumstance under the terms of this agreement, Simplemobilenow.net's liability shall be limited to the liability as stated in this disclaimer.

**Severability**

If any portion of this disclaimer and limitation of liability is found by a court of competent jurisdiction to be unconscionable, inapplicable or void, only that portion of this disclaimer and limitation of liability will be stricken and the remaining portions shall be valid and binding.

**General Terms and Conditions**

Simplemobilenow.net, GENERAL TERMS OF USE OF WEB SITE AND CUSTOMER AGREEMENT

a. **Notice of Agreement/Legal Document.** THE FOLLOWING DOCUMENT IS A CONTRACT – LEGALLY BINDING AGREEMENT. PLEASE READ THIS ENTIRE AGREEMENT CAREFULLY BEFORE YOU USE THE SERVICES PROVIDED BY THIS WEB SITE AND BEFORE YOU AGREE TO PURCHASE ANY PRODUCTS FROM THIS WEB SITE. BY USING THIS WEB SITE OR BY AGREEING TO PURCHASE ANY PRODUCTS FROM THIS WEB SITE, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS STATED BELOW. IF YOU DO NOT WISH TO BE BOUND BY THESE TERMS AND CONDITIONS, YOU MAY NOT USE THIS WEB SITE AND SHOULD EXIT IT IMMEDIATELY.
2. **Parties.**

Simplemobilenow.net (hereinafter referred to as "Simplemobilenow.net") is a Florida Limited Liability Company  with the legal address of 1501 NW 17 Ave, Miami, Florida, 33125

b. "CUSTOMER," "YOU," and "YOUR" refer to:
the natural person using this Web site, regardless of whether he or she is acting is his or her individual capacity, or as the agent for any other natural person or business entity; and

the natural person who is the principal of any electronic agent(s) using this Web site, regardless of the number of layers of electronic agency that may exist between the natural person principal and the electronic agent(s) using this Web site

In this Agreement, Simplemobilenow.net and YOU may sometimes be referred to collectively as the "PARTIES." Where this Agreement uses the term "PARTIES," it intends both YOU and Simplemobilenow.net.

**3. Intent to Enter Agreement to Purchase Prepaid Telephone Calling Services.**

Simplemobilenow.net desires to provide Prepaid Wireless Bill Payment, Activation Services and other prepaid products or services Web Site and YOU desire to use Simplemobilenow.net Web Site, provided by Simplemobilenow.net, subject to the terms and conditions of this Agreement, as Simplemobilenow.net may amend or revise this Agreement from time to time, to purchase prepaid telephone calling services from third-party telephone carriers (hereinafter referred to as "carriers").

**4. Consideration.**

In consideration of Simplemobilenow.net's providing access to and use of Simplemobilenow.net Web Site to YOU, YOUR payment of and promises to pay fees to Simplemobilenow.net, and YOUR promises to abide by the terms and conditions of this Agreement, as Simplemobilenow.net may amend or revise this Agreement from time to time, and in consideration of all the mutual covenants and promises made in this Agreement, the PARTIES hereby agree as follows:

**5. General Terms and Conditions.**

Service to Be Provided by Simplemobilenow.net to CUSTOMER

Simplemobilenow.net Web Site is provided to YOU (the "CUSTOMER") by Simplemobilenow.net, subject to the terms and conditions of this Agreement.

You may access the Agreement while you are connected to the Internet by going to the page on the World Wide Web at Simplemobilenow.net.

**Entire Agreement.**

This Agreement comprises the entire agreement between YOU (the CUSTOMER) and Simplemobilenow.net, and supersedes any prior or previous agreements between YOU, the CUSTOMER, and Simplemobilenow.net, with respect to the subject matter of this Agreement; provided, however, that YOU shall be subject to any additional terms and conditions of which Simplemobilenow.net notifies you from time to time and that may apply when YOU are using any content, software, products, or services of any kind or nature, of any third party, including, but not limited to carriers.

**Revisions to this Agreement.**

YOU may not revise any of the terms of this Agreement without express prior authorization and written agreement signed by a duly authorized Officer or Manager of Simplemobilenow.net.

Simplemobilenow.net serves a variety of customers, retailers, and distributors, and cannot negotiate separate contracts with each of its customers. Simplemobilenow.net is able to offer competitive pricing and billing by using standard Terms of Service contracts for all of its customers.

Simplemobilenow.net reserves the right to, and may, revise this Agreement at any time, and such revisions shall become effective thirty (30) days after Simplemobilenow.net posts the revised Agreement for public viewing. The revisions to the Agreement shall include notice of the date of posting the most recent revision to the Agreement.

YOU agree to read the revisions to this Agreement periodically and preferably, at least once every thirty- (30) days to become aware of such revisions to this Agreement.

YOUR continued use of Simplemobilenow.net Web site more than thirty (30) days after Simplemobilenow.net posts revisions to this Agreement, as described above, shall be conclusively deemed YOUR assent to the additional terms and conditions made part of this Agreement by such revisions.

If any such revised or additional terms and conditions are unacceptable to YOU, or if YOU do not agree to and do not wish to be legally bound by such revised or additional terms and conditions, you may terminate this Agreement as provided in Section 13 below.

**6. Account Information.**

**Services Simplemobilenow.net Will Provide to CUSTOMER.**

Simplemobilenow.net grants YOU a limited, non-exclusive, and nontransferable license to use Simplemobilenow.net Web Site and its various components to purchase prepaid telephone services from third-party carriers or to refer third parties to Simplemobilenow.net Web Site for the sole purpose of purchasing such services. This license is subject to the restriction, that, except to the extent expressly permitted by law, YOU may not translate, reverse engineer or reverse compile or de-compile, disassemble or make derivative works from the software residing at or used to operate Simplemobilenow.net Web Site (hereinafter referred to as the "Simplemobilenow.net Software"). YOU may not modify Simplemobilenow.net Software in any manner or form, or use it in any way which is not expressly authorized by Simplemobilenow.net, other than to access Simplemobilenow.net web site, as authorized by this Agreement, including, without limitation, for the purpose of obtaining unauthorized access to Simplemobilenow.net's service or data (also known as "hacking"). YOU agree to abide by the United States and other applicable export control laws and regulations and not to transfer, by electronic transmission or otherwise, any information, including Simplemobilenow.net Software in either source, object, or executable form, which is subject to restrictions under such laws to a national or destination restricted under such laws without first obtaining and then complying with any requisite government authorization or licensing requirements and without first providing Simplemobilenow.net with a certified copy of said license or written government authorization, evincing compliance with all applicable export control laws and regulations.

Subject to all the terms and conditions of this Agreement and all applicable laws, YOU may access, for YOUR sole use, Simplemobilenow.net's proprietary content offered at Simplemobilenow.net Web site and accessible through Simplemobilenow.net's home page on the World Wide Web.

Simplemobilenow.net will provide YOU with such customer and technical support related to YOUR use of Simplemobilenow.net Web Site, at no additional charge, subject to the restrictions posted on the Customer Support area of Simplemobilenow.net Web Site.

**Warranties and Representations of CUSTOMER.**

YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN (18) YEARS OLD.

YOU represent and warrant that YOU are a citizen or a lawful resident of the United States of America or of Canada.

**Information YOU Provide to Simplemobilenow.net**

YOU agree to provide Simplemobilenow.net with accurate, complete, and updated registration information, and failure to do so shall constitute a breach of this Agreement and unauthorized access to Simplemobilenow.net's service, and may result in immediate termination of YOUR account and subject YOU to civil and/or criminal liability. YOU further acknowledge that it is a Federal and State criminal offense to purchase any product from Simplemobilenow.net by fraudulent means.

**7. Charges, Fees, and Payment.**

Rates and Billing Methods; Subject to Change with Notice.

The rates and charges for telephone card products available from Simplemobilenow.net, as well as the methods of payment shall be those posted on Simplemobilenow.net Web Site, as amended or revised from time to time.

If YOUR chosen payment method for Simplemobilenow.net 's service is by credit or debit or prepaid card, and Simplemobilenow.net has not received payment from the card issuer or its agents, YOU agree to pay all amounts due upon demand by Simplemobilenow.net.

YOUR card issuer's agreement governs YOUR use of YOUR designated payment card in connection with Simplemobilenow.net Web Site, and YOU must refer to such agreement and not this Agreement with respect to YOUR rights and duties as a cardholder.

Upon written request, Simplemobilenow.net will provide YOU with a written statement of charges. Unless YOU notify Simplemobilenow.net of any discrepancies within ninety (90) days after they first appear on the written account statement, they will be deemed acceptable by YOU for all purposes, including resolution of inquiries made by YOUR card issuer or bank.

YOU release Simplemobilenow.net from all liabilities and claim of loss resulting from any error or discrepancy that is not reported to Simplemobilenow.net within 90 days of its publication to YOUR account.

Please note that if you already have balance in the account we may adjust the applied funds amount to match the required amount to match what is needed to match your payment plan needs. We may also adjust plan amounts to match what is supported by your handset or what you have requested for the plan options. To receive a refund for the plan difference, you may contact us within 30 days of the payment amount or else the credit will expire from your account and a portion of that amount will be sent over to our charity organizations.

**YOUR Responsibility for Charges.**

YOU shall be responsible for all charges resulting from YOUR use of Simplemobilenow.net Web Site and the use of Simplemobilenow.net Web Site by any other person who uses your user name and password, regardless of whether YOU have actually authorized such charges.

**Failure to Make Timely Payment.**

Simplemobilenow.net reserves the right to suspend or terminate YOUR account and YOUR access to Simplemobilenow.net Web Site for any amounts past due. Amounts past due include, but are not limited to denied charges and dishonored checks.

Termination of YOUR account and/or YOUR access to Simplemobilenow.net Web Site shall not relieve YOU from the obligation to satisfy outstanding invoices and to pay to Simplemobilenow.net all amounts YOU owe to Simplemobilenow.net pursuant to this Agreement, or otherwise.

In the event Simplemobilenow.net utilizes an attorney at law to collect any unpaid amounts from YOU, YOU shall be responsible for the payment of all of Simplemobilenow.net's attorneys' fees and costs, in addition to any penalties allowed under applicable law, in the collection of those sums.

**All Sales Final; Refunds or Credits from Carriers.**

YOU agree that Simplemobilenow.net acts merely as a distributor of prepaid telephone products for third-party telephone carriers.

**ALL SALES FROM Simplemobilenow.net WEB SITE ARE FINAL.**

Simplemobilenow.net will not issue any refunds, credits, adjustments, or replacement of telephone virtual cards, personal identification numbers (PINs) or other products

and services offered at Simplemobilenow.net website unless otherwise described

Even if Simplemobilenow.net shall, at its sole discretion, make any limited exceptions to its "all sales final" policy as described in this Agreement, Simplemobilenow.net shall not waive any rights it has to enforce said policy in all other cases and at all other times, to the fullest extent provided in this Agreement and allowed under applicable law.

The various carriers whose prepaid telephone and long-distance products Simplemobilenow.net makes available to you through Simplemobilenow.net Web Site may provide refunds, credits, or adjustments to YOU under certain circumstances. By YOUR use of Simplemobilenow.net Web Site, YOU agree that you will contact the appropriate carriers regarding their policies concerning refunds, credits, or adjustments. YOU further agree that YOU will release, hold harmless, defend, and indemnify Simplemobilenow.net, its parents, subsidiaries, affiliates, partners, members, joint ventures, all their respective employees and agents, and all their successors and assigns from any liability for any carrier's failure to adjust or resolve any claim YOU may have against said carrier.

**Limitations on Use of Simplemobilenow.net Web Site**

In any given 24-hour period, the number of purchases and the aggregate monetary value of the purchases YOU may make from Simplemobilenow.net Web Site is limited. YOU agree that Simplemobilenow.net reserves the right to change these limits at any time without notice and that Simplemobilenow.net shall not be liable to YOU in any manner, for any reason, under any legal theory as a result of changing such limits. YOU further agree that YOU will not exceed or attempt to exceed these limits.

**8. Intellectual Property Rights.**

Simplemobilenow.net's Intellectual Property Rights

All Content Simplemobilenow.net provides on any and all of its pages on the World Wide Web, any and all files, software, and databases Simplemobilenow.net uses to operate Simplemobilenow.net Web Site, and any and all files Simplemobilenow.net makes available to YOU for use, viewing, browsing, or downloading, are protected by copyright pursuant to U.S. law, international conventions, and other copyright laws as individual works, and as a collective work and/or compilation, and Simplemobilenow.net claims and owns a copyright in the selection, coordination, arrangement and enhancement of such Content.

YOU agree not to modify, publish, transmit, participate in the transfer or sale of, reproduce (except as provided below), create derivative works from, distribute, perform, display, create collective works or compilations including, or in any way exploit, any of the Content, in whole or in part; provided that if Simplemobilenow.net applies no specific restrictions directly or indirectly in relation to a particular item of Content, YOU may make a reasonable and limited number of copies of such item, including copyrighted material, provided that

YOU make and use the said copies solely for YOUR personal and non-commercial use;

YOU ensure that any notices contained in the Content such as all copyright, trademark, service mark, patent and other proprietary rights notices are reproduced in an unmodified form in all such copies; and

YOU refrain from transferring such Content to any other person, entity, computer, computer network, or other device, without the prior express written consent of Simplemobilenow.net

YOU agree to comply with all the terms and conditions of Simplemobilenow.net's Copyright Notice and Policy, as amended or revised from time to time

**Intellectual Property Rights of Third Parties.**

Third persons not parties to this Agreement shall retain all rights they have to intellectual property rights to Content they own and which they enjoy by law. YOU agree not to infringe upon any such rights and agree to defend, hold harmless, and indemnify Simplemobilenow.net from any infringement YOU cause to the rights of any third party in any intellectual property rights that may result from YOUR use of Simplemobilenow.net Web Site.

**9. YOUR Duties Under this Agreement.**

Compliance with Agreement

YOU agree to abide by and perform all the terms and conditions of this Agreement at all times

Compliance with Applicable Laws

YOU agree to abide by and to follow all applicable laws in using Simplemobilenow.net Web Site and, to the extent allowed by law, YOU agree to defend, hold harmless, and indemnify Simplemobilenow.net from any damages caused by YOUR violation of any applicable laws.

YOU acknowledge that access to or use of Simplemobilenow.net Web Site may not be legal in certain countries. If YOU access or use Simplemobilenow.net Web Site outside the United States of America, YOU do so at YOUR own risk and are responsible for compliance with the laws of the jurisdiction in which or from which YOU access or use Simplemobilenow.net Web Site.

YOU may not use Simplemobilenow.net Web site or any products or services you purchase by way of Simplemobilenow.net Web Site for any unlawful purpose.

Simplemobilenow.net reserves the right to discontinue furnishing service or to limit the use of Simplemobilenow.net Web Site necessitated by conditions beyond its control, or if YOU use Simplemobilenow.net Web site or any products or services you purchase by way of Simplemobilenow.net Web Site in violation or attempted violation of the

law.

## Refraining from Certain Activities.

YOU further agree that YOU will not do or attempt to do any of the following activities in connection with YOUR use of Simplemobilenow.net Web Site or otherwise:

Violate the security of Simplemobilenow.net Web Site or any other computer network, or crack passwords or security encryption codes;

Transfer or store illegal material including that deemed threatening or obscene, or engage in any kind of illegal activity;

Impersonate any person living or dead, organization, business, or other entity, or use any name or communicate under any false name that YOU are not authorized to use;

Solicit other Simplemobilenow.net customers, retailers, or distributors to become customers of other companies or services directly competing with Simplemobilenow.net; or

Violate any of the rules, regulations and policies of those networks, computer systems, telecommunications carriers, or Internet service providers that YOU use to access Simplemobilenow.net Web Site.

## Increasing Network Usage and Traffic.

YOU agree not cause or attempt to cause traffic levels to Simplemobilenow.net's Web Site and related servers and networks, or other networks to rise without reason or for any malicious purpose, by any means, including, but not limited to, transmitting large files to email, ftp, or other servers for malicious purposes, "mail bombing" transmissions intended to raise the cost of another network provider's access through excessive traffic levels, or repeatedly sending the same content to Simplemobilenow.net for the purpose of harassment.

## Attempting to Circumvent or Bypass System Security Measures.

YOU agree not to obstruct or attempt to obstruct the systems identification procedures or to forge communications of any form.

YOU agree not to attempt to cause, or actually cause, any disruption of service on Simplemobilenow.net Web Site or any other network or any server housing Simplemobilenow.net Web Site, including but not limited to malicious traffic generation, attempted or actual violation of any security system in place on the Internet and its resources, or any unauthorized access to any computer or resource on the Internet.

YOU agree not to abuse or attempt to abuse the system and resources of Simplemobilenow.net Web Site in any manner.

YOU agree not to violate or attempt to violate the security of the authentication and accounting procedures of Simplemobilenow.net Web Site.

YOU agree not to attempt to or actually undermine, hinder, damage, or disrupt the hardware, software, or security of Simplemobilenow.net Web Site or any of its various components.

Simplemobilenow.net's Right to Monitor and Communications Privacy Policy.

## 10. Disclaimer of Warranties.

YOU EXPRESSLY AGREE THAT YOUR USE OF Simplemobilenow.net WEB SITE AND ANY COMPONENTS OF Simplemobilenow.net WEB SITE ARE AT YOUR SOLE RISK, AND THAT YOU VOLUNTARILY ASSUME THAT RISK. Simplemobilenow.net WEB SITE AND ALL OF ITS COMPONENTS ARE PROVIDED ON AN "AS IS," "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, UNLESS SUCH WARRANTIES ARE LEGALLY INCAPABLE OF EXCLUSION.

Simplemobilenow.net's ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY WITH RESPECT TO USE OF Simplemobilenow.net WEB SITE AND ANY COMPONENTS OF Simplemobilenow.net WEB SITE, AS WELL AS Simplemobilenow.net's LIABILITY TO YOU FOR BREACH OF THIS AGREEMENT ARE LIMITED SOLELY TO THE AMOUNTS YOU HAVE PAID TO Simplemobilenow.net BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, Simplemobilenow.net's LIABILITY IS LIMITED TO THE EXTENT PERMITTED BY LAW.

Simplemobilenow.net WEB SITE AND ALL OF THE COMPONENTS OF Simplemobilenow.net WEB SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE, NONINFRINGEMENT, IMPLIED WARRANTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE OR ANY WARRANTIES ARISING FROM COURSE OF DEALING OR USAGE OF TRADE.

NO ADVICE OR INFORMATION GIVEN BY Simplemobilenow.net, ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS, OR THEIR RESPECTIVE EMPLOYEES SHALL CREATE A WARRANTY OF ANY KIND. NEITHER Simplemobilenow.net NOR ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS, OR THEIR RESPECTIVE EMPLOYEES WARRANTS THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT ANY INFORMATION, SOFTWARE, OR OTHER MATERIAL ACCESSIBLE ON THE SERVICE IS FREE OF VIRUSES, CANCELBOTS, WORMS, LOGIC BOMBS, TROJAN HORSES, OR OTHER HARMFUL CONTENTS OR COMPONENTS.

## Specific Information Available on Simplemobilenow.net Website.

Simplemobilenow.net AND/OR ITS RESPECTIVE SUPPLIERS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE INFORMATION CONTAINED IN THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON Simplemobilenow.net WEB SITE AND ITS SERVER FOR ANY PURPOSE. ALL SUCH DOCUMENTS AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND.

Simplemobilenow.net AND/OR ITS RESPECTIVE SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, INCLUDING ALL IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON- INFRINGEMENT.

THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON Simplemobilenow.net WEB SITE AND ITS SERVER COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. Simplemobilenow.net AND/OR ITS RESPECTIVE SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED HEREIN AT ANY TIME.

**Links to Third Party Web Sites.**

SOME OF THE LINKS ON Simplemobilenow.net WEB SITE WILL LET YOU LEAVE Simplemobilenow.net WEB SITE. THE LINKED SITES ARE NOT UNDER THE CONTROL OF Simplemobilenow.net AND Simplemobilenow.net IS NOT RESPONSIBLE FOR THE CONTENTS OF ANY LINKED SITE OR ANY LINK CONTAINED IN A LINKED SITE, OR ANY CHANGES OR UPDATES TO SUCH SITES.

Simplemobilenow.net IS PROVIDING THESE LINKS TO YOU ONLY AS A CONVENIENCE, AND THE INCLUSION OF ANY LINK DOES NOT IMPLY ENDORSEMENT BY Simplemobilenow.net OF THE SITE TO WHICH Simplemobilenow.net WEB SITE LINKS, NOR SHALL ANY LINK CREATE ANY EXPRESS OR IMPLIED WARRANTY BINDING ON Simplemobilenow.net

**Products Available from Simplemobilenow.net Web Site.**

Simplemobilenow.net is pleased that YOU have decided to purchase products offered by vendors and carriers on Simplemobilenow.net Web Site. To ensure that YOU are aware of YOUR rights related to purchasing products offered by vendors and carriers on Simplemobilenow.net Web Site, Simplemobilenow.net has created the following disclaimers which are binding and material terms of this Agreement. YOUR ordering any products on Simplemobilenow.net Web Site constitutes YOUR agreement to the following disclaimers.

YOUR PURCHASE OF ANY PRODUCTS THROUGH Simplemobilenow.net WEB SITE INDICATES YOUR ACCEPTANCE THE TERMS STATED HEREIN. PLEASE REMEMBER THAT ALL OF THE RULES STATED IN THIS AGREEMENT APPLY TO THE PURCHASE OF ANY PRODUCTS THROUGH Simplemobilenow.net WEB SITE.

THE MERCHANDISE, PRODUCTS OR SERVICES (COLLECTIVELY, THE "MERCHANDISE") OFFERED FOR PURCHASE THROUGH Simplemobilenow.net WEB SITE ARE PROVIDED BY THIRD PARTIES WHO ARE NOT AFFILIATED WITH OR UNDER THE DIRECTION OR CONTROL OF Simplemobilenow.net NOR DOES Simplemobilenow.net EITHER EXPRESSLY OR IMPLIEDLY CLAIM TO BE AN AUTHORIZED DEALER OR REPRESENTATIVE OF ANY OF THE INDIVIDUALS, COMPANIES, OR ORGANIZATIONS (COLLECTIVELY REFERRED TO AS "VENDORS") WHO ARE OFFERING OR PROMOTING MERCHANDISE THROUGH THE SITE. Simplemobilenow.net NEITHER REPRESENTS NOR WARRANTS NOR ENDORSES THE ACCURACY OR RELIABILITY OF ANY INFORMATION OR ADVERTISEMENTS UPLOADED, DISPLAYED, OR DISTRIBUTED THROUGH Simplemobilenow.net WEB SITE. Simplemobilenow.net IN NO WAY EITHER EXPRESSLY OR IMPLIEDLY TAKES RESPONSIBILITY FOR THE QUALITY OF ANY MERCHANDISE AVAILABLE FOR PURCHASE THROUGH Simplemobilenow.net WEB SITE.

Simplemobilenow.net FURTHER DISCLAIMS ALL WARRANTIES ON THE MERCHANDISE, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT OF THIRD PARTY RIGHTS, AND FITNESS FOR PARTICULAR PURPOSE.

THE VENDORS SELLING THE MERCHANDISE THROUGH Simplemobilenow.net WEB SITE ARE SOLELY RESPONSIBLE FOR THE REPRESENTATIONS REGARDING THE MERCHANDISE ADVERTISED ON Simplemobilenow.net WEB SITE. IN NO EVENT SHALL Simplemobilenow.net, ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS, OR THEIR RESPECTIVE EMPLOYEES BE HELD LIABLE FOR COSTS OR PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, LOST PROFITS, LOST DATA, BUSINESS INTERRUPTION, ATTORNEYS' FEES OR ANY DIRECT, INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR ANY KIND OF DAMAGES WHATSOEVER, EVEN IF Simplemobilenow.net OR ANY OF THE OTHER PERSONS OR ENTITIES IDENTIFIED IN THIS PARAGRAPH HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN AN ACTION UNDER CONTRACT, NEGLIGENCE, TORT OR ANY OTHER LEGAL OR EQUITABLE THEORY OF RECOVERY, ARISING OUT OF OR IN CONNECTION WITH THE USE, INABILITY TO USE OR PERFORMANCE OF THE INFORMATION, MERCHANDISE, AND MATERIALS AVAILABLE FROM Simplemobilenow.net WEB SITE.

By YOUR agreeing to this disclaimer, YOU are indicating that YOU will not for any reason take any legal action against Simplemobilenow.net, its parents, its subsidiaries, its members, its partners, its joint ventures, its affiliates, its suppliers, its licensors, its contractors, or their respective agents or employees with respect to any matter covered by the aforementioned disclaimers.

Disputes between YOU and any vendor mentioned in Simplemobilenow.net Web Site should be addressed to and taken up with the particular vendor, carrier and/or service provider and not with Simplemobilenow.net

Furthermore, YOUR acceptance of this disclosure also indicates to Simplemobilenow.net that YOU will in no way use Simplemobilenow.net as a mediator or witness in any disputes between YOU and any vendor.

Further, you are also agreeing that if any portion of this disclaimer is found by a court of competent jurisdiction to be unconscionable, inapplicable or void, only that portion of this disclaimer will be stricken and the remaining portions shall be valid and binding.

THE FOREGOING WARRANTIES SET FORTH ARE EXCLUSIVE AND NO OTHER WARRANTY IS EXPRESSED OR IMPLIED

**11. Limitation of Liability.**

UNDER NO CIRCUMSTANCES SHALL Simplemobilenow.net, ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS OR THEIR RESPECTIVE AGENTS OR EMPLOYEES BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES THAT RESULT IN ANY WAY FROM YOUR USE OF OR INABILITY TO USE Simplemobilenow.net WEB SITE OR ANY OF THE COMPONENTS OF Simplemobilenow.net WEB SITE, OR ANY PART THEREOF, OR YOUR RELIANCE ON OR USE OF INFORMATION, SERVICES, OR MERCHANDISE PROVIDED ON OR THROUGH Simplemobilenow.net WEB SITE, OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES, ERRORS, DEFECTS, DELAYS IN OPERATION OR TRANSMISSION, ANY FAILURE OF PERFORMANCE, COMPUTER VIRUS, COMMUNICATION LINE FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF YOUR ACCOUNT, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE OR UNDER ANY OTHER CAUSE OF ACTION. IN THE EVENT Simplemobilenow.net IS FOUND LIABLE UNDER ANY CIRCUMSTANCE UNDER THE TERMS OF THIS AGREEMENT, Simplemobilenow.net's LIABILITY SHALL BE LIMITED TO THE LIABILITY AS STATED IN THIS AGREEMENT

**12. Indemnification of Simplemobilenow.net by CUSTOMER.**

Upon request of Simplemobilenow.net, YOU agree to defend, indemnify, and hold harmless Simplemobilenow.net, its parents, its subsidiaries, its members, its partners, its joint ventures, its affiliates, its suppliers, its licensors, its licensees, its agents, its contractors, or their respective agents and employees, and all their respective successors and assigns from all liabilities, claims, losses, judgments, damages, and expenses, including, without limitation, attorney's fees and costs of litigation, arising from breach of this Agreement by use of, or in connection with, the transmission by or through YOUR account of any content or communications

Simplemobilenow.net reserves the right, at its own expense and at its sole discretion, to assume the exclusive defense and control of any matter otherwise subject to indemnification by YOU hereunder, and in such event, YOU shall have no further obligation to provide indemnification for such matter.

YOU shall promptly notify Simplemobilenow.net in writing of any claim arising or potentially arising under this indemnity

**13. Termination of Agreement.**

Either YOU or Simplemobilenow.net may terminate this Agreement at any time. YOUR sole right with respect to any dissatisfaction with any term of this Agreement, as revised or amended from time to time, or Simplemobilenow.net's performance of this Agreement is to terminate this Agreement by notifying Simplemobilenow.net in writing.

**14. Alternative Dispute Resolution.**

Except for the right of either party to apply to a court of competent jurisdiction for a temporary restraining order or preliminary injunction to preserve the status quo ante bellum or prevent irreparable harm pending the selection and confirmation of a panel of arbitrators, any dispute arising under this Agreement shall be resolved through a negotiation/mediation/arbitration approach.

YOU and Simplemobilenow.net agree first to try to resolve the dispute informally between ourselves through good-faith negotiations. If it proves impossible to reach a mutually satisfactory solution to the dispute by negotiation, then YOU and Simplemobilenow.net agree to use mediation as described below.

YOU and Simplemobilenow.net agree to try to resolve the dispute informally and in good faith with the help of a mutually agreed-upon mediator. The mediator shall have such qualifications and experience as YOU and Simplemobilenow.net shall agree upon.

If YOU and Simplemobilenow.net cannot agree upon the choice of a mediator, then YOU shall submit to Simplemobilenow.net the names of three qualified candidates acceptable to Simplemobilenow.net to mediate the dispute between us and Simplemobilenow.net shall select as mediator one of those three candidates whose names YOU have submitted to Simplemobilenow.net

Alternatively, if YOU cannot submit to Simplemobilenow.net the names of three qualified candidates to serve as a mediator, then Simplemobilenow.net shall submit to YOU the names of three qualified candidates acceptable to Simplemobilenow.net to mediate the dispute between us and YOU shall select as mediator one of those three candidates whose names Simplemobilenow.net has submitted to YOU.

The mediation shall be conducted in good faith and on such terms and conditions as the mediator, YOU, and Simplemobilenow.net shall agree.

YOU and Simplemobilenow.net shall each pay the mediator one half of the fee for the mediator's services, regardless of the outcome of the mediation.

If it proves impossible to arrive at a mutually satisfactory solution through mediation, YOU and Simplemobilenow.net agree to submit the dispute to binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association.

The arbitration may be conducted by one impartial arbitrator by mutual agreement or by three arbitrators if YOU and Simplemobilenow.net are unable to agree on a single arbitrator within 30 days of first demand for arbitration. All arbitrators are to be selected from a panel provided by the American Arbitration Association. The chair of the arbitration panel shall be an attorney at law, and the other arbitrators shall have a background or training either in computer or Internet law, computer software, or Internet telecommunications technology, the marketing of computer software products, or electronic commerce conducted via the Internet.

Upon request of either YOU or Simplemobilenow.net, the arbitrators shall have the authority to permit discovery to the extent they deem appropriate.

A court reporter shall record the arbitration hearing and the reporter's transcript shall be the official transcript of the proceeding.

The arbitrators shall have no power to add or detract from the agreements of YOU and Simplemobilenow.net and may not make any ruling or award that does not conform to the terms and conditions of this Agreement.

The arbitrators shall have the authority to grant injunctive relief in a form substantially similar to that, which would otherwise be granted by a court of law or equity.

The arbitrators shall have no authority to award punitive damages or any other damages not measured by the prevailing party's actual damages.

Any damages awarded shall conform to the terms and conditions of this Agreement.

The arbitrators shall specify in writing the basis for any damage award and the types of damages awarded.

The decision of the arbitrators shall be final and binding on the parties and may be entered and enforced in any court of competent jurisdiction by either YOU or Simplemobilenow.net.

The prevailing party in the arbitration proceedings shall be awarded reasonable attorney fees, expert witness costs and expenses, and all other costs and expenses incurred directly or indirectly in connection with the proceedings, unless the arbitrators shall, for good cause, determine otherwise.

**15. Consent to Jurisdiction; Venue.**

Venue for mediation, arbitration, or litigation of any dispute, controversy, or claim arising out of, in connection with, or in relation to this Agreement, or the breach thereof shall be proper only in a venue determined by Simplemobilenow.net.

**16. Choice of Law.**

For all purposes, this Agreement shall be deemed to have been made within the State of Florida. This Agreement shall be governed by the laws of the United States of America and the laws of the State of Florida, without regard to Florida's choice of law and conflicts of law rules, and Simplemobilenow.net.

NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT TO THE CONTRARY, THE UNIFORM COMPUTER INFORMATION TRANSACTIONS ACT ("UCITA") OR ANY SUCCESSOR MODEL ACT THAT IS SUBSTANTIALLY SIMILAR TO THE APPROVED DRAFT OF UCITA APPROVED BY THE NATIONAL CONFERENCE OF COMMISSIONERS ON UNIFORM STATE LAWS (NCCUSL) ON OR ABOUT AUGUST 4, 1999, OR ANY STATE LAW THAT IS SUBSTANTIALLY SIMILAR TO THE AFOREMENTIONED MODEL UCITA OR SUCCESSOR LAWS, SHALL APPLY TO ANY TRANSACTION OR ANY PART OF ANY TRANSACTION ARISING UNDER THIS AGREEMENT, REGARDLESS OF ANY STATE IN WHICH UCITA MAY HAVE BEEN ENACTED AT THE TIME SUCH TRANSACTION OR ANY PART OF SUCH TRANSACTION PURSUANT TO THIS AGREEMENT SHALL HAVE OCCURRED.

**17. Force Majeure.**

Simplemobilenow.net shall not be liable or deemed to be in default for any delay or failure in performance under this Agreement or interruption of service resulting directly or indirectly from acts of God, civil or military authority, acts of public enemy, war, riots, civil disturbances, insurrections, accidents, fire, explosions, earthquakes, floods, the elements, strikes, labor disputes, shortages of suitable parts, materials, labor or transportation, magnetic interference, interruptions of electrical power or other utility service, unavailability of any telecommunications service or connection to any telecommunications service, or any cause beyond the reasonable control of Simplemobilenow.net.

**18. Non-transferability of Right to Use Service.**

The rights to use Simplemobilenow.net Web Site and YOUR account are not transferable. Accounts and access to Simplemobilenow.net Web Site are for YOUR sole use. YOU shall be responsible for the confidentiality of YOUR password. Loaning YOUR account, user name, or password to other persons is expressly prohibited.

Violation of those terms shall constitute theft of Simplemobilenow.net's service and property and may be prosecuted under civil and criminal law.

**19. Notices Pursuant to this Agreement.**

YOU agree to notify Simplemobilenow.net if YOU move or otherwise change YOUR postal or email address or phone number, and to list a truthful name, postal address, e-mail address, and telephone number on all forms YOU supply to Simplemobilenow.net.

YOU may notify Simplemobilenow.net by regular first class mail or by email at info@ Simplemobilenow.net.

Simplemobilenow.net will notify YOU by email at the most current email address YOU have provided to Simplemobilenow.net of any notices Simplemobilenow.net is required to provide to YOU under this Agreement. YOU are solely responsible for ensuring that Simplemobilenow.net has YOUR most current email address, and Simplemobilenow.net shall not be responsible for any lost, misdirected, bounced, forwarded, or undeliverable email Simplemobilenow.net sends to the most current email address YOU have provided to Simplemobilenow.net.

**20. Severability of Terms of this Agreement.**

In the event that any portion of this Agreement is held to be unenforceable, the unenforceable portion shall be construed in accordance with applicable law as nearly as possible to reflect the original intentions of the parties and the remainder of the provisions shall remain in full force and effect.

**21. No Waiver of Provisions of this Agreement.**

Simplemobilenow net's failure to insist upon or enforce strict performance of any provisions of this Agreement shall not be construed as a waiver of any provision or right. Neither the course of conduct between YOU and Simplemobilenow.net nor any trade practice shall act to modify any provision of this Agreement.

**22. No Oral Modification of this Agreement.**

This Agreement may not be modified orally. This Agreement may be modified only by a written instrument signed by YOU and a duly authorized Officer or Manager of Simplemobilenow net if email is used for the writing, the signatures shall be electronic digital signatures that are publicly registered with a duly authorized certification authority in the jurisdiction in which Simple mobilenow net operates its business.

**23. Limitation of Actions Arising Under this Agreement.**

All disputes arising under this Agreement shall be resolved subject to the Alternative Dispute Resolution provisions of this Agreement. Any cause of action or dispute YOU may have with respect to Simplemobilenow net's performance or alleged non-performance of this Agreement must be commenced within one (1) year after the claim or cause of action arises or such claim or cause of action is forever barred. For purposes of the Alternative Dispute Resolution provisions of this Agreement, the commencement to which this paragraph refers is the date on which YOU notify Simplemobilenow net in writing of a dispute.

**24. Attorney's Fees and Costs in Litigation.**

In any action between Simplemobilenow.net and YOU to enforce any of the terms of this Agreement. Simplemobilenow.net shall be entitled to recover expenses from YOU, including, but not limited to, reasonable attorney's fees.

Copyright 2012-2013 - SimpleMobileNow.net

Home   |   Simple Mobile   |   H2O Wireless   |   Activate Service   |   Become a Dealer   |   Español   |   Contact Us   |   Terms of Use & Refund Policy





Contact Us | Simple Mobile :: Bill Payments Online

SIMPLE Mobile *Now!*     SIMPLE MOBILE   ACTIVATE   ESPAÑOL   CONTACT US

**Pay By Phone: 1-877-564-2002**

You are here: Home > Become A Dealer

## Become a Dealer

Fill out the form below to receive your nearest Simple Mobile Master Agent information - and find out how to join SIMPLE Mobile's thriving Authorized Dealer Community!

### Step 1: Your Company Details

Your Company Name

Total Stores

Please enter a value between 0 and 1500

### Step 2: Contact Details

Name

First                    Last

Address

Street Address

Address Line 2

City                    State / Province / Region

Zip / Postal Code          Country

Phone

Fax

Email

Submit

Becon



Copyright 2012-2013 - SimpleMobileNow.net

Home | Simple Mobile | H20 Wireless | Activate Service | Become a Dealer | Espanol | Contact Us | Terms of Use & Refund Policy

Espa



**Pay By Phone: 1-877-564-2002**

You are here: Home » Español

## Paga Tu Bill

PAGOS MENSUALES RAPIDOS, FACILES Y SEGUROS
AQUI PUEDE PAGAR SU MENSUALIDAD DE SIMPLE MOBILE, H2O Y T-MOBILE PREPAID.

### Muy Importante

- Por Favor verifique que haiia entrado su numero y plan correctamente.
- Si desea cambiar de plan, seleccione el plan nuevo haga el pago.

Copyright 2012-2013 · SimpleMobileNow.net  Home  |  Simple Mobile  |  H2O Wireless  |  Activate Service  |  Become a Dealer  |  Español  |  Contact Us  |  Terms of Use & Refund Policy

Terms Of Use & Refund Policy | Simple Mobile & Gift Payments Online

# SIMPLE Mobile Now!

SIMPLE MOBILE    ACTIVATE    ESPAÑOL    CONTACT US

## Pay By Phone: 1-877-564-2002

You are here: Home » Terms Of Use & Refund Policy

## TERMS AND CONDITIONS

THE FULL TERMS AND CONDITIONS CAN BE FOUND BELOW BUT TO ABRIDGE SOME OF THE TERMS FOR OUR CUSTOMERS WE HAVE PUT IN THE MAIN POINTS:

- Bill payments are processed from 9am – 9pm 7 days a week. If your bill payment is submitted outside our regular operating hours, your bill payment will be processed no later than the next business day.
- Do not submit a double payment to your phone number, as funds will be applied twice and you as the one that is submitting the form is responsible for the payment.
- You are responsible for inputting your correct information including your phone number into the online bill payment form. If you input the incorrect phone number when submitting your order, only you are responsible for the payment and you will need to make an additional payment for the correct phone number to rectify the situation.
- You are responsible for all submissions online. If you input your information for a bill payment and it is for the wrong carrier, you are responsible for the payment.
- We take fraudulent payments seriously and work with our contact in the Federal Bureau of Investigation and Secret Service to investigate, prosecute around the world. This includes the collection of your data that you submit, along with IP address where you submit your order which we can track back to and address where payments are submitted. As you will see we do not issue any PINS but only apply funds to the customer's account which means that every transaction is linked to a customer where the funds are applied to which in relation with fraudulent transactions that customer will be directly contacted and investigated regarding the payment source.
- We are a bill payment processor for all major carriers and have access to multiple systems, when you pay directly through our system we process the payment for you through our contract with the carrier just as if you were going to a retailer to submit your payment such as BestBuy, RadioShack or your local cell phone store etc.

## CUSTOMER DISPUTE OR TRANSACTIONAL DISPUTE

If you dispute your transaction at any time as a result of inputting the wrong information which you are responsible for we will take the following action

1. We review the transaction and gather all your information including information that we receive from the carrier.

2. We then will review the situation and we may take the following action:

- Disconnect and lock your account so that you are not able to make any more phone calls and then lock your number so that it can never be transferred out to another carrier.
- We may blacklist your information which may prevent you from getting a line or paying a bill at our various other clients which includes all major cell phone carriers.
- Send your account to collections which may adversely affect your credit score and credit rating making it difficult for you to apply for mortgage and increase your rates that you pay with your credit card companies and other credit facilities.
- If sent to internal or external collections agency you will also be incurred a processing fee / collections fee and other administrative fee in addition to the fees for the transaction.

3. If you have made a mistake in your submission take responsibility for the mistake and understand that you are responsible for your own mistakes and move on  because if you are unable to take responsibility then the actions of a dispute can result in much worse consequences.

In most cases we can correct that for you and give you a refund or apply it to the correct phone number at our full discretion. All you need to do is just CONTACT US BY CLICKING HERE and we can proactively solve the issue, but when you dispute the transaction with the bank it gets sent right over to our legal department where we cannot resolve the matter on your behalf any longer.

## ABOUT SIMPLEMOBILENOW.NET

Simplemobilenow.net is an innovator and leader in private branded electronic payment solutions for major prepaid carriers nationwide. Simplemobilenow.net processes tens of millions of dollars of payments for major prepaid carriers through privately labeled portals serving specific niche markets.

Simplemobilenow.net enables carriers nationwide to increase revenue while reducing churn and fraud through its innovative and proprietary billing system

## ABOUT SIMPLE MOBILE

SIMPLE Mobile is, well, simple. They offer the hottest new unlimited wireless service, outstanding products and absolutely no compromises. Unlike some cellular programs

Terms ... ... Refund Policy | Simple Mobile | ... Bill Payments Online

which limit your choices to just a select group of phones. SIMPLE Mobile offers the nation an unheard of SIM card program that encourages customers to B.Y.O.P. (Bring Your Own Phone) and enjoy affordable service using one of more than 200 currently approved GSM phones.

**WHY SIMPLEMOBILENOW.NET**

Simple Mobile has partnered with Simplemobilenow.net to provide convenient bill payment solutions for customers paying their bill in non-traditional outlets. Simplemobilenow.net being the leading non-retail electronic payment solutions for the telecommunications industry strives to deliver value to customers and carriers through leveraging payment technologies, data and security compliance, and fraud management

Simplemobilenow.net provides industry-leading managed service enabling quick, easy and secure electronic transactions through a broad choice of payment channels, payment methods and convenient features designed to increase customer satisfaction and lifetime value

**INNOVATIVE PAYMENT CHANNELS**

Private branded payment solutions such as ones created for Simple Mobile allows customers the convenience to make payments online or over the phone without having to come to the retail store. The broad portfolio of payment channels that Simplemobilenow.net delivers include: Web, SMS, Mobile Applications and through telephone bill payments

**DATA SECURITY**

Simplemobilenow.net utilizes PCI Compliant processes to make sure customer data is stored and managed in a secure and reliable environment. This ensures the highest level of security for sensitive customer information and reduces the carrier's cost and responsibility for managing this data

**FRAUD ELIMINATION**

Simplemobilenow.net has direct contact with the Federal Bureau of Investigation and the Secret Service and not only cooperates in investigations but additionally proactively identifies fraud and quickly takes action through internal rapid action team, which identifies causes for cardholder chargeback and goes after fraudulent activity aggressively through the tracking of phone number, customer record data, IP address detection suite, customer carrier data and various other fraud counter measures. Every customer payment is tracked directly through the phone number where payment is applied and each payment can be then re-traced all the way back to the individual making the payment and the source of the payment.

**MARKETING AND PROACTIVE SUPPORT**

Simplemobilenow.net increases the value of each contact point through innovative marketing solutions geared around the client all while reducing support costs for carrier through our in-house support department that can provide support for most basic customer needs.

**SCALE AND OPERATIONS SUSTAINIBILITY**

Leading the prepaid wireless revolution at the grass roots level of providing customers innovative bill payment solutions has allowed Simplemobilenow.net to incorporate lessons learned from a multitude of carriers to combine and develop technologies which can be shared between all carriers.

---

FULL TERMS OF USE

**ANY USE OF THIS WEBSITE CONSTITUTES YOUR AGREEEMENT WITH THE TERMS AND CONDITIONS BELOW:**

**DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY**

Introduction

Your use of Simplemobilenow.net Web Site constitutes your agreement to and acceptance of the additional terms and conditions, which are available at the different carrier websites

Unless the context clearly requires otherwise, as used in this Disclaimer and Limitation of Liability, the name "," standing alone (as opposed to being used as a modifier in a phrase such as "Simplemobilenow.net Web Site") shall be construed to include all of the following entities and persons: Simplemobilenow.net, its parents, its subsidiaries, its members, its partners, its joint ventures, its affiliates, its suppliers, its licensors, its licensees, its contractors, their respective agents and employees, and all their respective heirs, successors, and assigns.

Disclaimer of Warranties

Your use of Simplemobilenow.net Web site and any components of Simplemobilenow.net Web Site are at your sole risk, and you voluntarily assume that risk. Simplemobilenow.net Web Site and all of its components are provided on an "AS IS," "AS AVAILABLE" basis without warranties of any kind, either express or implied, unless such warranties are legally incapable of exclusion and provided by the manufacturer or service provider or carrier.

Term

Simplemobilenow.net hereby disclaims all WARRANTIES OF TITLE, NONINFRINGEMENT, and IMPLIED WARRANTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE or any warranties arising from course of dealing or usage of trade.

No advice or information given by Simplemobilenow.net shall create a warranty of any kind. Simplemobilenow.net does not warrant that the service will be uninterrupted or error-free or that any information, software, or other material accessible on the service is free of viruses, cancelbots, worms, logic bombs, Trojan horses, or other harmful contents or components.

Simplemobilenow.net is not responsible for the contents of any Web site to which Simplemobilenow.net Web Site links or any link contained in a linked site, or any changes or updates to such sites. is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Simplemobilenow.net of the site to which Simplemobilenow.net Web Site links, nor shall any link create any express or implied warranty binding on Simplemobilenow.net

The merchandise, products or services (collectively, the "merchandise") offered for purchase through Simplemobilenow.net Web Site are provided by third parties who are not under the direction or control of Simplemobilenow.net Nor does Simplemobilenow.net either expressly or impliedly claim to be an authorized dealer or representative of any of the individuals, companies, or organizations (collectively referred to as "vendors") who are offering or promoting merchandise through the site. Simplemobilenow.net neither represents nor warrants nor endorses the accuracy or reliability of any information or advertisements uploaded, displayed, or distributed through Simplemobilenow.net Web site. Simplemobilenow.net in no way either expressly or impliedly takes responsibility for the quality of any merchandise available for purchase through Simplemobilenow.net Web Site.

Simplemobilenow.net further disclaims all warranties on the merchandise, either express or implied, including but not limited to the IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT OF THIRD PARTY RIGHTS, AND FITNESS FOR PARTICULAR PURPOSE.

**Limitation of Liability**

Simplemobilenow.net's entire liability and your exclusive remedy with respect to use of Simplemobilenow.net Web Site and any components of Simplemobilenow.net Web Site, as well as Simplemobilenow.net's liability to you for breach of the General Terms of Service are limited solely to the amounts you have paid to Simplemobilenow.net Because some states do not allow the exclusion or limitation of liability for consequential or incidental damages, in such states, Simplemobilenow.net's liability is limited to the extent permitted by law.

In no event shall Simplemobilenow.net be held liable for costs or procurement of substitute goods or services, lost profits, lost data, business interruption, attorneys' fees or any direct, indirect, special, punitive, incidental, exemplary or consequential damages, or any kind of damages whatsoever, even if Simplemobilenow.net has been advised of the possibility of such damages, whether in an action under contract, negligence, tort or any other legal or equitable theory of recovery, arising out of or in connection with the use, inability to use or performance of the information, merchandise, and materials available from Simplemobilenow.net Web Site, or any part thereof, or your reliance on or use of information, services, or merchandise provided on or through Simplemobilenow.net web site, or that result from mistakes, omissions, interruptions, deletion of files, errors, defects, delays in operation or transmission, any failure of performance, computer virus, communication line failure, theft, destruction, or unauthorized access to, alteration of, or use of your account, whether for breach of contract, negligence or under any other cause of action. In the event Simplemobilenow.net is found liable under any circumstance under the terms of this agreement, Simplemobilenow.net's liability shall be limited to the liability as stated in this disclaimer.

**Severability**

If any portion of this disclaimer and limitation of liability is found by a court of competent jurisdiction to be unconscionable, inapplicable or void, only that portion of this disclaimer and limitation of liability will be stricken and the remaining portions shall be valid and binding.

**General Terms and Conditions**

Simplemobilenow.net. GENERAL TERMS OF USE OF WEB SITE AND CUSTOMER AGREEMENT

a. **Notice of Agreement/Legal Document.** THE FOLLOWING DOCUMENT IS A CONTRACT – LEGALLY BINDING AGREEMENT. PLEASE READ THIS ENTIRE AGREEMENT CAREFULLY BEFORE YOU USE THE SERVICES PROVIDED BY THIS WEB SITE AND BEFORE YOU AGREE TO PURCHASE ANY PRODUCTS FROM THIS WEB SITE. BY USING THIS WEB SITE OR BY AGREEING TO PURCHASE ANY PRODUCTS FROM THIS WEB SITE, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS STATED BELOW. IF YOU DO NOT WISH TO BE BOUND BY THESE TERMS AND CONDITIONS, YOU MAY NOT USE THIS WEB SITE AND SHOULD EXIT IT IMMEDIATELY.

2. **Parties.**

Simplemobilenow.net (hereinafter referred to as "Simplemobilenow.net") is a Florida Limited Liability Company with the legal address of 1501 NW 17 Ave, Miami, Florida, 33125

b. "CUSTOMER," "YOU," and "YOUR" refer to:

the natural person using this Web site, regardless of whether he or she is acting is his or her individual capacity, or as the agent for any other natural person or business entity; and

the natural person who is the principal of any electronic agent(s) using this Web site, regardless of the number of layers of electronic agency that may exist between the natural person principal and the electronic agent(s) using this Web site.

In this Agreement, Simplemobilenow.net and YOU may sometimes be referred to collectively as the "PARTIES." Where this Agreement uses the term "PARTIES," it intends both YOU and Simplemobilenow.net.

**3. Intent to Enter Agreement to Purchase Prepaid Telephone Calling Services.**

Simplemobilenow.net desires to provide Prepaid Wireless Bill Payment, Activation Services and other prepaid products or services Web Site and YOU desire to use Simplemobilenow.net Web Site, provided by Simplemobilenow.net, subject to the terms and conditions of this Agreement, as Simplemobilenow.net may amend or revise this Agreement from time to time, to purchase prepaid telephone calling services from third-party telephone carriers (hereinafter referred to as "carriers")

**4. Consideration.**

In consideration of Simplemobilenow.net's providing access to and use of Simplemobilenow.net Web Site to YOU, YOUR payment of and promises to pay fees to Simplemobilenow.net, and YOUR promises to abide by the terms and conditions of this Agreement, as Simplemobilenow.net may amend or revise this Agreement from time to time, and in consideration of all the mutual covenants and promises made in this Agreement, the PARTIES hereby agree as follows.

**5. General Terms and Conditions.**

Service to Be Provided by Simplemobilenow.net to CUSTOMER.

Simplemobilenow.net Web Site is provided to YOU (the "CUSTOMER") by Simplemobilenow.net, subject to the terms and conditions of this Agreement.

You may access the Agreement while you are connected to the Internet by going to the page on the World Wide Web at Simplemobilenow.net

**Entire Agreement.**

This Agreement comprises the entire agreement between YOU (the CUSTOMER) and Simplemobilenow.net, and supersedes any prior or previous agreements between YOU, the CUSTOMER, and Simplemobilenow.net, with respect to the subject matter of this Agreement, except that YOU shall be subject to any additional terms and conditions of which Simplemobilenow.net notifies you from time to time and that may apply when YOU are using any content, software, products, or services of any kind or nature, of any third party, including, but not limited to carriers.

**Revisions to this Agreement.**

YOU may not revise any of the terms of this Agreement without express prior authorization and written agreement signed by a duly authorized Officer or Manager of Simplemobilenow.net

Simplemobilenow.net serves a variety of customers, retailers, and distributors, and cannot negotiate separate contracts with each of its customers. Simplemobilenow.net is able to offer competitive pricing and billing by using standard Terms of Service contracts for all of its customers.

Simplemobilenow.net reserves the right to, and may, revise this Agreement at any time, and such revisions shall become effective thirty (30) days after Simplemobilenow.net posts the revised Agreement for public viewing. The revisions to the Agreement shall include notice of the date of posting the most recent revision to the Agreement.

YOU agree to read the revisions to this Agreement periodically and preferably, at least once every thirty- (30) days to become aware of such revisions to this Agreement

YOUR continued use of Simplemobilenow.net web site more than thirty (30) days after Simplemobilenow.net posts revisions to this Agreement, as described above, shall be conclusively deemed YOUR assent to the additional terms and conditions made part of this Agreement by such revisions

If any such revised or additional terms and conditions are unacceptable to YOU, or if YOU do not agree to and do not wish to be legally bound by such revised or additional terms and conditions, you may terminate this Agreement as provided in Section 13 below.

**6. Account Information.**

**Services Simplemobilenow.net Will Provide to CUSTOMER.**

Simplemobilenow.net grants YOU a limited, non-exclusive, and nontransferable license to use Simplemobilenow.net Web Site and its various components to purchase prepaid telephone services from third-party carriers or to refer third parties to Simplemobilenow.net Web Site for the sole purpose of purchasing such services. This license is subject to the restriction, that, except to the extent expressly permitted by law, YOU may not translate, reverse engineer or reverse compile or de-compile, disassemble or make derivative works from the software residing at or used to operate Simplemobilenow.net Web Site (hereinafter referred to as the "Simplemobilenow.net Software"). YOU may not modify Simplemobilenow.net Software in any manner or form, or use it in any way which is not expressly authorized by Simplemobilenow.net, other than to access Simplemobilenow.net Web site, as authorized by this Agreement, including, without limitation, for the purpose of obtaining unauthorized access to Simplemobilenow.net's service or data (also known as "hacking"). YOU agree to abide by the United States and other applicable export control laws and regulations and not to transfer, by electronic transmission or otherwise, any information, including Simplemobilenow.net Software in either source, object, or executable form, which is subject to restrictions under such laws to a national or destination restricted under such laws without first obtaining and then complying with any requisite government authorization or licensing requirements and without first providing Simplemobilenow.net with a certified copy of said license or written government authorization, evincing compliance with all applicable export control laws and regulations

Terms of Use (Including Policy) Simple mobile 1, DM Payment Debits

Subject to all the terms and conditions of this Agreement and all applicable laws, YOU may access, for YOUR sole use, Simplemobilenow.net's proprietary content offered at Simplemobilenow.net's Web site and accessible through Simplemobilenow.net's home page on the World Wide Web.

Simplemobilenow.net will provide YOU with such customer and technical support related to YOUR use of Simplemobilenow.net Web Site, at no additional charge, subject to the restrictions posted on the Customer Support area of Simplemobilenow.net Web Site.

**Warranties and Representations of CUSTOMER.**

YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN (18) YEARS OLD.

YOU represent and warrant that YOU are a citizen or a lawful resident of the United States of America or of Canada.

**Information YOU Provide to Simplemobilenow.net**

YOU agree to provide Simplemobilenow.net with accurate, complete, and updated registration information, and failure to do so shall constitute a breach of this Agreement and unauthorized access to Simplemobilenow.net's service, and may result in immediate termination of YOUR account and subject YOU to civil and/or criminal liability. YOU further acknowledge that it is a Federal and State criminal offense to purchase any product from Simplemobilenow.net by fraudulent means.

**7. Charges, Fees, and Payment.**

Rates and Billing Methods; Subject to Change with Notice.

The rates and charges for telephone card products available from Simplemobilenow.net, as well as the methods of payment shall be those posted on Simplemobilenow.net Web Site, as amended or revised from time to time.

If YOUR chosen payment method for Simplemobilenow.net's service is by credit or debit or prepaid card, and Simplemobilenow.net has not received payment from the card issuer or its agents, YOU agree to pay all amounts due upon demand by Simplemobilenow.net.

YOUR card issuer's agreement governs YOUR use of YOUR designated payment card in connection with Simplemobilenow.net Web Site, and YOU must refer to such agreement and not this Agreement with respect to YOUR rights and duties as a cardholder.

Upon written request, Simplemobilenow.net will provide YOU with a written statement of charges. Unless YOU notify Simplemobilenow.net of any discrepancies within ninety (90) days after they first appear on the written account statement, they will be deemed acceptable by YOU for all purposes, including resolution of inquiries made by YOUR card issuer or bank.

YOU release Simplemobilenow.net from all liabilities and claim of loss resulting from any error or discrepancy that is not reported to Simplemobilenow.net within 90 days of its publication to YOUR account.

Please note that if you already have balance in the account we may adjust the applied funds amount to match the required amount to match what is needed to match your payment plan needs. We may also adjust plan amounts to match what is supported by your handset or what you have requested for the plan options. To receive a refund for the plan difference, you may contact us within 30 days of the payment amount or else the credit will expire from your account and a portion of that amount will be sent over to our charity organizations.

**YOUR Responsibility for Charges.**

YOU shall be responsible for all charges resulting from YOUR use of Simplemobilenow.net Web Site and the use of Simplemobilenow.net Web Site by any other person who uses your user name and password, regardless of whether YOU have actually authorized such charges.

**Failure to Make Timely Payment.**

Simplemobilenow.net reserves the right to suspend or terminate YOUR account and YOUR access to Simplemobilenow.net Web Site for any amounts past due. Amounts past due include, but are not limited to denied charges and dishonored checks.

Termination of YOUR account and/or YOUR access to Simplemobilenow.net Web Site shall not relieve YOU from the obligation to satisfy outstanding invoices and to pay to Simplemobilenow.net all amounts YOU owe to Simplemobilenow.net pursuant to this Agreement, or otherwise.

In the event Simplemobilenow.net utilizes an attorney at law to collect any unpaid amounts from YOU, YOU shall be responsible for the payment of all of Simplemobilenow.net's attorneys' fees and costs, in addition to any penalties allowed under applicable law, in the collection of those sums.

**All Sales Final; Refunds or Credits from Carriers.**

YOU agree that Simplemobilenow.net acts merely as a distributor of prepaid telephone products for third-party telephone carriers.

**ALL SALES FROM Simplemobilenow.net WEB SITE ARE FINAL.**

Simplemobilenow.net will not issue any refunds, credits, adjustments, or replacement of telephone virtual cards, personal identification numbers (PINs) or other products

Term:

and services offered at Simplemobilenow.net website unless otherwise described.

Even if Simplemobilenow.net shall, at its sole discretion, make any limited exceptions to its "all sales final" policy as described in this Agreement, Simplemobilenow.net shall not waive any rights it has to enforce said policy in all other cases and at all other times, to the fullest extent provided in this Agreement and allowed under applicable law.

The various carriers whose prepaid telephone and long-distance products Simplemobilenow.net makes available to you through Simplemobilenow.net Web Site provide refunds, credits, or adjustments to YOU under certain circumstances. By YOUR use of Simplemobilenow.net Web Site, YOU agree that you will contact the appropriate carriers regarding their policies concerning refunds, credits, or adjustments. YOU further agree that YOU will release, hold harmless, defend, and indemnify Simplemobilenow.net, its parents, subsidiaries, affiliates, partners, members, joint ventures, all their respective employees and agents, and all their successors and assigns from any liability for any carrier's failure to adjust or resolve any claim YOU may have against said carrier.

**Limitations on Use of Simplemobilenow.net Web Site**

In any given 24-hour period, the number of purchases and the aggregate monetary value of the purchases YOU may make from Simplemobilenow.net Web Site is limited. YOU agree that Simplemobilenow.net reserves the right to change these limits at any time without notice and that Simplemobilenow.net shall not be liable to YOU in any manner for any reason, under any legal theory as a result of changing such limits. YOU further agree that YOU will not exceed or attempt to exceed these limits.

**8. Intellectual Property Rights.**

Simplemobilenow.net's Intellectual Property Rights.

All Content Simplemobilenow.net provides on any and all of its pages on the World Wide Web, any and all files, software, and databases Simplemobilenow.net uses to operate Simplemobilenow.net Web Site, and any and all files Simplemobilenow.net makes available to YOU for use, viewing, browsing, or downloading, are protected by copyright pursuant to U.S. law, international conventions, and other copyright laws as individual works, and as a collective work and/or compilation, and Simplemobilenow.net claims and owns a copyright in the selection, coordination, arrangement and enhancement of such Content.

YOU agree not to modify, publish, transmit, participate in the transfer or sale of, reproduce (except as provided below), create derivative works from, distribute, perform, display, create collective works or compilations including, or in any way exploit, any of the Content, in whole or in part; provided that if Simplemobilenow.net applies no specific restrictions directly or indirectly in relation to a particular item of Content, YOU may make a reasonable and limited number of copies of such item, including copyrighted material, provided that:

YOU make and use the said copies solely for YOUR personal and non-commercial use;

YOU ensure that any notices contained in the Content such as all copyright, trademark, service mark, patent, and other proprietary rights notices are reproduced in an unmodified form in all such copies; and

YOU refrain from transferring such Content to any other person, entity, computer, computer network, or other device, without the prior express written consent of Simplemobilenow.net.

YOU agree to comply with all the terms and conditions of Simplemobilenow.net's Copyright Notice and Policy, as amended or revised from time to time.

**Intellectual Property Rights of Third Parties.**

Third persons not parties to this Agreement shall retain all rights they have to Intellectual property rights to Content they own and which they enjoy by law. YOU agree not to infringe upon any such rights and agree to defend, hold harmless, and indemnify Simplemobilenow.net from any infringement YOU cause to the rights of any third party in any intellectual property rights that may result from YOUR use of Simplemobilenow.net Web Site.

**9. YOUR Duties Under this Agreement.**

Compliance with Agreement.

YOU agree to abide by and perform all the terms and conditions of this Agreement at all times.

Compliance with Applicable Laws.

YOU agree to abide by and to follow all applicable laws in using Simplemobilenow.net Web Site and, to the extent allowed by law, YOU agree to defend, hold harmless, and indemnify Simplemobilenow.net from any damages caused by YOUR violation of any applicable laws.

YOU acknowledge that access to or use of Simplemobilenow.net Web Site may not be legal in certain countries. If YOU access or use Simplemobilenow.net Web Site outside the United States of America, YOU do so at YOUR own risk and are responsible for compliance with the laws of the jurisdiction in which or from which YOU access or use Simplemobilenow.net Web Site.

YOU may not use Simplemobilenow.net Web Site or any products or services you purchase by way of Simplemobilenow.net Web Site for any unlawful purpose.

Simplemobilenow.net reserves the right to discontinue furnishing service or to limit the use of Simplemobilenow.net Web Site necessitated by conditions beyond its control or if YOU use Simplemobilenow.net Web site or any products or services you purchase by way of Simplemobilenow.net Web Site in violation or attempted violation of the

Term

law.

## Refraining from Certain Activities.

YOU further agree that YOU will not do or attempt to do any of the following activities in connection with YOUR use of Simplemobilenow.net Web Site or otherwise:

Violate the security of Simplemobilenow.net Web Site or any other computer network, or crack passwords or security encryption codes;

Transfer or store illegal material including that deemed threatening or obscene, or engage in any kind of illegal activity;

Impersonate any person living or dead, organization, business, or other entity, or use any name or communicate under any false name that YOU are not authorized to use;

Solicit other Simplemobilenow.net customers, retailers, or distributors to become customers of other companies or services directly competing with Simplemobilenow.net; or

Violate any of the rules, regulations and policies of those networks, computer systems, telecommunications carriers, or Internet service providers that YOU use to access Simplemobilenow.net Web Site

## Increasing Network Usage and Traffic.

YOU agree not cause or attempt to cause traffic levels to Simplemobilenow.net's Web Site and related servers and networks, or other networks to rise without reason or for any malicious purpose, by any means, including, but not limited to, transmitting large files to email, ftp, or other servers for malicious purposes, "mail bombing," transmissions intended to raise the cost of another network provider's access through excessive traffic levels, or repeatedly sending the same content to Simplemobilenow.net for the purpose of harassment

## Attempting to Circumvent or Bypass System Security Measures.

YOU agree not to obstruct or attempt to obstruct the systems identification procedures or to forgo communications of any form.

YOU agree not to attempt to cause, or actually cause, any disruption of service on Simplemobilenow.net Web Site or any other network or any server housing Simplemobilenow.net Web Site, including but not limited to malicious traffic generation, attempted or actual violation of any security system in place on the Internet and its resources, or any unauthorized access to any computer or resource on the Internet

YOU agree not to abuse or attempt to abuse the system and resources of Simplemobilenow.net Web Site in any manner.

YOU agree not to violate or attempt to violate the security of the authentication and accounting procedures of Simplemobilenow.net Web Site.

YOU agree not to attempt to or actually undermine, hinder, damage, or disrupt the hardware, software, or security of Simplemobilenow.net Web Site or any of its various components

Simplemobilenow.net's Right to Monitor and Communications Privacy Policy.

## 10. Disclaimer of Warranties.

YOU EXPRESSLY AGREE THAT YOUR USE OF Simplemobilenow.net WEB SITE AND ANY COMPONENTS OF Simplemobilenow.net WEB SITE ARE AT YOUR SOLE RISK, AND THAT YOU VOLUNTARILY ASSUME THAT RISK. Simplemobilenow.net WEB SITE AND ALL OF ITS COMPONENTS ARE PROVIDED ON AN "AS IS," "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, UNLESS SUCH WARRANTIES ARE LEGALLY INCAPABLE OF EXCLUSION

Simplemobilenow.net's ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY WITH RESPECT TO USE OF Simplemobilenow.net WEB SITE AND ANY COMPONENTS OF Simplemobilenow.net WEB SITE, AS WELL AS Simplemobilenow.net's LIABILITY TO YOU FOR BREACH OF THIS AGREEMENT ARE LIMITED SOLELY TO THE AMOUNTS YOU HAVE PAID TO Simplemobilenow.net BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, Simplemobilenow.net's LIABILITY IS LIMITED TO THE EXTENT PERMITTED BY LAW

Simplemobilenow.net WEB SITE AND ALL OF THE COMPONENTS OF Simplemobilenow.net WEB SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE, NONINFRINGEMENT, IMPLIED WARRANTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE OR ANY WARRANTIES ARISING FROM COURSE OF DEALING OR USAGE OF TRADE

NO ADVICE OR INFORMATION GIVEN BY Simplemobilenow.net, ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS, OR THEIR RESPECTIVE EMPLOYEES SHALL CREATE A WARRANTY OF ANY KIND. NEITHER Simplemobilenow.net NOR ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS, OR THEIR RESPECTIVE EMPLOYEES WARRANTS THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT ANY INFORMATION, SOFTWARE, OR OTHER MATERIAL ACCESSIBLE ON THE SERVICE IS FREE OF VIRUSES, CANCELBOTS, WORMS, LOGIC BOMBS, TROJAN HORSES, OR OTHER HARMFUL CONTENTS OR COMPONENTS.

**Specific Information Available on Simplemobilenow.net Website.**

Terms

Simplemobilenow.net AND/OR ITS RESPECTIVE SUPPLIERS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE INFORMATION CONTAINED IN THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON Simplemobilenow.net WEB SITE AND ITS SERVER FOR ANY PURPOSE. ALL SUCH DOCUMENTS AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND.

Simplemobilenow.net AND/OR ITS RESPECTIVE SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, INCLUDING ALL IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON Simplemobilenow.net WEB SITE AND ITS SERVER COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. Simplemobilenow.net AND/OR ITS RESPECTIVE SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED HEREIN AT ANY TIME.

**Links to Third Party Web Sites.**

SOME OF THE LINKS ON Simplemobilenow.net WEB SITE WILL LET YOU LEAVE Simplemobilenow.net WEB SITE. THE LINKED SITES ARE NOT UNDER THE CONTROL OF Simplemobilenow.net AND Simplemobilenow.net IS NOT RESPONSIBLE FOR THE CONTENTS OF ANY LINKED SITE OR ANY LINK CONTAINED IN A LINKED SITE, OR ANY CHANGES OR UPDATES TO SUCH SITES.

Simplemobilenow.net IS PROVIDING THESE LINKS TO YOU ONLY AS A CONVENIENCE, AND THE INCLUSION OF ANY LINK DOES NOT IMPLY ENDORSEMENT BY Simplemobilenow.net OF THE SITE TO WHICH Simplemobilenow.net WEB SITE LINKS, NOR SHALL ANY LINK CREATE ANY EXPRESS OR IMPLIED WARRANTY BINDING ON Simplemobilenow.net

**Products Available from Simplemobilenow.net Web Site.**

Simplemobilenow.net is pleased that YOU have decided to purchase products offered by vendors and carriers on Simplemobilenow.net Web Site. To ensure that YOU are aware of YOUR rights related to purchasing products offered by vendors and carriers on Simplemobilenow.net Web Site, Simplemobilenow.net has created the following disclaimers which are binding and material terms of this Agreement. YOUR ordering any products on Simplemobilenow.net Web Site constitutes YOUR agreement to the following disclaimers.

YOUR PURCHASE OF ANY PRODUCTS THROUGH Simplemobilenow.net WEB SITE INDICATES YOUR ACCEPTANCE THE TERMS STATED HEREIN. PLEASE REMEMBER THAT ALL OF THE RULES STATED IN THIS AGREEMENT APPLY TO THE PURCHASE OF ANY PRODUCTS THROUGH Simplemobilenow.net WEB SITE.

THE MERCHANDISE, PRODUCTS OR SERVICES (COLLECTIVELY, THE "MERCHANDISE") OFFERED FOR PURCHASE THROUGH Simplemobilenow.net WEB SITE ARE PROVIDED BY THIRD PARTIES WHO ARE NOT AFFILIATED WITH OR UNDER THE DIRECTION OR CONTROL OF Simplemobilenow.net NOR DOES Simplemobilenow.net EITHER EXPRESSLY OR IMPLIEDLY CLAIM TO BE AN AUTHORIZED DEALER OR REPRESENTATIVE OF ANY OF THE INDIVIDUALS, COMPANIES, OR ORGANIZATIONS (COLLECTIVELY REFERRED TO AS "VENDORS") WHO ARE OFFERING OR PROMOTING MERCHANDISE THROUGH THE SITE. Simplemobilenow.net NEITHER REPRESENTS NOR WARRANTS NOR ENDORSES THE ACCURACY OR RELIABILITY OF ANY INFORMATION OR ADVERTISEMENTS UPLOADED, DISPLAYED, OR DISTRIBUTED THROUGH Simplemobilenow.net WEB SITE. Simplemobilenow.net IN NO WAY EITHER EXPRESSLY OR IMPLIEDLY TAKES RESPONSIBILITY FOR THE QUALITY OF ANY MERCHANDISE AVAILABLE FOR PURCHASE THROUGH Simplemobilenow.net WEB SITE.

Simplemobilenow.net FURTHER DISCLAIMS ALL WARRANTIES ON THE MERCHANDISE, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT OF THIRD PARTY RIGHTS, AND FITNESS FOR PARTICULAR PURPOSE.

THE VENDORS SELLING THE MERCHANDISE THROUGH Simplemobilenow.net WEB SITE ARE SOLELY RESPONSIBLE FOR THE REPRESENTATIONS REGARDING THE MERCHANDISE ADVERTISED ON WEB SITE. IN NO EVENT SHALL Simplemobilenow.net, ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS, OR THEIR RESPECTIVE EMPLOYEES BE HELD LIABLE FOR COSTS OR COSTS OF SUBSTITUTE GOODS OR SERVICES, LOST PROFITS, LOST DATA, BUSINESS INTERRUPTION, ATTORNEYS' FEES OR ANY DIRECT, INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR ANY KIND OF DAMAGES WHATSOEVER, EVEN IF Simplemobilenow.net OR ANY OF THE OTHER PERSONS OR ENTITIES IDENTIFIED IN THIS PARAGRAPH HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN AN ACTION UNDER CONTRACT, NEGLIGENCE, TORT OR ANY OTHER LEGAL OR EQUITABLE THEORY OF RECOVERY, ARISING OUT OF OR IN CONNECTION WITH THE USE, INABILITY TO USE OR PERFORMANCE OF THE INFORMATION, MERCHANDISE, AND MATERIALS AVAILABLE FROM Simplemobilenow.net WEB SITE.

By YOUR agreeing to this disclaimer, YOU are indicating that YOU will not for any reason take any legal action against Simplemobilenow.net, its parents, its subsidiaries, its members, its partners, its joint ventures, its affiliates, its suppliers, its licensors, its contractors, or their respective agents or employees with respect to any matter covered by the aforementioned disclaimers.

Disputes between YOU and any vendor mentioned in Simplemobilenow.net Web Site should be addressed to and taken up with the particular vendor, carrier and/or service provider and not with Simplemobilenow.net

Furthermore, YOUR acceptance of this disclosure also indicates to Simplemobilenow.net that YOU will in no way use Simplemobilenow.net as a mediator or witness in any disputes between YOU and any vendor.

Further, you are also agreeing that if any portion of this disclaimer is found by a court of competent jurisdiction to be unconscionable, inapplicable or void, only that portion of this disclaimer will be stricken and the remaining portions shall be valid and binding.

Term

THE FOREGOING WARRANTIES SET FORTH ARE EXCLUSIVE AND NO OTHER WARRANTY IS EXPRESSED OR IMPLIED.

**11. Limitation of Liability.**

UNDER NO CIRCUMSTANCES SHALL Simplemobilenow.net, ITS PARENTS, ITS SUBSIDIARIES, ITS MEMBERS, ITS PARTNERS, ITS JOINT VENTURERS, ITS AFFILIATES, ITS SUPPLIERS, ITS LICENSORS, ITS CONTRACTORS OR THEIR RESPECTIVE AGENTS OR EMPLOYEES BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES THAT RESULT IN ANY WAY FROM YOUR USE OF OR INABILITY TO USE Simplemobilenow.net WEB SITE OR ANY OF THE COMPONENTS OF Simplemobilenow.net WEB SITE, OR ANY PART THEREOF, OR YOUR RELIANCE ON OR USE OF INFORMATION, SERVICES, OR MERCHANDISE PROVIDED ON OR THROUGH Simplemobilenow.net WEB SITE, OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES, ERRORS, DEFECTS, DELAYS IN OPERATION OR TRANSMISSION, ANY FAILURE OF PERFORMANCE, COMPUTER VIRUS, COMMUNICATION LINE FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF YOUR ACCOUNT, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE OR UNDER ANY OTHER CAUSE OF ACTION. IN THE EVENT Simplemobilenow.net IS FOUND LIABLE UNDER ANY CIRCUMSTANCE UNDER THE TERMS OF THIS AGREEMENT, Simplemobilenow.net's LIABILITY SHALL BE LIMITED TO THE LIABILITY AS STATED IN THIS AGREEMENT.

**12. Indemnification of Simplemobilenow.net by CUSTOMER.**

Upon request of Simplemobilenow.net, YOU agree to defend, indemnify, and hold harmless Simplemobilenow.net, its parents, its subsidiaries, its members, its partners, its joint ventures, its affiliates, its suppliers, its licensors, its licensees, its agents, its contractors, or their respective agents and employees, and all their respective successors and assigns from all liabilities, claims, losses, judgments, damages, and expenses, including, without limitation, attorney's fees and costs of litigation, arising from breach of this Agreement by use of, or in connection with, the transmission by or through YOUR account of any content or communications.

Simplemobilenow.net reserves the right, at its own expense and at its sole discretion, to assume the exclusive defense and control of any matter otherwise subject to indemnification by YOU hereunder, and in such event, YOU shall have no further obligation to provide indemnification for such matter.

YOU shall promptly notify Simplemobilenow.net in writing of any claim arising or potentially arising under this indemnity.

**13. Termination of Agreement.**

Either YOU or Simplemobilenow.net may terminate this Agreement at any time. YOUR sole right with respect to any dissatisfaction with any term of this Agreement, as revised or amended from time to time, or Simplemobilenow.net's performance of this Agreement is to terminate this Agreement by notifying Simplemobilenow.net in writing.

**14. Alternative Dispute Resolution.**

Except for the right of either party to apply to a court of competent jurisdiction for a temporary restraining order or preliminary injunction to preserve the status quo ante bellum or prevent irreparable harm pending the selection and confirmation of a panel of arbitrators, any dispute arising under this Agreement shall be resolved through a negotiation/mediation/ arbitration approach.

YOU and Simplemobilenow.net agree first to try to resolve the dispute informally between ourselves through good-faith negotiations. If it proves impossible to reach a mutually satisfactory solution to the dispute by negotiation, then YOU and Simplemobilenow.net agree to use mediation as described below.

YOU and Simplemobilenow.net agree to try to resolve the dispute informally and in good faith with the help of a mutually agreed-upon mediator. The mediator shall have such qualifications and experience as YOU and Simplemobilenow.net shall agree upon.

If YOU and Simplemobilenow.net cannot agree upon the choice of a mediator, then YOU shall submit to Simplemobilenow.net the names of three qualified candidates acceptable to Simplemobilenow.net to mediate the dispute between us and Simplemobilenow.net shall select as mediator one of those three candidates whose names YOU have submitted to Simplemobilenow.net.

Alternatively, if YOU cannot submit to Simplemobilenow.net the names of three qualified candidates to serve as a mediator, then Simplemobilenow.net shall submit to YOU the names of three qualified candidates acceptable to Simplemobilenow.net to mediate the dispute between us and YOU shall select as mediator one of those three candidates whose names Simplemobilenow.net has submitted to YOU.

The mediation shall be conducted in good faith and on such terms and conditions as the mediator, YOU, and Simplemobilenow.net shall agree.

YOU and Simplemobilenow.net shall each pay the mediator one half of the fee for the mediator's services, regardless of the outcome of the mediation.

If it proves impossible to arrive at a mutually satisfactory solution through mediation, YOU and Simplemobilenow.net agree to submit the dispute to binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association.

The arbitration may be conducted by one impartial arbitrator by mutual agreement or by three arbitrators if YOU and Simplemobilenow.net are unable to agree on a single arbitrator within 30 days of first demand for arbitration. All arbitrators are to be selected from a panel provided by the American Arbitration Association. The chair of the arbitration panel shall be an attorney at law, and the other arbitrators shall have a background or training either in computer or Internet law, computer software, or Internet telecommunications technology, the marketing of computer software products, or electronic commerce conducted via the Internet.

Upon request of either YOU or Simplemobilenow.net, the arbitrators shall have the authority to permit discovery to the extent they deem appropriate.

A court reporter shall record the arbitration hearing and the reporter's transcript shall be the official transcript of the proceeding.

The arbitrators shall have no power to add or detract from the agreements of YOU and Simplemobilenow.net and may not make any ruling or award that does not conform to the terms and conditions of this Agreement.

The arbitrators shall have the authority to grant injunctive relief in a form substantially similar to that, which would otherwise be granted by a court of law or equity.

The arbitrators shall have no authority to award punitive damages or any other damages not measured by the prevailing party's actual damages.

Any damages awarded shall conform to the terms and conditions of this Agreement.

The arbitrators shall specify in writing the basis for any damage award and the types of damages awarded.

The decision of the arbitrators shall be final and binding on the parties and may be entered and enforced in any court of competent jurisdiction by either YOU or Simplemobilenow.net.

The prevailing party in the arbitration proceedings shall be awarded reasonable attorney fees, expert witness costs and expenses, and all other costs and expenses incurred directly or indirectly in connection with the proceedings, unless the arbitrators shall, for good cause, determine otherwise.

**15. Consent to Jurisdiction; Venue.**

Venue for mediation, arbitration, or litigation of any dispute, controversy, or claim arising out of, in connection with, or in relation to this Agreement, or the breach thereof shall be proper only in a venue determined by Simplemobilenow.net.

**16. Choice of Law.**

For all purposes, this Agreement shall be deemed to have been made within the State of Florida. This Agreement shall be governed by the laws of the United States of America and the laws of the State of Florida, without regard to Florida's choice of law and conflicts of law rules, and Simplemobilenow.net.

NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT TO THE CONTRARY, THE UNIFORM COMPUTER INFORMATION TRANSACTIONS ACT ("UCITA") OR ANY SUCCESSOR MODEL ACT THAT IS SUBSTANTIALLY SIMILAR TO THE APPROVED DRAFT OF UCITA APPROVED BY THE NATIONAL CONFERENCE OF COMMISSIONERS ON UNIFORM STATE LAWS (NCCUSL) ON OR ABOUT AUGUST 4, 1999, OR ANY STATE LAW THAT IS SUBSTANTIALLY SIMILAR TO THE AFOREMENTIONED MODEL UCITA OR SUCCESSOR LAWS, SHALL APPLY TO ANY TRANSACTION OR ANY PART OF ANY TRANSACTION ARISING UNDER THIS AGREEMENT, REGARDLESS OF ANY STATE IN WHICH UCITA MAY HAVE BEEN ENACTED AT THE TIME SUCH TRANSACTION OR ANY PART OF SUCH TRANSACTION PURSUANT TO THIS AGREEMENT SHALL HAVE OCCURRED.

**17. Force Majeure.**

Simplemobilenow.net shall not be liable or deemed to be in default for any delay or failure in performance under this Agreement or interruption of service resulting directly or indirectly from acts of God, civil or military authority, acts of public enemy, war, riots, civil disturbances, insurrections, accidents, fire, explosions, earthquakes, floods, the elements, strikes, labor disputes, shortages of suitable parts, materials, labor or transportation, magnetic interference, interruptions of electrical power or other utility service, unavailability of any telecommunications service or connection to any telecommunications service, or any cause beyond the reasonable control of Simplemobilenow.net.

18. Non-transferability of Right to Use Service.

The rights to use Simplemobilenow.net Web Site and YOUR account are not transferable. Accounts and access to Simplemobilenow.net Web Site are for YOUR sole use. YOU shall be responsible for the confidentiality of YOUR password. Loaning YOUR account, user name, or password to other persons is expressly prohibited.

Violation of these terms shall constitute theft of Simplemobilenow.net's service and property and may be prosecuted under civil and criminal law.

19. Notices Pursuant to this Agreement.

YOU agree to notify Simplemobilenow.net if YOU move or otherwise change YOUR postal or email address or phone number, and to list a truthful name, postal address, e-mail address, and telephone number on all forms YOU supply to Simplemobilenow.net.

YOU may notify Simplemobilenow.net by regular first class mail or by email at info@ Simplemobilenow.net.

Simplemobilenow.net will notify YOU by email at the most current email address YOU have provided to Simplemobilenow.net of any notices Simplemobilenow.net is required to provide to YOU under this Agreement. YOU are solely responsible for ensuring that Simplemobilenow.net has YOUR most current email address, and Simplemobilenow.net shall not be responsible for any lost, misdirected, bounced, forwarded, or undeliverable email Simplemobilenow.net sends to the most current email address YOU have provided to Simplemobilenow.net.

**20. Severability of Terms of this Agreement.**

In the event that any portion of this Agreement is held to be unenforceable, the unenforceable portion shall be construed in accordance with applicable law as nearly as possible to reflect the original intentions of the parties and the remainder of the provisions shall remain in full force and effect.

Term

**21. No Waiver of Provisions of this Agreement.**

Simplemobilenow.net's failure to insist upon or enforce strict performance of any provisions of this Agreement shall not be construed as a waiver of any provision or right. Neither the course of conduct between YOU and Simplemobilenow.net nor any trade practice shall act to modify any provision of this Agreement.

**22. No Oral Modification of this Agreement.**

This Agreement may not be modified orally. This Agreement may be modified only by a written instrument signed by YOU and a duly authorized Officer or Manager of Simplemobilenow.net If email is used for the writing, the signatures shall be electronic digital signatures that are publicly registered with a duly authorized certification authority in the jurisdiction in which Simplemobilenow.net operates its business.

**23. Limitation of Actions Arising Under this Agreement.**

All disputes arising under this Agreement shall be resolved subject to the Alternative Dispute Resolution provisions of this Agreement. Any cause of action or dispute YOU may have with respect to Simplemobilenow.net's performance or alleged non-performance of this Agreement must be commenced within one (1) year after the claim or cause of action arises or such claim or cause of action is forever barred. For purposes of the Alternative Dispute Resolution provisions of this Agreement, the commencement to which this paragraph refers is the date on which YOU notify Simplemobilenow.net in writing of a dispute.

**24. Attorney's Fees and Costs in Litigation.**

In any action between Simplemobilenow.net and YOU to enforce any of the terms of this Agreement, Simplemobilenow.net shall be entitled to recover expenses from YOU, including, but not limited to, reasonable attorney's fees.

Copyright 2012-2013 - SimpleMobileNow.net

Home  |  Simple Mobile  |  H2O Wireless  |  Activate Service  |  Become a Dealer  |  Español  |  Contact Us  |  Terms of Use & Refund Policy