# Exhibit E









Net10 Wireless Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 | Login | Checkout
View Cart | 0 items

Monthly Refills | Family Plan Refills | Pay-As-You-Go Refills

1 2 3

## Net10 Refills

- Net10 Monthly Plan Refills
- Net10 Pay-As-You-Go Refills
- Net10 Family Plan Refills

Sign up for our NEWSLETTER

Go

## Quick Product Finder

Filter

# Net10 GSM

Instant Net10 Bill Payments, Monthly Auto-Pay. **NO Waiting, NOPins**

## New Items:

Net10: $170 Unlimited Monthly 4-Line Family $170.00

Net10: $130 Unlimited Monthly 3-Line Family $130.00

Net10: $90 Unlimited Monthly 2-Line Family $90.00

Net10: $20 Pay As You Go - 200 Minutes 30 $20.00

Net10: $45 Pay As You Go - 600 Minutes 60 $45.00

Net10: $30 Pay As You Go - 300 Minutes 60 $30.00

## Net10 Refills

| | | |
|---|---|---|
| Net10: $50 Unlimited Monthly Plan | Net10: $65 Unlimited International Monthly Plan | Net10: $25 Monthly Plan - 750 Minutes 30 Days |
| **$50.00** | **$65.00** | **$25.00** |
| **Buy It** \| More | **Buy It** \| More | **Buy It** \| More |







| | | |
|---|---|---|
| Net10: $45 Pay As You Go - 600 Minutes 60 Days | Net10: $20 Pay As You Go - 200 Minutes 30 Days | Net10: $30 Pay As You Go - 300 Minutes 60 Days |
| **$45.00** | **$20.00** | **$30.00** |
| **Buy It** \| More | **Buy It** \| More | **Buy It** \| More |

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM       (888) 909-7613       support@Net10gsm.com

**Stay in Touch**



NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 | Login | Checkout
View Cart | 0 items

Monthly Refills | Family Plan Refills | Pay-As-You-Go Refills

## Net10 Refills

- Net10 Monthly Plan Refills
- Net10 Pay-As-You-Go Refills
- Net10 Family Plan Refills

Home > Net10 Wireless Refills > **Net10 Monthly Plan Refills**

# Net10 Monthly Plan Refills

**Show** 12 Per Page — Sort By...

**Products** 1-3 of **3**

Net10: $50 Unlimited Monthly Plan — $50.00

Retail: ~~$50.00~~

Click for More Info

Quantity: 1

Add to Cart

Net10: $65 Unlimited International Monthly Plan — $65.00

Retail: ~~$65.00~~

Click for More Info

Quantity: 1

Add to Cart

Net10: $25 Monthly Plan - 750 Minutes 30 Days — $25.00

Click for More Info

Quantity: 1

Add to Cart

**Products** 1-3 of **3**

Sign up for our NEWSLETTER

Go

## Quick Product Finder

Filter

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

**Useful Links**

Net10 Wireless GSM | (888) 909-7613 | support@Net10gsm.com

Net10 Monthly Plan Refills

**Stay in Touch**

My Cart

Home

About Us

Contact Us

Privacy Policy

Shopping Cart Software by AmeriCommerce.



NET10 WIRELESS
Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613

Login

Checkout

View Cart

0 items

Monthly Refills    Family Plan Refills    Pay-As-You-Go Refills

## Net10 Refills

Net10 Monthly Plan Refills

Net10 Pay-As-You-Go Refills

Net10 Family Plan Refills

Home > Net10 Wireless Refills > Net10 Pay-As-You-Go Refills

# Net10 Pay-As-You-Go Refills

Sign up for our
NEWSLETTER

Quick Product Finder

Show 12 Per Page                                    Sort By...

Products 1-3 of 3

**NET10 600** TALK/WEB OR 1,200 TEXTS 60 DAYS
Net10: $45 Pay As You Go - 600 Minutes 60 Days
$45.00
Click for More Info
Quantity:

**NET10 200** TALK/WEB OR 400 TEXTS 30 DAYS
Net10: $20 Pay As You Go - 200 Minutes 30 Days
$20.00
Click for More Info
Quantity:

**NET10 300** TALK/WEB OR 600 TEXTS 60 DAYS
Net10: $30 Pay As You Go - 300 Minutes 60 Days
$30.00
Click for More Info
Quantity:

Products 1-3 of 3

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

**Useful Links**

Net10 Wireless GSM    (888) 909-7613    support@Net10gsm.com



My Cart

Home

About Us

Contact Us

Privacy Policy

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.

# NET10 WIRELESS
### Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT  (EST)

(888) 909-7613

Login

View Cart

Checkout
0 items

Monthly Refills | Family Plan Refills | Pay-As-You-Go Refills

---

**Net10 Refills**

Net10 Monthly Plan Refills

Net10 Pay-As-You-Go Refills

Net10 Family Plan Refills

Sign up for our NEWSLETTER

Quick Product Finder

Home > Net10 Wireless Refills > Net10 Family Plan Refills

# Net10 Family Plan Refills



**Show** 28 Per Page

**Products** 1-3 of **3**

### Net10: $90 Unlimited Monthly 2-Line Family Plan



Availability: Instant Refill

$90.00



---

### Net10: $130 Unlimited Monthly 3-Line Family Plan

Availability: Instant Refill

$130.00

---

### Net10: $170 Unlimited Monthly 4-Line Family Plan



Availability: Instant Refill

$170.00



**Products** 1-3 of **3**

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM     (888) 909-7463          support@Net10gsm.com

**Stay in Touch**



Shopping Cart Software by AmeriCommerce.

Net10: $170 Unlimited 4-Line Family Plan



**NET10** WIRELESS
*Authorized Dealer*

**Se Habla Español**
10AM – 7PM M-F
10AM – 5PM SAT (EST)

(888) 909-7613

Login    Checkout

View Cart    0 items

Monthly Refills    Family Plan Refills    Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Family Plan Refills >

Net10: $170 Unlimited Monthly 4-Line Family Plan

Net10: $170 Unlimited Monthly 4-Line Family Plan

Item #: NET10-170FAM
Availability: Instant Refill

Price: **$170.00**

**We Will Add this Plan to your Net10 # Automatically**

First Net10 # *
Confirm:

Second Net10 # *
Confirm:

Third Net10 # *
Confirm:

Fourth Net10 # *
Confirm:

**NET10** WIRELESS

Estimate Shipping

Net10: $170 Unlimited Monthly 4-Line Family Plan

- Unlimited Talk, Text, Data
- Unlimited Picture Messaging
- Unlimited Web, Email and calls to 411
- No Credit Check, No Contract, No Deposit
- National service with no roaming charges
- Compatible with all available Net10 GSM phones that use a SIM card

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**Network:** Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide



The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM        (888) 909-7613            support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.

NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 | Login | Checkout
View Cart | 0 items

Monthly Refills | Family Plan Refills | Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Family Plan Refills >

Net10: $130 Unlimited Monthly 3-Line Family Plan

# Net10: $130 Unlimited Monthly 3-Line Family Plan

Item #: NET10-130FAM
Availability: Instant Refill

Price: **$130.00**

**We Will Add this Plan to your Net10 # Automatically**

**First Net10 # ***

Confirm:

**Second Net10 # ***

Confirm:

**Third Net10 # ***

Confirm:

NET10 WIRELESS

Estimate Shipping

Net10: $130 Unlimited Monthly 3-Line Family Plan

- Unlimited Talk, Text, Data
- Unlimited Picture Messaging
- Unlimited Web, Email and calls to 411
- No Credit Check, No Contract, No Deposit
- National service with no roaming charges
- Compatible with all available Net10 GSM phones that use a SIM card

Description

Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**Network**: Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide





The NET10® logo and the Net10® product images are registered trademarks of NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM        (888) 909-7613        support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.

Net10: $90 Unlimited Monthly 2-Line Family Plan



**NET10** WIRELESS
*Authorized Dealer*

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT  (EST)

(888) 909-7613

Login       Checkout
View Cart    0 items

Monthly Refills    Family Plan Refills    Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Family Plan Refills >

## Net10: $90 Unlimited Monthly 2-Line Family Plan

Item #: NET10-90FAM
Availability: Instant Refill

Price: **$90.00**

**We Will Add this Plan to your Net10 # Automatically**

**First Net10 # ***
Confirm:

**Second Net10 # ***
Confirm:

**NET10** WIRELESS

Estimate Shipping

Net10: $90 Unlimited Monthly 2-Line Family Plan

- Unlimited Talk, Text, Data
- Unlimited Picture Messaging
- Unlimited Web, Email and calls to 411
- No Credit Check, No Contract, No Deposit
- National service with no roaming charges
- Compatible with all available Net10 GSM phones that use a SIM card

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide

Net10: $90 Unlimited Monthly 2-Line Family Plan



The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



Useful Links

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM          (888) 909-7613          support@Net10gsm.com

Stay in Touch

Shopping Cart Software by AmeriCommerce.

Net10: $20 Pay As You Go - 200 Min 30 Days

 **Home**　　 **Search**　　 **0 item(s)**　　 **Account**　　 **Checkout**

# Net10 Wireless GSM

## Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Pay-As-You-Go Refills** >

# Net10: $20 Pay As You Go - 200 Minutes 30 Days



Net10: $20 Pay As You Go - 200 Min 30 Days

Item #: NET10-20
Availability: Instant Refill

Price: **$20.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10: $20 Pay As You Go - 200 Min 30 Days

| Description |
| --- |

### Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number. Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                              (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

    

| Home | Search | 0 item(s) | Account | Checkout |

## Net10 Wireless GSM

Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Pay-As-You-Go Refills** >

# Net10: $45 Pay As You Go - 600 Minutes 60 Days



Net10: $45 Pay As You Go - 600 Minutes 60 Days

Item #: NET10-45
Availability: Instant Refill

Price: **$45.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10: $45 Pay As You Go - 600 Minutes 60 Days

| Description |
|---|

### Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

 **Home**   **Search**   **0 item(s)**   **Account**   **Checkout**

# Net10 Wireless GSM

## Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Pay-As-You-Go Refills** >

# Net10: $30 Pay As You Go - 300 Minutes 60 Days



Net10: $30 Pay As You Go - 300 Minutes 60 Days

Item #: NET10-30MIN
Availability: Instant Refill

Price: **$30.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10: $30 Pay As You Go - 300 Minutes 60 Days

| Description |
| --- |

### Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

Net10 Wireless GSM - Shopping Cart

 **Home**   **Search**   **0 item(s)**   **Account**   **Checkout**

# Net10 Wireless GSM

Browse by Category

# Your Shopping Cart Is Empty

If you feel that you've received this message in error, please **click here** for more information.



Net10 Wireless GSM                     (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.



## Net10 Wireless GSM

Browse by Category

# Your Shopping Cart Is Empty

If you feel that you've received this message in error, please **click here** for more information.



Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

Customer Login


**Home**


**Search**


**0 item(s)**


**Account**


**Checkout**

# Net10 Wireless GSM

## Browse by Category

## Log In

Are you a registered shopper with this store?

### Yes.

Please enter your email address and password below.

Email Address          Password

**Forgot your password?**

### No.

Please click on the button below to create an account.

Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

https://www.net10gsm.com/store/login.aspx?[6/3/2013 4:55:18 PM]

 **Home**     **Search**     **0 item(s)**     **Account**     **Checkout**

# Net10 Wireless GSM

Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Monthly Plan Refills** >

# Net10: $50 Unlimited Monthly Plan



Net10 $50 Monthly Unlimited Plan

Item #: NET10-50
Availability: Instant Refill

Retail: ~~$50.00~~
Price: **$50.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10 Wireless $50 Unlimited Minutes + International + Text + Data 30 Day Plan

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

Net10: $50 Unlimited Monthly Plan

 **Home**     **Search**     **0 item(s)**     **Account**     **Checkout**

## Net10 Wireless GSM

### Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Monthly Plan Refills** >

# Net10: $50 Unlimited Monthly Plan



Net10 $50 Monthly Unlimited Plan

Item #: NET10-50
Availability: Instant Refill

Retail: ~~$50.00~~
Price: **$50.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10 Wireless $50 Unlimited Minutes + International + Text + Data 30 Day Plan

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                              (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

 **Home**       **Search**       **0 item(s)**       **Account**       **Checkout**

# Net10 Wireless GSM

## Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Monthly Plan Refills** >

# Net10: $65 Unlimited International Monthly Plan



Net10 $50 Monthly Unlimited Plan

Item #: NET10-65
Availability: Instant Refill

Retail: ~~$65.00~~
Price: **$65.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10 Wireless $65 Unlimited Minutes + International + Text + Data 30 Day Plan

**Includes**

- International Calling to over 1,000 destinations, including Canada, China, India and Mexico
- Unlimited* Nationwide Talk
- Unlimited* Text and picture messaging
- Unlimited* Web access, email and calls to 411

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting,**

# No Pins!

**For calls to most countries, enter:**
011 + country code + area code + phone number (for example: 011 525533003900)
For calls to Canada or the Caribbean, enter:
1 + area code + phone number (for example: 1 9053744447)

To check if your international destination is available **TEXT** the
*COUNTRY CODE + CITY CODE + PHONE NUMBER* to **64372**
(Standard text message rates apply.)

## Unlimited International Destinations

International Destinations include certain cities within the countries listed below.

| | | |
|---|---|---|
| Canada | Hong Kong | Peru |
| Canada Cellular | Hong Kong Cellular | Portugal |
| Argentina | India | Russia |
| Australia | India Cellular | Singapore |
| Belgium | Ireland | Singapore Cellular |
| Brazil | Israel | South Korea |
| China | Israel Cellular | Spain |
| China Cellular | Italy | Sweden |
| Colombia | Kazakhstan | UK |
| Denmark | Luxembourg | Venezuela |
| Dominican Republic | Malaysia | |
| France | Mexico | |
| Germany | Mexico Cellular | |
| Greece | New Zealand | |

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide



Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

View Full Site

Shopping Cart Software by AmeriCommerce.

Case 1:13-cv-23066-KMW   Document 12-5   Entered on FLSD Docket 11/14/2013   Page 32 of 90

 **Home**     **Search**     **0 item(s)**     **Account**     **Checkout**

# Net10 Wireless GSM

Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Monthly Plan Refills** >

# Net10: $65 Unlimited International Monthly Plan



Net10 $50 Monthly Unlimited Plan

Item #: NET10-65
Availability: Instant Refill

Retail: ~~$65.00~~
Price: **$65.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10 Wireless $65 Unlimited Minutes + International + Text + Data 30 Day Plan

**Includes**

- International Calling to over 1,000 destinations, including Canada, China, India and Mexico
- Unlimited* Nationwide Talk
- Unlimited* Text and picture messaging
- Unlimited* Web access, email and calls to 411

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting,**

# No Pins!

**For calls to most countries, enter:**
011 + country code + area code + phone number (for example: 011 525533003900)
For calls to Canada or the Caribbean, enter:
1 + area code + phone number (for example: 1 9053744447)

To check if your international destination is available **TEXT** the
*COUNTRY CODE + CITY CODE + PHONE NUMBER* to **64372**
(Standard text message rates apply.)

## Unlimited International Destinations
International Destinations include certain cities within the countries listed below.

| | | |
|---|---|---|
| Canada | Hong Kong | Peru |
| Canada Cellular | Hong Kong Cellular | Portugal |
| Argentina | India | Russia |
| Australia | India Cellular | Singapore |
| Belgium | Ireland | Singapore Cellular |
| Brazil | Israel | South Korea |
| China | Israel Cellular | Spain |
| China Cellular | Italy | Sweden |
| Colombia | Kazakhstan | UK |
| Denmark | Luxembourg | Venezuela |
| Dominican Republic | Malaysia | |
| France | Mexico | |
| Germany | Mexico Cellular | |
| Greece | New Zealand | |

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide



Case 1:13-cv-23066-KMW   Document 12-5   Entered on FLSD Docket 11/14/2013   Page 34 of 90

Shopping Cart Software by AmeriCommerce.

 **Home**    **Search**    **0 item(s)**    **Account**    **Checkout**

# Net10 Wireless GSM

## Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Monthly Plan Refills** >

# Net10: $25 Monthly Plan - 750 Minutes 30 Days



Net10 $50 Monthly Unlimited Plan

Item #: NET10-25
Availability: Instant Refill

Price: **$25.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10:  $25 Monthly Plan - 750 Minutes 30 Days

| Description |
|---|

### Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

 **Home**     **Search**     **0 item(s)**     **Account**     **Checkout**

# Net10 Wireless GSM

Browse by Category

Home > Net10 Wireless Refills > Net10 Monthly Plan Refills >

# Net10: $25 Monthly Plan - 750 Minutes 30 Days



Net10 $50 Monthly Unlimited Plan

Item #: NET10-25
Availability: Instant Refill

Price: **$25.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10:  $25 Monthly Plan - 750 Minutes 30 Days

| Description |
| --- |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

Net10: $45 Pay As You Go - 600 Minutes 60 Days

 **Home**   **Search**   **0 item(s)**   **Account**   **Checkout**

# Net10 Wireless GSM

Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Pay-As-You-Go Refills** >

# Net10: $45 Pay As You Go - 600 Minutes 60 Days



Net10: $45 Pay As You Go - 600 Minutes 60 Days

Item #: NET10-45
Availability: Instant Refill

Price: **$45.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10:  $45 Pay As You Go - 600 Minutes 60 Days

| Description |
| --- |

### Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

 **Home**    **Search**    **0 item(s)**    **Account**    **Checkout**

# Net10 Wireless GSM

Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Pay-As-You-Go Refills** >

# Net10: $20 Pay As You Go - 200 Minutes 30 Days



Net10: $20 Pay As You Go - 200 Min 30 Days

Item #: NET10-20
Availability: Instant Refill

Price: **$20.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10: $20 Pay As You Go - 200 Min 30 Days

| Description |
|---|

## Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide



Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

Net10: $30 Pay As You Go - 300 Minutes 60 Days

 Home  Search  0 item(s)  Account  Checkout

# Net10 Wireless GSM

Browse by Category

**Home** > **Net10 Wireless Refills** > **Net10 Pay-As-You-Go Refills** >

# Net10: $30 Pay As You Go - 300 Minutes 60 Days



Net10: $30 Pay As You Go - 300 Minutes 60 Days

Item #: NET10-30MIN
Availability: Instant Refill

Price: **$30.00**

Your Net10 # *

Confirm:

Quantity:

**Estimate Shipping**

Net10: $30 Pay As You Go - 300 Minutes 60 Days

| Description |
| --- |

### Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide





Net10 Wireless GSM                          (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

    

Home      Search      0 item(s)      Account      Checkout

# Net10 Wireless GSM

## Browse by Category

## ABOUT US

Net10GSM.com is your online source for Net10 Airtime Refills.

We take the hassle out of buying refill cards or Online Pins, by automatically reloading your Net10 Wireless account instantly after checkout. No Waiting for pin emails or having to re-enter pin numbers into your phone to refill your account. We do all the work for you 24 Hours a Day, 7 Days a Week.

Customer Service is our top priority, if you have any questions please feel free to contact us by email, live chat or by a toll-free phone call.

## By Email:

Email Address: **support@Net10gsm.com**

## By Phone:

Phone: (888) 909-7613

Regards,

Net10GSM

Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

Contact Us

 **Home**   **Search**   **0 item(s)**   **Account**   **Checkout**

# Net10 Wireless GSM

Browse by Category

# Contact Us

**By Email:**

Email Address: **support@Net10gsm.com**

**By Phone:**

Phone: (888) 909-7613
Fax:

**Store Address:**

Net10 Wireless GSM
6779 Engle Rd

Middleburg Heights, Ohio 44130
United States



Net10 Wireless GSM                                        (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

 **Home**  **Search**  **0 item(s)**  **Account**  **Checkout**

# Net10 Wireless GSM

## Browse by Category

# Privacy Policy

Net10 Wireless GSM is committed to privacy and security for all of our clients. Because we respect your right to privacy, we have developed a Privacy Statement as indicated below.

### Personal Information

**Under no circumstances do we transfer your email address to any other company**, nor do we collect any personal data revealing racial or ethnic origin, political opinions, religious or philosophical beliefs.

There are two ways you can provide us with and consent to our collection of certain personal information:

E-mail Request - Links throughout our site provide you with the opportunity to contact us via e-mail to ask questions, request information and materials, or provide comments and suggestions. You may also be offered the opportunity to have one of our Sales Representatives contact you personally to provide additional information about our products or services. To do so, we may request additional personal information from you, such as your name and telephone number, to help us satisfy your request.

Enrollment - You may choose to enroll for one of our products or services where we will request certain information from you. Depending on the type of product or service that you request, you may be asked to provide different personal information. For certain products and services, we may require your name, address, telephone number, e-mail address, and credit card number. Other products and services may require different or supplemental information from you in order to apply.

### Statistical Information About Your Visit

Information obtained while visiting our site does not identify you personally, but rather records information about a visit to our site. We may monitor statistics such as how many people visit our site, which pages people visit, and which browsers people use. We use these statistics about your visit to help us improve the performance of our web site and over all user experience.

### Your Ability to Opt-Out of Further Notifications

Periodically, we notify our customers of new products, announcements, and updates. If you would like to opt-out of being notified, please contact us at support@Net10gsm.com.



Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

 **Home**    **Search**    **0 item(s)**    **Account**    **Checkout**

# Net10 Wireless GSM

## Net10 Wireless Refills

**Home** > Net10 Wireless Refills

CATEGORIES

**Net10 Monthly Plan Refills**

**Net10 Pay-As-You-Go Refills**

**Net10 Family Plan Refills**

**Show** 10 Per Page

**Products** 1-9 of **9**

 **Net10: $170 Unlimited Monthly 4-Line Family Plan**
Availability: Instant Refill
Price: $170.00

 **Net10: $130 Unlimited Monthly 3-Line Family Plan**
Availability: Instant Refill
Price: $130.00

 **Net10: $90 Unlimited Monthly 2-Line Family Plan**
Availability: Instant Refill
Price: $90.00

 **Net10: $65 Unlimited International Monthly Plan**
Availability: Instant Refill
Price: $65.00

 **Net10: $50 Unlimited Monthly Plan**
Availability: Instant Refill
Price: $50.00

 **Net10: $45 Pay As You Go - 600 Minutes 60 Days**
Availability: Instant Refill
Price: $45.00



### Net10: $30 Pay As You Go - 300 Minutes 60 Days
Availability: Instant Refill
Price: $30.00



### Net10: $25 Monthly Plan - 750 Minutes 30 Days
Availability: Instant Refill
Price: $25.00



### Net10: $20 Pay As You Go - 200 Minutes 30 Days
Availability: Instant Refill
Price: $20.00

**Products** 1-9 of **9**

Net10 Wireless GSM                                    (888) 909-7613

support@Net10gsm.com

View Full Site

Shopping Cart Software by AmeriCommerce.







Customer Login


**Home**


**Search**


**0 item(s)**


**Account**


**Checkout**

# Net10 Wireless GSM

## Browse by Category

## Log In

Are you a registered shopper with this store?

### Yes.

Please enter your email address and password below.

Email Address          Password

**Forgot your password?**

### No.

Please click on the button below to create an account.

Net10 Wireless GSM                    (888) 909-7613

support@Net10gsm.com

**View Full Site**

Shopping Cart Software by AmeriCommerce.

https://www.net10gsm.com/store/login.aspx?r=myAccount.aspx&progress=false[6/3/2013 4:58:50 PM]



NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 Login Checkout
View Cart 0 items

Monthly Refills Family Plan Refills Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Pay-As-You-Go Refills >

Net10: $20 Pay As You Go - 200 Min 30 Days

# Net10: $20 Pay As You Go - 200 Minutes 30 Days

Item #: NET10-20
Availability: Instant Refill

Price: **$20.00**

**You may also be interested in these:**

**We Will Add this Plan to your Net10 # Automatically**

**Your Net10 # ***

Confirm:

NET10 WIRELESS

Estimate Shipping

Net10: $20 Pay As You Go - 200 Min 30 Days

Description

Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number. Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide





The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM          (888) 909-7613          support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.





Home > Net10 Wireless Refills > Net10 Pay-As-You-Go Refills >

### Net10: $45 Pay As You Go - 600 Minutes 60 Days

Net10: $45 Pay As You Go - 600 Minutes 60 Days

Item #: NET10-45
Availability: Instant Refill

Price: $45.00

**We Will Add this Plan to your Net10 # Automatically**

Your Net10 # *

Confirm:

Estimate Shipping

Net10: $45 Pay As You Go - 600 Minutes 60 Days

You may also be interested in these:

| Description |

Your Net10 Account Will be Refilled Automatically After Checkout.  **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number.  Any remaining plan days or minutes will be forfeited.

**Network:** Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide



The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM     (888) 909-7613     support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.







Net10: $30 Pay As You Go - 300 Minutes 60 Days

# Net10: $30 Pay As You Go - 300 Minutes 60 Days

Item #: NET10-30MIN
Availability: Instant Refill

Price: **$30.00**

**We Will Add this Plan to your Net10 # Automatically**

**Your Net10 # ***

Confirm:

Estimate Shipping

Net10: $30 Pay As You Go - 300 Minutes 60 Days

Description

Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number. Any remaining plan days or minutes will be forfeited.

**Network**: Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide

**You may also be interested in these:**

The NET10® logo and the Net10® product images are registered trademarks of NET10® . Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM      (888) 909-7613      support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.



Net10 Refills

Net10 Monthly Plan Refills

Net10 Pay-As-You-Go Refills

Net10 Family Plan Refills

Sign up for our **NEWSLETTER**

**Quick Product Finder**

# Help with Browser Cookies

Your browser must be able to support cookies in order to place an order on this site. If you do not have cookies enabled, you will not be able to complete an order.

**What are cookies?**

- Cookies are small text files that your browser uses to identify your computer.
- A single number is stored in the cookie and sent back to our server with each page you visit.
- This number allows you to keep a shopping cart and to stay logged in to the site while you place your order.

**What cookies are not:**

- Cookies cannot contain viruses.
- There is no personal information stored in the cookie.
- Third-party web sites cannot read the cookie of another site.

**How to enable cookies:**

If you're unable to add items to your shopping basket or are experiencing other issues with our shopping cart, your web browser is likely blocking our cookies.

To enable cookies, please follow the steps listed for your browser. If you aren't sure which browser you're using, click "Help" from the menu near the top of the page, then select "About..." ("About Internet Explorer", "About Firefox", etc.).

-----

Internet Explorer (on a PC)

- -Open Tools > Internet Options
- -Click the Privacy tab
- -Click the "Advanced" button
- -Check the "Override automatic cookie handling" box
- -Select either "Accept" or "Prompt" under both "First-party Cookies" and "Third-party Cookies"
- -Click the "OK" button to save your changes

Mozilla Firefox (version 3 and newer on a PC)

- -Open Tools > Options
- -Click the Privacy tab
- -Look for the drop-down menu next to "Firefox will:". Click this menu and select "Use custom settings for history"
- -Check the "Accept cookies from sites" box
- -Click the "OK" button to save your changes

Mozilla Firefox (version 2 on a PC)

- -Open Tools > Options
- -Click the Privacy tab
- -Check the "Accept cookies from sites" box
- -Click the "OK" button to save your changes

Mozilla Firefox (on a Mac)

- -Open Firefox > Preferences
- -Click the Privacy tab
- -Look for the drop-down menu next to "Firefox will:". Click this menu and select "Use custom settings for history"
- -Check the "Accept cookies from sites" box
- -Click the "OK" button to save your changes

Chrome (on a PC)

-Click the wrench icon near the top-right of the page, then select Settings from the menu that pops up
- -Click the Settings link on the left-hand side of the page
- -Scroll down to the bottom of the page and click the "Show advanced settings..." link
- -Under "Privacy", click the "Content settings..." button
- -Under "Cookies", select "Allow local data to be set"
- -Scroll down and click the "OK" button to save your changes

Safari (on a PC)

- -Click the gear icon near the top-right of the page, then select Preferences from the menu that pops up
- -Click the Privacy tab
- -Next to "Block cookies", select either "From third parties and advertisers" or "Never"
- -Close the window to save your changes

Safari (on a Mac)

- -Open Safari > Preferences
- -Click the Privacy tab
- -Next to "Block cookies", select either "From third parties and advertisers" or "Never"
- -Close the window to save your changes

Opera (on a PC)

- -Click the Opera button near the top-left of the page, then open Settings > Preferences...
- -Click the Advanced tab
- -Click "Cookies" from the menu on the left
- -Select either "Accept cookies" or "Accept cookies only from the site I visit"
- -Click the "OK" button to save your changes

-----

If your web browser isn't listed, please consult your browser's documentation for enabling cookies. Alternatively, you can run a Google search such as: enabling cookies in internet explorer 9

If you continue experiencing issues after enabling cookies, please contact us.

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM     (888) 909-7613     support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.



NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613

Login

Checkout

View Cart        0 items

Monthly Refills     Family Plan Refills     Pay-As-You-Go Refills

# Your Shopping Cart Is Empty

If you feel that you've received this message in error, please click here for more information.

### Hot Sellers:



Net10: $50 Unlimited Monthly Plan

$50.00

**Buy It** |
More

Net10: $25 Monthly Plan - 750 Minutes 30 Days

$25.00

**Buy It** |
More

Net10: $30 Pay As You Go - 300 Minutes 60 Days

$30.00

**Buy It** |
More

Net10: $20 Pay As You Go - 200 Minutes 30 Days

$20.00

**Buy It** |
More

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

**Net10 Wireless GSM**     (888) 909-7613        support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.

Net10 Wireless GSM - Shopping Cart



## Your Shopping Cart Is Empty

If you feel that you've received this message in error, please click here for more information.

**Hot Sellers:**



Net10: $50 Unlimited Monthly Plan

$50.00

**Buy It** |

More

Net10: $25 Monthly Plan - 750 Minutes 30 Days

$25.00

**Buy It** |

More

Net10: $30 Pay As You Go - 300 Minutes 60 Days

$30.00

**Buy It** |

More

Net10: $20 Pay As You Go - 200 Minutes 30 Days

$20.00

**Buy It** |

More

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM    (888) 909-7613    support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.



**NET10** WIRELESS
Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613

Login

View Cart

Checkout

0 items

Monthly Refills      Family Plan Refills      Pay-As-You-Go Refills

## Lost Password

Please enter your email address below and you will be given directions to change your password.

Email Address:

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



### Useful Links

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM      (888) 909-7613      support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.



## Log In

Are you a registered shopper with this store?

| No. | Yes. |
|---|---|
| Please click on the button below to create an account. | Please enter your email address and password below. |
| | Email Address          Password |
| | Forgot your password? |

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



### Useful Links

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM     (888) 909-7613          support@Net10gsm.com

### Stay in Touch

Shopping Cart Software by AmeriCommerce.



NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 Login Checkout
View Cart 0 items

Monthly Refills Family Plan Refills Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Monthly Plan Refills >

Net10 $50 Monthly Unlimited Plan

You may also be interested in these:

# Net10: $50 Unlimited Monthly Plan

Item #: NET10-50
Availability: Instant Refill

Retail: ~~$50.00~~
Price: **$50.00**

We Will Add this Plan to your Net10 # Automatically
**Your Net10 # ***
Confirm:

Add to Cart
Estimate Shipping

Net10 Wireless $50 Unlimited Minutes + International + Text + Data 30 Day Plan

Description

Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**Network**: Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide





The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM      (888) 909-7613          support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.





NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 Login Checkout
View Cart 0 items

Monthly Refills Family Plan Refills Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Monthly Plan Refills >

Net10 $50 Monthly Unlimited Plan

**You may also be interested in these:**

# Net10: $65 Unlimited International Monthly Plan

Item #: NET10-65
Availability: Instant Refill

Retail: ~~$65.00~~
Price: **$65.00**

We Will Add this Plan to your Net10 # Automatically
**Your Net10 # ***
Confirm:

NET10 WIRELESS

Add to Cart
Estimate Shipping

Net10 Wireless $65 Unlimited Minutes + International + Text + Data 30 Day Plan

**Includes**

- International Calling to over 1,000 destinations, including Canada, China, India and Mexico
- Unlimited* Nationwide Talk
- Unlimited* Text and picture messaging
- Unlimited* Web access, email and calls to 411

Description

Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**For calls to most countries, enter:**
011 + country code + area code + phone number (for example: 011 525533003900)
For calls to Canada or the Caribbean, enter:
1 + area code + phone number (for example: 1 9053744447)

To check if your international destination is available **TEXT** the
***COUNTRY CODE + CITY CODE + PHONE NUMBER*** to **64372**

### Unlimited International Destinations

International Destinations include certain cities within the countries listed below.

| | | |
|---|---|---|
| Canada | Hong Kong | Peru |
| Canada Cellular | Hong Kong Cellular | Portugal |
| Argentina | India | Russia |
| Australia | India Cellular | Singapore |
| Belgium | Ireland | Singapore Cellular |
| Brazil | Israel | South Korea |
| China | Israel Cellular | Spain |
| China Cellular | Italy | Sweden |
| Colombia | Kazakhstan | UK |
| Denmark | Luxembourg | Venezuela |
| Dominican Republic | Malaysia | |
| France | Mexico | |
| Germany | Mexico Cellular | |
| Greece | New Zealand | |

**Network**: Multiple Carrier Platforms (GSM)
**Coverage**: Nationwide



The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

**Useful Links**

Net10 Wireless GSM        (888) 909-7613        support@Net10gsm.com

**Stay in Touch**

Net10: $65 Unlimited International Monthly Plan



Shopping Cart Software by AmeriCommerce.



Net10: $25 Monthly Plan - 750 Minutes 30 Days



NET10 WIRELESS
Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613

Login    Checkout

View Cart    0 items

Monthly Refills    Family Plan Refills    Pay-As-You-Go Refills

Home > Net10 Wireless Refills > Net10 Monthly Plan Refills >

### Net10: $25 Monthly Plan - 750 Minutes 30 Days

Net10 $50 Monthly Unlimited Plan

Item #: NET10-25
Availability: Instant Refill

Price: **$25.00**

**We Will Add this Plan to your Net10 # Automatically**

Your Net10 # *

Confirm:

Estimate Shipping

**You may also be interested in these:**

Net10: $25 Monthly Plan - 750 Minutes 30 Days

| Description |

Your Net10 Account Will be Refilled Automatically After Checkout. **No Waiting, No Pins!**

**This Plan will be immediately loaded to your Net10 Number. Any remaining plan days or minutes will be forfeited.

**Network:** Multiple Carrier Platforms (GSM)
**Coverage:** Nationwide



The NET10® logo and the Net10® product images are registered trademarks of NET10® or any other entity for which a logo or name may be present. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM          (888) 909-7613          support@Net10gsm.com

**Stay in Touch**

Shopping Cart Software by AmeriCommerce.



## ABOUT US

Net10GSM.com is your online source for Net10 Airtime Refills.

We take the hassle out of buying refill cards or Online Pins, by automatically reloading your Net10 Wireless account instantly after checkout.  No Waiting for pin emails or having to re-enter pin numbers into your phone to refill your account. We do all the work for you 24 Hours a Day, 7 Days a Week.

Customer Service is our top priority, if you have any questions please feel free to contact us by email, live chat or by a toll-free phone call.

### By Email:
Email Address: support@Net10gsm.com

### By Phone:
Phone: (888) 909-7613


Regards,

Net10GSM

**Net10 Refills**

Net10 Monthly Plan Refills

Net10 Pay-As-You-Go Refills

Net10 Family Plan Refills

The NET10® logo and the NET10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



Shopping Cart Software by AmeriCommerce.



## Contact Us

### By Email:
Email Address: support@Net10gsm.com

### By Phone:
Phone: (888) 909-7613
Fax:

### Store Address:
Net10 Wireless GSM
6779 Engle Rd

Middleburg Heights, Ohio 44130
United States

**Net10 Refills**

Net10 Monthly Plan Refills

Net10 Pay-As-You-Go Refills

Net10 Family Plan Refills

Sign up for our **NEWSLETTER**

**Quick Product Finder**

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



**Useful Links**

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM     (888) 909-7613     support@Net10gsm.com

**Stay in Touch**

Contact Us

Shopping Cart Software by AmeriCommerce.



Monthly Refills    Family Plan Refills    Pay-As-You-Go Refills

**Net10 Refills**

Net10 Monthly Plan Refills

Net10 Pay-As-You-Go Refills

Net10 Family Plan Refills 

 Sign up for our
**NEWSLETTER**

Quick Product Finder

# Privacy Policy

Net10 Wireless GSM is committed to privacy and security for all of our clients. Because we respect your right to privacy, we have developed a Privacy Statement as indicated below.

### Personal Information

**Under no circumstances do we transfer your email address to any other company**, nor do we collect any personal data revealing racial or ethnic origin, political opinions, religious or philosophical beliefs.

There are two ways you can provide us with and consent to our collection of certain personal information:

E-mail Request - Links throughout our site provide you with the opportunity to contact us via e-mail to ask questions, request information and materials, or provide comments and suggestions. You may also be offered the opportunity to have one of our Sales Representatives contact you personally to provide additional information about our products or services. To do so, we may request additional personal information from you, such as your name and telephone number, to help us satisfy your request.

Enrollment - You may choose to enroll for one of our products or services where we will request certain information from you. Depending on the type of product or service that you request, you may be asked to provide different personal information. For certain products and services, we may require your name, address, telephone number, e-mail address, and credit card number. Other products and services may require different or supplemental information from you in order to apply.

### Statistical Information About Your Visit

Information obtained while visiting our site does not identify you personally, but rather records information about a visit to our site. We may monitor statistics such as how many people visit our site, which pages people visit, and which browsers people use. We use these statistics about your visit to help us improve the performance of our web site and over all user experience.

### Your Ability to Opt-Out of Further Notifications

Periodically, we notify our customers of new products, announcements, and updates. If you would like to opt-out of being notified, please contact us at support@Net10gsm.com.

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



Useful Links

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM    (888) 909-7613    support@Net10gsm.com

**Stay in Touch**

Our Privacy Policy

Shopping Cart Software by AmeriCommerce.





NET10 WIRELESS Authorized Dealer

Se Habla Español
10AM - 7PM M-F
10AM - 5PM SAT (EST)

(888) 909-7613 | Login | Checkout
View Cart | 0 items

Monthly Refills | Family Plan Refills | Pay-As-You-Go Refills

**Net10 Refills**

- Net10 Monthly Plan Refills
- Net10 Pay-As-You-Go Refills
- Net10 Family Plan Refills

Sign up for our NEWSLETTER

Go

**Quick Product Finder**

Filter

Home > **Net10 Wireless Refills**

# Net10 Wireless Refills

CATEGORIES

**Net10 Monthly Plan Refills** | **Net10 Pay-As-You-Go Refills** | **Net10 Family Plan Refills**

Show 12 Per Page | Sort By...

**Products** 1-9 of **9**

Net10: $50 Unlimited Monthly Plan
$50.00
Retail: ~~$50.00~~
Click for More Info
Quantity: 1
Add to Cart

Net10: $65 Unlimited International Monthly Plan
$65.00
Retail: ~~$65.00~~
Click for More Info
Quantity: 1
Add to Cart

Net10: $25 Monthly Plan - 750 Minutes 30 Days
$25.00
Click for More Info
Quantity: 1
Add to Cart

Net10: $45 Pay As You Go - 600 Minutes 60 Days
$45.00
Click for More Info

Net10: $20 Pay As You Go - 200 Minutes 30 Days
$20.00
Click for More Info

Net10: $30 Pay As You Go - 300 Minutes 60 Days
$30.00
Click for More Info

Quantity:

Quantity:

Quantity:



Net10: $90 Unlimited
Monthly 2-Line Family
Plan                    **$90.00**

Click for More Info

Quantity:



Net10: $130 Unlimited
Monthly 3-Line Family
Plan                    **$130.00**

Click for More Info

Quantity:



Net10: $170 Unlimited
Monthly 4-Line Family
Plan                    **$170.00**

Click for More Info

Quantity:

**Products** 1-9 of **9**

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for
which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it
resells.



**Useful Links**

Net10 Wireless GSM        (888) 909-7613        support@Net10gsm.com

**Stay in Touch**

My Cart

Home

About Us

Contact Us

Privacy Policy

Shopping Cart Software by AmeriCommerce.



## Log In

Are you a registered shopper with this store?

**No.**

Please click on the button below to create an account.

**Yes.**

Please enter your email address and password below.

Email Address          Password

Forgot your password?

The NET10® logo and the Net10® product images are registered trademarks of NET10®. Net10GSM.com is in no way affiliated with NET10® or any other entity for which a logo or name may be present. Net10GSM.com refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.



### Useful Links

My Cart

Home

About Us

Contact Us

Privacy Policy

Net10 Wireless GSM          (888) 909-7613          support@Net10gsm.com

### Stay in Touch

Shopping Cart Software by AmeriCommerce.