# Exhibit F



SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart About My Account search

ReUp Payments | Plans | Coverage | SIM Card | PHONES

GET A PLAN. ReUp

$25 UNLIMITED TALK & TEXT PLAN 15-DAY

Details & Buy

$40 UNLIMITED TALK, TEXT & WEB

Details & Buy

$50 UNLIMITED TALK, TEXT & 3G/4G WEB

Details & Buy

$50 BLACKBERRY UNLIMITED TALK, TEXT & 3G/4G WEB

Details & Buy

Monthly AUTO ReUp

Select a Monthly Plan for Auto-Pay Setup

$50 Unlimited Plan Go

No Hassle Auto Mothly ReUp

MOBILE WEB | UNLIMITED TEXT | MOBILE EMAIL | INTERNATIONAL SMS | MULTIMEDIA | INSTANT MESSAGING | 411 UNLIMITED

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
- About Us
- Contact Us
- Privacy Policy

MY ACCOUNT
- Login / Register
- Shopping Cart
- Order Status

SITE MAPS
- Product Index
- Category index

CUSTOMER SERVICE
- Help
- Shipping & Deliveries
- Returns & Exchanges

Terms



View Cart     About     My Account

ReUp Payments     Plans     Coverage     SIM Card     PHONES



## Terms and Conditions

PLEASE READ THE FOLLOWING TERMS AND CONDITIONS OF USE CAREFULLY BEFORE USING THIS WEBSITE. All users of this site agree that access to and use of this site are subject to the following terms and conditions and other applicable law. If you do not agree to these terms and conditions, please do not use this site.

### Copyright

The entire content included in this site, including but not limited to text, graphics or code is copyrighted as a collective work under the United States and other copyright laws, and is the property of Simple Mobile ReUp. The collective work includes works that are licensed to Simple Mobile ReUp. Copyright 2003, Simple Mobile ReUp ALL RIGHTS RESERVED. Permission is granted to electronically copy and print hard copy portions of this site for the sole purpose of placing an order with Simple Mobile ReUp or purchasing Simple Mobile ReUp products. You may display and, subject to any expressly stated restrictions or limitations relating to specific material, download or print portions of the material from the different areas of the site solely for your own non-commercial use, or to place an order with Simple Mobile ReUp or to purchase Simple Mobile ReUp products. Any other use, including but not limited to the reproduction, distribution, display or transmission of the content of this site is strictly prohibited, unless authorized by Simple Mobile ReUp. You further agree not to change or delete any proprietary notices from materials downloaded from the site.

### Trademarks

All trademarks, service marks and trade names of Simple Mobile ReUp used in the site are trademarks or registered trademarks of Simple Mobile ReUp

### Warranty Disclaimer

This site and the materials and products on this site are provided "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Simple Mobile ReUp disclaims all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose and non-infringement. Simple Mobile ReUp does not represent or warrant that the functions contained in the site will be uninterrupted or error-free, that the defects will be corrected, or that this site or the server that makes the site available are free of viruses or other harmful components. Simple Mobile ReUp does not make any warrantees or representations regarding the use of the materials in this site in terms of their correctness, accuracy, adequacy, usefulness, timeliness, reliability or otherwise. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to you.

### Limitation of Liability

Simple Mobile ReUp shall not be liable for any special or consequential damages that result from the use of, or the inability to use, the materials on this site or the performance of the products, even if Simple Mobile ReUp has been advised of the possibility of such damages. Applicable law may not allow the limitation of exclusion of liability or incidental or consequential damages, so the above limitation or exclusion may not apply to you.

### Typographical Errors

In the event that a Simple Mobile ReUp product is mistakenly listed at an incorrect price, Simple Mobile ReUp reserves the right to refuse or cancel any orders placed for product listed at the incorrect price. Simple Mobile ReUp reserves the right to refuse or cancel any such orders whether or not the order has been confirmed and your credit card charged. If your credit card has already been charged for the purchase and your order is cancelled, Simple Mobile ReUp shall issue a credit to your credit card account in the amount of the incorrect price.

### Term; Termination

These terms and conditions are applicable to you upon your accessing the site and/or completing the registration or shopping process. These terms and conditions, or any part of them, may be terminated by Simple Mobile ReUp without notice at any time, for any reason. The provisions relating to Copyrights, Trademark, Disclaimer, Limitation of Liability, Indemnification and Miscellaneous, shall survive any termination.

### Notice

Simple Mobile ReUp may deliver notice to you by means of e-mail, a general notice on the site, or by other reliable method to the address you have provided to Simple Mobile ReUp.

### Miscellaneous

Your use of this site shall be governed in all respects by the laws of the state of California, U.S.A., without regard to choice of law provisions, and not by the 1980 U.N. Convention on contracts for the international sale of goods. You agree that jurisdiction over and venue in any legal proceeding directly or indirectly arising out of or relating to this site (including but not limited to the purchase of Simple Mobile ReUp products) shall be in the state or federal courts located in Los Angeles County, California. Any cause of action or claim you may have with respect to the site (including but not limited to the purchase of Simple Mobile ReUp products) must be commenced within one (1) year after the claim or cause of action arises. Simple Mobile ReUp's failure to insist upon or enforce strict performance of any provision of these terms and conditions shall not be construed as a waiver of any provision or right. Neither the course of conduct between the parties nor trade practice shall act to modify any of these terms and



confidential. For a complete description of our current policies, please refer to our Customer Privacy Agreement. You can access your account information without a Secure Sign-In.

## Use of Site

Harassment in any manner or form on the site, including via e-mail, chat, or by use of obscene or abusive language, is strictly forbidden. Impersonation of others, including a Simple Mobile ReUp or other licensed employee, host, or representative, as well as other members or visitors on the site is prohibited. You may not upload to, distribute, or otherwise publish through the site any content which is libelous, defamatory, obscene, threatening, invasive of privacy or publicity rights, abusive, illegal, or otherwise objectionable which may constitute or encourage a criminal offense, violate the rights of any party or which may otherwise give rise to liability or violate any law. You may not upload commercial content on the site or use the site to solicit others to join or become members of any other commercial online service or other organization.

## Participation Disclaimer

Simple Mobile ReUp does not and cannot review all communications and materials posted to or created by users accessing the site, and is not in any manner responsible for the content of these communications and materials. You acknowledge that by providing you with the ability to view and distribute user-generated content on the site, Simple Mobile ReUp is merely acting as a passive conduit for such distribution and is not undertaking any obligation or liability relating to any contents or activities on the site. However, Simple Mobile ReUp reserves the right to block or remove communications or materials that it determines to be (a) abusive, defamatory, or obscene, (b) fraudulent, deceptive, or misleading, (c) in violation of a copyright, trademark or; other intellectual property right of another or (d) offensive or otherwise unacceptable to Simple Mobile ReUp in its sole discretion.

## Indemnification

You agree to indemnify, defend, and hold harmless Simple Mobile ReUp, its officers, directors, employees, agents, licensors and suppliers (collectively the "Service Providers") from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of these terms and conditions or any activity related to your account (including negligent or wrongful conduct) by you or any other person accessing the site using your Internet account.

## Third-Party Links

In an attempt to provide increased value to our visitors, Simple Mobile ReUp may link to sites operated by third parties. However, even if the third party is affiliated with Simple Mobile ReUp, Simple Mobile ReUp has no control over these linked sites, all of which have separate privacy and data collection practices, independent of Simple Mobile ReUp. These linked sites are only for your convenience and therefore you access them at your own risk. Nonetheless, Simple Mobile ReUp seeks to protect the integrity of its web site and the links placed upon it and therefore requests any feedback on not only its own site, but for sites it links to as well (including if a specific link does not work).

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 6 of 259

# About Us

**Simple Mobile Reup**
*mySimpleMobileReup.com: One stop source for all your Simple Mobile needs. Monthly Bill Payment, Monthly Auto-Pay ReUP & More...*

**Contact Us:**

*By Email:*
support@mysimplemobilereup.com

*By Phone:*
**888-237-3787** (M-F 9AM - 8PM EST, Sat. 10-5PM)

*By Live Chat:*

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

View Cart    About    My Account

**SIMPLE** Mobile
Authorized Retailer
Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp Payments    Plans    Coverage    SIM Card    PHONES

**Privacy Policy**

**What information do we collect?**

- We collect information from you when you register on the site, place an order, enter a contest or sweepstakes, respond to a survey or communication such as e-mail, or participate in another site feature.
- When ordering or registering, we may ask you for your name, e-mail address, mailing address, phone number, credit card information or other information. You may, however, visit our site anonymously.
- We also collect information about gift recipients so that we can fulfill the gift purchase. The information we collect about gift recipients is not used for marketing purposes.
- Like many websites, we use "cookies" to enhance your experience and gather information about visitors and visits to our websites. Please refer to the "Do we use 'cookies'?" section below for information about cookies and how we use them.

**How do we use your information?**

We may use the information we collect from you when you register, purchase products, enter a contest or promotion, respond to a survey or marketing communication, surf the website, or use certain other site features in the following ways:

- To personalize your site experience and to allow us to deliver the type of content and product offerings in which you are most interested.
- To allow us to better service you in responding to your customer service requests.
- To quickly process your transactions.
- To administer a contest, promotion, survey or other site feature.
- If you have opted-in to receive our e-mail newsletter, we may send you periodic e-mails. If you would no longer like to receive promotional e-mail from us, please refer to the "How can you opt-out, remove or modify information you have provided to us?" section below. If you have not opted-in to receive e-mail newsletters, you will not receive these e-mails. Visitors who register or participate in other site features such as marketing programs and 'members-only' content will be given a choice whether they would like to be on our e-mail list and receive e-mail communications from us.

**How do we protect visitor information?**

We implement a variety of security measures to maintain the safety of your personal information. Your personal information is contained behind secured networks and is only accessible by a limited number of persons who have special access rights to such systems, and are required to keep the information confidential. When you place orders or access your personal information, we offer the use of a secure server. All sensitive/credit information you supply is transmitted via Secure Socket Layer (SSL) technology and then encrypted into our databases to be only accessed as stated above.

**Do we use "cookies"?**

Yes. Cookies are small files that a site or its service provider transfers to your computer's hard drive through your Web browser (if you allow) that enables the site's or service provider's systems to recognize your browser and capture and remember certain information. For instance, we use cookies to help us remember and process the items in your shopping cart. They are also used to help us understand your preferences based on previous or current site activity, which enables us to provide you with improved services. We also use cookies to help us compile aggregate data about site traffic and site interaction so that we can offer better site experiences and tools in the future.

We may contract with third-party service providers to assist us in better understanding our site visitors. These service providers are not permitted to use the information collected on our behalf except to help us conduct and improve our business.

You can choose to have your computer warn you each time a cookie is being sent, or you can choose to turn off all cookies. You do this through your browser (like Netscape Navigator or Internet Explorer) settings. Each browser is a little different, so look at your browser Help menu to learn the correct way to modify your cookies. If you turn cookies off, you won't have access to many features that make your site experience more efficient and some of our services will not function properly. However, you can still place orders over the telephone by contacting customer service.

**Do we disclose the information we collect to outside parties?**

We do not sell, trade, or otherwise transfer to outside parties your personally identifiable information unless we provide you with advance notice, except as described below. The term "outside parties" does not include Simple Mobile ReUp. It also does not include website hosting partners and other parties who assist us in operating our website, conducting our business, or servicing you, so long as those parties agree to keep this information confidential. We may also release your information when we believe release is appropriate to comply with the law, enforce our site policies, or protect ours or others' rights, property, or safety.





Cell Phone
SALE

However, non-personally identifiable visitor information may be provided to other parties for marketing, advertising, or other uses.

**How can you opt-out, remove or modify information you have provided to us?**

To modify your e-mail subscriptions, please let us know by modifying your preferences in the "My Account" section. Please note that due to email production schedules you may receive any emails already in production.

To delete all of your online account information from our database, sign into the "My Account" section of our site and remove your shipping addresses, billing addresses & payment information. Please note that we may maintain information about an individual sales transaction in order to service that transaction and for record keeping.

**Third party links**

In an attempt to provide you with increased value, we may include third party links on our site. These linked sites have separate and independent privacy policies. We therefore have no responsibility or liability for the content and activities of these linked sites. Nonetheless, we seek to protect the integrity of our site and welcome any feedback about these linked sites (including if a specific link does not work).

**Changes to our policy**

If we decide to change our privacy policy, we will post those changes on this page. Policy changes will apply only to information collected after the date of the change. **This policy was last modified on August 6, 2003.**

**Questions and feedback**

We welcome your questions, comments, and concerns about privacy. Please send us any and all feedback pertaining to privacy, or any other issue.

**Online Policy Only**

This online privacy policy applies only to information collected through our website and not to information collected offline.

**Terms and Conditions**

Please also visit our Terms and Conditions section establishing the use, disclaimers, and limitations of liability governing the use of our website.

**Your consent**

By using our site, you consent to our privacy policy.

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
| --- | --- | --- | --- |
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |





Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 10 of 259

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Login

## Returning Customers

If you've purchased from us before, please login with your email address and password.

**Email Address:**

**Password:**

Forgot your password?

LOGIN

## New Customers

If this is your **first** purchase with us, please proceed by clicking the following button to continue first-time registration.

CONTINUE

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

View Cart About My Account search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Welcome.

To use our website, you must first register with us below. Upon registration, you will have full access to our website. After you've registered, you may simply use our "Quick Login" for your return visits. Enjoy your shopping!

**New Customers : Register Below**

Please fill in the fields below to create your account. Once you have an account, you may browse our complete online database of available products and services.

**Returning Customers : Quick Login**

Email Address

Password

Login

Forgot your password?

**Create a new account...**

**Email Address:**

**Type it again:**

**Protect your information with a Password**

This will be your only Simple Mobile ReUp password.

**Enter a new password:**

**Type it again:**

**Your Billing Address...**

**First Name:**

**Last Name:**

Company:

**Address**

**City:**

**Country:** United States

**State / Province:** Then, Select State

**Zip / Postal Code:**

**Phone Number:**

**Federal Tax ID #:**

Submit Registration

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

COMPANY INFO MY ACCOUNT SITE MAPS CUSTOMER SERVICE

Simple Mobile Copyright and Trademark Information. The Simple Mobile
ReUp logo and the Simple Mobile product images are registered
trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way
affiliated with Simple Mobile ReUp or any other entity for which a logo or
name may be present. MSMR refers to these logos and or names solely for
the purpose of demonstrating the products and or services that it resells.

About Us
Contact Us
Privacy Policy

Login/Register
Shopping Cart
Order Status

Product Index
Category Index

Help

Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 13 of 259

View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

Your Cart — 1 Page Checkout — Receipt

shop for more items

Pay Another Bill

## Your Cart

**There are no items in your shopping cart.**

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 14 of 259



**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments    Plans    Coverage    SIM Card    PHONES

## Product Index

Page: **1**

| Code | Description |
|---|---|
| RTRSM10ILD | $10.00 Simple Mobile Add-On: International Long Distance Instant ReUp |
| ALCT606A-ASTK | Alcatel Sparq 606a GSM |
| HTCMYT4G-RB | HTC My Touch 4G GSM (Black) |
| HTCSENS4GTM-RB | HTC Sensation 4G GSM (Black) |
| LGC800MYT4G-RB | LG My Touch Q C800 4G GSM |
| LGG2XTM-NEW | New LG G2X P999 GSM |
| ZTEV768-RB | New ZTE Concord V768 GSM |
| SAMT959VTM-RB | Samsung Galaxy S 4G T959V GSM |
| SAMSIIT989BLKTM-RB | Samsung Galaxy SII T989 (Black) |
| SAMT139TM-COB | Samsung t139 Flip GSM |
| RTRSM25 | Simple Mobile $25 Unlimited Talk & Text - 15 days Instant ReUp |
| RTRSM40 | Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp |
| RTRSM50 | Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp |
| RTRSM60 | Simple Mobile $60 Unlimited Talk & Text & Web - (First 4GB at 4G Speed) |
| RTRSM70 | Simple Mobile $70 Unlimited Talk, Text, Web & INTL Calling - (First 4GB at 4G Speed) |
| RTRSM50BB | Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp |
| SMAUTO | Simple Mobile Monthly Auto-ReUp Payments |
| SMSIM | Simple Mobile SIM Card |

Page: **1**

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.







Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 15 of 259

View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## Category Index

About Us
Blog
Returns
Shipping
Site Help / FAQ
ReUp Instant RTR

ReUp Your Plan
• One Time ReUp
• Auto-Monthly ReUp
ReUp Auto-Pay
Plans
Coverage
SIM Cards
Phones

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

# Help

**Find quick answers to your questions below...**

## Order Status

- Has my order shipped?
- How do I change quantities or cancel an item in my order?
- How do I track my order?
- My order never arrived.
- An item is missing from my shipment.
- My product is missing parts.
- When will my backorder arrive?

## My Account

- How do I create an account?
- How do I edit my account information?
- How much is my shipping?
- I forgot my password.
- How do I return my product?
- I received the wrong product.
- What is your return policy?
- When will my order ship?

## International Shipping

- Do you ship to my country?
- What are my payment choices?
- When will my order ship and what are my shipping charges?
- What is the return policy?

## Guarantees

- Low Price Guarantee
- Privacy Policy
- Security

## Pricing and Billing

- Do I have to pay sales tax?
- I have a question on my charges.
- I need a copy of my receipt/invoice.
- When will my credit appear on my account?
- When will my credit card be charged?

## Buyer's Guide

- How do I buy/redeem a gift certificate?
- How do I find my product?
- How do I navigate the site?
- How do I use a coupon?

## Additional Support

- How do I contact you?

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**FREE SHIPPING!**
*on orders of $99 or more*

Simply look for the 🚚 logo to enjoy free shipping on selected items throughout the store. If the items in your order which qualify for 'Free Shipping' total $99 or more, your order ships FREE!

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 18 of 259

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# My Account

**How do I return an item?**

Please contact customer service for more information on returning an item. Thank you.

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Cell Phone SALE





SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com
View Cart About My Account search
ReUp Plans Coverage SIM Card PHONES

Home > ReUp Your Plan >

Simple Mobile $25 Unlimited Talk & Text - 15 days Instant ReUp

LARGER PHOTO Email a Friend

Your Account will be Automatically Replenished

**Our Price: $25.00**

**Availability:** Instant ReUp

*Product Code: RTRSM25*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:

(Re-Enter Cell #)

add to cart

ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again
chat online
Cell Phone SALE

Description

## $25 15-Day Plan Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting
- Unlimited International Texting
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options

**Get 15 days of unlimited talk, text and international text.**

**SIMPLE Mobile now offers a 15 day solution for times when you need a short term wireless plan.**

With SIMPLE Mobile's $25 no contract wireless plan, you get unlimited talk and text for 15 days. This is a perfect solution for foreign visitors with GSM phones. Just switch out your SIM card for a SIMPLE Mobile SIM. With SIMPLE Mobile you get access to one of America's strongest nationwide cell phone networks at a low price.

**Features**

| | sms | MMS | | |
|---|---|---|---|---|
| Unlimted | Unlimited | -- | -- | 15 Days |

Simple Mobile $25 Unlimited Talk & Text - 15 days Instant ReUp

Share your knowledge of this product.  Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**

About Us
Contact Us
Privacy Policy

**MY ACCOUNT**

Login/Register
Shopping Cart
Order Status

**SITE MAPS**

Product Index
Category index

**CUSTOMER SERVICE**

Help
Shipping & Deliveries
Returns & Exchanges

View Cart About My Account search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp | Plans | Coverage | SIM Card | PHONES

Home > ReUp Your Plan >

Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

LARGER PHOTO | Email a Friend

Your Account will be Automatically Replenished

**Our Price: $40.00**

**Availability:** Instant ReUp

*Product Code: RTRSM40*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*: (Re-Enter Cell #)

add to cart

ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again

chat online

Cell Phone SALE

Description

## $40 Unlimited Plan Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & International)
- Unlimited Internet, First 250MB at 4G Speed
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options

* Device & coverage area dependent. Download speeds may vary.

### Unlimited Talk, Text and Web for $40.

**Now who has the best plan ever? SIMPLE Mobile's no contract wireless plans continue to offer the best value to customers.**

Tired of huge cell phone bills with overages and unexpected charges? SIMPLE Mobile now offers nationwide unlimited talk, text and web at up to 3G speeds for only $40. No more surprises. No more compromises. All you need is an unlocked GSM cell phone and a SIMPLE Mobile SIM card. Are there any questions? It's pretty SIMPLE – you are about to save a lot of money!

**Features**

Instant ReUp

sms MMS

Add-On International Plan

$10.00 Simple Mobile Add-On: International LD

**Our Price:** **$10.00**



Simple Mobile $40 Unlimited Talk, Text & Web - 30 Days Instant ReUp

| Unlimited | Unlimited | Unlimited |
| First 500MB @ 4G Speed |

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
| --- | --- | --- | --- |
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp



Home > ReUp Your Plan >

## Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Your Account will be Automatically Replenished**
Our Price: **$50.00**

**Availability:** Instant ReUp
*Product Code: RTRSM50*

**Choose your options...**

**Apply Refill to What Simple Mobile Number?**

Simple Mobile #*:

(Re-Enter Cell #)

**add to cart**   ADD TO WISH LIST

### Description

### $50 Unlimited Nationwide Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & International)
- Unlimited Internet speeds* (First 2.5GB at 4G Speed)
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $10 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

**You need high speed data? Try 42.2 Mbps.**

**Unlimited talk, text and high speed data is only $50 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $50 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

### Features

**Add-On International Plan**

$10.00 Simple Mobile Add-On: International LD
Our Price: **$10.00**

Instant ReUp

| | | | Unlimited Web | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | First 2.5GB @ 4G Speed | 30 Days |

**Average Rating:** ⭐☆☆☆☆ | **Total Reviews: 2** Write a review »
1 of 5

0 of 1 people found the following review helpful:

⭐☆☆☆☆ **3way**                                                                    *July 20, 2013*
*Reviewer: Sainsia Boulin from Brooklyn, NY United States*
I have 3 way but its not working

Was this review helpful to you? Yes No

10 of 14 people found the following review helpful:

⭐☆☆☆☆ **$50 plan**                                                                *July 2, 2013*
*Reviewer: Linda Maon from Fresno, CA United States*
Said it have 3 way calling but my 3 way is not working.

Was this review helpful to you? Yes No

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile
ReUp logo and the Simple Mobile product images are registered
trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way
affiliated with Simple Mobile ReUp or any other entity for which a logo or
name may be present. MSMR refers to these logos and or names solely for
the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**SIMPLE** Mobile
Authorized Retailer
Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

Home >  ReUp Your Plan >

Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Your Account will be Automatically Replenished**
Our Price: **$50.00**
Availability: Instant ReUp
Product Code: RTRSM50BB

LARGER PHOTO    Email a Friend

Choose your options...

**Apply Refill to What Simple Mobile Number?**

Simple Mobile #*:

(Re-Enter Cell #)

add to cart    ADD TO WISH LIST

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

Description

### $50 Unlimited Black Berry Nationwide Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds*
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

**You need high speed data? Try 42.2 Mbps.**

**Unlimited talk, text and high speed data is only $50 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $50 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

Features

Instant ReUp

| | | | Unlimited Web | |
| --- | --- | --- | --- | --- |
| Unlimited | Unlimited | Unlimited | **First 2.5GB @ 4G Speed** | 30 Days |

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

| **COMPANY INFO** | **MY ACCOUNT** | **SITE MAPS** | **CUSTOMER SERVICE** |
| --- | --- | --- | --- |
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |







SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

# Simple Mobile: Instant Refill Payment

Sort By: Most Popular Go

8 per page Page 1 of 1

Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp
**Our Price: $50.00**
Add to Cart +

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimted | Unlimited | Unlimited | Unlimited Web **First 2.5GB @ 4G Speed** | 30 Days |

more info

Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp
**Our Price: $40.00**
Add to Cart +

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimted | Unlimited | Unlimited | Unlimited Web **First 500MB @ 4G Speed** | 30 Days |

more info

Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp
**Our Price: $50.00**
Add to Cart +

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimted | Unlimited | Unlimited | Unlimited Web **First 2.5GB @ 4G Speed** | 30 Days |

more info

Simple Mobile $60 Unlimited Talk, Text & Web - (First 4GB at 4G Speed)
**Our Price: $60.00**
Add to Cart +

Instant ReUp

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again
chat online
Cell Phone SALE

| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | Unlimited Web **First 4GB @ 4G Speed** | 30 Days |

▶more info

Simple Mobile $70 Unlimited Talk, Text, Web & INTL Calling - (First 4GB at 4G Speed)
**Our Price: $70.00**
Add to Cart +





| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | Unlimited Web **First 4GB @ 4G Speed** | 30 Days |

▶more info

Simple Mobile $25 Unlimited Talk & Text - 15 days Instant ReUp
**Our Price: $25.00**
Add to Cart +





| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | -- | -- | 15 Days |

▶more info

$10.00 Simple Mobile Add-On: International Long Distance Instant ReUp
**Our Price: $10.00**
Add to Cart +





**Mexico, Canada & 50 Other Countries**

To select landline cities and wireless destinations with purchase of a SIMPLE Mobile Plan. The $10 Unlimited International Long Distance can be bundled with a SIMPLE Mobile $50 or $40 Unlimited Plan.

▶more info

Simple Mobile Monthly Auto-ReUp Payments
Add to Cart +



Simple Mobile Monthly Auto-ReUp Payments  ▶more info

Simple Mobile Copyright and Trademark Information.

The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category Index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Plans



Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments    Plans    Coverage    SIM Card    PHONES



UNLIMITED CALLING PLANS
No contract, no credit checks, choose from hundreds of phones or bring your own phone. The easiest prepaid service available.

Home > Plans

| $25 | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | | VOICE MAIL, CALLER ID & MORE |
| $40 | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | UNLIMITED | VOICE MAIL, CALLER ID & MORE |
| NEW $50 | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | UNLIMITED 4G WEB | 3WAY CALLING, $5 MONTHLY ILD, VOICE MAIL, CALLER ID & MORE |
| NEW $50 BLACKBERRY | UNLIMITED TALK | UNLIMITED TEXT | UNLIMITED INTERNATIONAL TEXT | UNLIMITED 4G WEB | 3WAY CALLING, $5 MONTHLY ILD, VOICE MAIL, CALLER ID & MORE |



Auto Monthly ReUp
Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Plans

Coverage



888-237-3787 (M-Sat 10-7PM EST)
Se Habla Espanol

Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments    Plans    Coverage    SIM Card    PHONES

Home > Coverage



SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Coverage



View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

**Home > SIM Cards**

**Sort By:** Price: Low to High **Go**

6 per page **Page** 1 **of 1**

Simple Mobile SIM Card

**Our Price: $8.99**

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
- About Us
- Contact Us
- Privacy Policy

MY ACCOUNT
- Login / Register
- Shopping Cart
- Order Status

SITE MAPS
- Product Index
- Category index

CUSTOMER SERVICE
- Help
- Shipping & Deliveries
- Returns & Exchanges

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart About My Account search

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones

Sort By: Price: High to Low Go

20 per page Page 1 of 1

Samsung Galaxy SII T989 (Black)
**List Price: $399.99**
**Our Price: $289.99**
***Savings: $110.00***
more info Add to Cart +

New LG G2X P999 GSM
**List Price: $329.99**
**Our Price: $189.99**
***Savings: $140.00***
more info Add to Cart +

HTC Sensation 4G GSM (Black)
**List Price: $299.99**
**Our Price: $189.99**
***Savings: $110.00***
more info Add to Cart +

Samsung Galaxy S 4G T959V GSM
**List Price: $289.99**
**Our Price: $169.99**
***Savings: $120.00***
more info Add to Cart +

HTC My Touch 4G GSM (Black)
**List Price: $219.99**
**Our Price: $149.99**
***Savings: $70.00***
more info Add to Cart +

LG My Touch Q C800 4G GSM
**List Price: $219.99**
**Our Price: $144.99**
***Savings: $75.00***
more info Add to Cart +

New ZTE Concord V768 GSM
**List Price: $129.99**
**Our Price: $89.99**
***Savings: $40.00***
more info Add to Cart +

Samsung t139 Flip GSM
**List Price: $49.99**
**Our Price: $34.99**
***Savings: $15.00***
more info Add to Cart +

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE





Alcatel Sparq 606a GSM

List Price: $49.99
Our Price: $29.99
Savings: $20.00

▶more info   Add to Cart +

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

Home > ReUp Auto-Pay >

Simple Mobile Monthly Auto-ReUp Payments

LARGER PHOTO | Email a Friend

## Simple Mobile Monthly Auto-ReUp Payments

*Product Code: SMAUTO*

Choose your options...

*Simple Mobile Monthly Auto-ReUp Plan*

Select Auto-ReUp Plan*: $50 Unlimited Talk, Text & Web Plan [Add $50.00]

*Simple Mobile Cell Phone Number?*

Simple Mobile #*:

*What Day of the Month Would You Like to be Charged*

Pick a Day*: 1st Day Each Month

add to cart | ADD TO WISH LIST

Description

## Simple Mobile Auto ReUp

### Auto Monthly Payment Process:

- Your account will be **Automatically** replenished for you.
- No Worries, No Fees, Never Run Out!
- We will bill your credit card each month on the day you selected at setup.

**SIMPLE Mobile's no contract wireless plans continue to offer the best value to customers.**

Tired of huge cell phone bills with overages and unexpected charges? No more surprises. No more compromises. All you need is an unlocked GSM cell phone and a SIMPLE Mobile SIM card. Are there any questions? It's pretty SIMPLE – you are about to save a lot of money!

**Average Rating:** ★★★★½ 4.5 of 5 | **Total Reviews: 4** Write a review »

3 of 4 people found the following review helpful:

★★★★★ **blackberry** *February 5, 2013*

*Reviewer: petra handrian from Littleton, CO United States*

im using $50 blackberry service..
in the first time, i got bad experience due the pin they send is bad (no value), but after that all the services was great..
wish SIMPLE MOBILE still keep up the good things.

Was this review helpful to you? Yes No

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE



3 of 5 people found the following review helpful:

★★★★★ **The best**                                                         *December 7, 2012*

*Reviewer: Gracie from Lawrenceville, GA United States*

I am on $40 plan. I get all features other networks charge exorbitant charges for. I was on Metro pcs, before I switched, and I tell you there is no regrets. Infact, I love using Simple Mobile, the Wifi connection is the fastest I have seen so far.

Was this review helpful to you? Yes  No

---

3 of 6 people found the following review helpful:

★★★★☆ **review**                                                          *October 22, 2012*

*Reviewer: Anh Le from Houston, TX United States*

good

Was this review helpful to you? Yes  No

---

9 of 13 people found the following review helpful:

★★★★☆ **Reup auto pay monthly payment**                                   *October 22, 2012*

*Reviewer: Bellie Tolentino from Fort Washington, MD United States*

Simple mobile reup monthly payment ia convinient and easy I give it 4 star

Was this review helpful to you? Yes  No

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered by Volusion.

About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

**Password Assistance**

Please enter the email address you use to sign in to your account.

Email:

Submit

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.







View Cart About My Account search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

**New to Simple Mobile ReUp Get started below...**

**My e-mail address is:**

**Type it again:**

**Protect your information with a Password**

This will be your only Simple Mobile ReUp password.

**Enter a new password:**

**Type it again:**

I wish to receive occasional newsletter emails from Simple Mobile ReUp

CONTINUE

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

View Cart    About    My Account

888-237-3787    Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp Payments    Plans    Coverage    SIM Card    PHONES



GET A PLAN. ReUp

 $25 UNLIMITED TALK & TEXT PLAN 15-DAY    Details & Buy

 $40 UNLIMITED TALK, TEXT & WEB    Details & Buy

 $50 UNLIMITED TALK, TEXT & 3G/4G WEB    Details & Buy

 $50 BLACKBERRY UNLIMITED TALK, TEXT & 3G/4G WEB    Details & Buy

Monthly AUTO ReUp



Select a Monthly Plan for Auto-Pay Setup

 $50 Unlimited Plan

 No Hassle Auto Mothly ReUp

       

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



**SIMPLE** Mobile
Authorized Retailer
Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account




Home > ReUp Your Plan >

$10.00 Simple Mobile Add-On: International Long Distance Instant ReUp




LARGER PHOTO    Email a Friend

**Our Price:** $10.00

**Availability:** Instant ReUp
*Product Code:* RTRSM10ILD



Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:

(Re-Enter Cell #)

add to cart ▶    ⊕ ADD TO WISH LIST

Cell Phone SALE

---

**Description**

## $10 Pay-As-You-Go

**International Flexibility Plan**

**TO ALL DESTINATIONS WORLDWIDE. More minutes to the places you call most. Including Mexico, El Salvador, Guatemala, Honduras, Dominican Republic, Colombia, Peru, India, Pakistan, Turkey, Philippines, Nigeria, Yemen, UK and Canada. Service provided by Elite Telecom. Pay-As-You-Go plan can be used with any voice plan, including $25 15-day plan.  Pay-As-You-Go provides more flexibility.**

**How does SIMPLE Mobile ILD work?**

1. Purchase a $10 Simple Mobile International long distance PIN.
2. Choose one of our regional access numbers and save it as a speed dial to your phone.
3. Every time you place an International call, just dial the access number. You will hear a welcome greeting and your account balance. Then, enter the number you are calling - starting with 011, the country code and then the phone number. It's that Simple!

**Access Number:**  ( Use the numbers below for ILD Calls )

| Location | State | Access Number |
|---|---|---|
| Seattle | Washington | (206) 607-1847 |
| Los Angeles | California | (213) 232-8376 |
| Los Angeles | California | (213) 477-1110 |
| Dallas | Texas | (214) 530-5812 |
| Philadelphia | Pennsylvania | (215) 360-3008 |

| Miami | Florida | (305) 423-1218 |
|-------|---------|----------------|
| Miami | Florida | (305) 938-0008 |
| NYC | New York | (347) 751-0368 |
| Phoenix | Arizona | (602) 753-0009 |
| Boston | Massachusetts | (617) 603-0072 |
| San Diego | California | (619) 858-2498 |
| Houston | Texas | (713) 955-0005 |
| Chicago | Illinois | (773) 345-5703 |
| Chicago | Illinois | (773) 634-2019 |

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments   Plans   Coverage   SIM Card

Home > Phones >
Alcatel Sparq 606a GSM

List Price: $49.99
Our Price: $29.99
Savings: $20.00

Condition: Refurbished
Manufacturer: Alcatel
Model: Sparq 606a
Carrier: Simple Mobile
Return Policy: 30 Day

Availability: Usually Ships in 24 Hours
Product Code: ALCT606A-ASTK

LARGER PHOTO   Email a Friend

Alternative Views:

**Choose your options...**

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶   ✪ ADD TO WISH LIST

Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

---

**Description**

**Sparq Alcatel 606a**

 The Sparq is a reliable, easy-to-use prepaid cell phone. Staying connected has never been easier! Connect with your friends and family via text messaging, voice calls, instant messenger, and email. The slide-out QWERTY keyboard allows you to type messages easily without searching for the letter you want. Wirelessly connect your Sparq Prepaid to optional compatible hands-free accessories like headsets and car kits to chat safely behind the wheel. Upload your favorite tunes or listen to your favorite radio stations from your Sparq Prepaid.

**Highlights**

- Reliable Messaging Phone With Traditional Dial Pad and Slide-out QWERTY Keyboard
- Text, Instant Messaging, and Web Browsing Is Easy With The Full Slide-out QWERTY Keyboard
- Connect With Friends and Family Via Email, Instant Message, Voice Call Text and Multimedia Messaging
- Listen To Your Favorite Radio Stations From Your Sparq Prepaid
- Capture Pictures and Video With The Built-in Camera

Alcatel Sparq 606a GSM

- Load Up To 2000 Songs With The MP3 Player
- Organizer, Calculator, Voice Recorder, Games, and Alarm Clock With Multiple Ringtones
- Hold Conference Calls With Up To 5 People

**Share your knowledge of this product.** Be the first to write a review »

**COMPANY INFO**

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



SIMPLE Mobile
Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart About My Account search

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

HTC My Touch 4G GSM (Black)

LARGER PHOTO Email a Friend

Alternative Views:

**List Price: $219.99**
**Our Price: $149.99**
*Savings: $70.00*
**Condition:** Factory Refurbished
**Manufacturer:** HTC
**Model:** My Touch 4G
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: HTCMYT4G-RB*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ADD TO WISH LIST

Description | Technical Specs

**MyTouch 4G Black**

The myTouch 4G for Simple-Mobile is the newest addition to the myTouch lineup. Running on Android 2.2 operating system, you can customize to your heart's content. With groundbreaking speed and exclusive features, the myTouch 4G is a premium smartphone. Lightning fast 4G speeds lets you download photos, videos, and apps quicker than ever. The impressive 5 megapixel camera not only captures photos and HD video but it also allows you to chat face-to-face across the country. Video Chat with anyone with a compatible phone, a PC, Mac, or tablet. Share your videos and pictures at home by connecting your myTouch 4G to a compatible HDTV wirelessly. Send messages, reply to messages, search the web, or find things nearby with a simple voice command and a touch of the Genius Button.

**Highlights**

- Download Photos, Videos, and Apps At Lightning-fast 4G Speeds
- Video Chat Lets You Easily Connect From Anywhere To A Phone Or PC, Like A Phone Call

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE

- Record HD Video And Share Them Instantly With Friends With Screen
- Make Your myTouch 4G Uniquely Yours With The Customization Of Android 2.2
- Advanced 5.0MP Camera With Auto-focus and Flash Also Captures HD Video
- Stream YouTube and Other Video Files At Blazing Fast 4G Speeds
- Easily Browse The Web or Send Emails, Even While On a Call
- Share Your Media Directly With Your Compatible HDTV- Wirelessly!

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



**HTC Sensation 4G for Simple-Mobile**

The HTC Sensation 4G for T-Mobile delivers the ultimate in speed and entertainment on America's Largest 4G Network. With a lightning-fast dual core processor and 4G speeds, you can experience the difference when accessing rich media and content on the HTC Sensation 4G's beautiful qHD display. The Sensation 4G's 8 megapixel camera doesn't just shoot gorgeous photos. With the new instant capture feature you can capture the moments you want without worrying about missing or keeping up with the action. The Sensation 4G also shoots full HD video in 1080p resolution, with full stereo sound, at up to 30 frames a second, giving you smooth video. The Sensation 4G is also the first smartphone to feature HTC Watch- an application and service that puts an entire library of the latest, premium movies and TV shows right at your fingertips. HTC Watch uses progressive download technology that makes it possible to watch videos without waiting for a huge file to finish downloading.

**Highlights**

- 4G Smartphone Streams and Shares With Ease, Running On America's Largest 4G Network

- Beautiful entertainment with a 4.3" Super LCD qHD touch screen
- Powerful, Android Smartphone On T-Mobile's 4G Network Is Powered By A 1.2GHz Dual Core Processor
- Capture and Share The Action With 1080p HD Capture and Video Sharing Using The 8MP Camera
- Video Chat Using With Sensation 4G's **Front-facing Camera**
- Benefit From The Newest Android OS Platform "Gingerbread" 2.3
- Customize Your Phone Fast and Stay Closer To The People You Care About With The New HTC Sense
- Download Movies To Rent Or Own Through HTC Watch- Watch Them With An Optimized Resolution
- Enjoy WiFi Connectivity and WiFi Calling
- Play A Movie On Your TV Via HDMI While Checking Out Your HTC FriendStream

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart | About | My Account | search

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

## LG My Touch Q C800 4G GSM

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price: $219.99**
**Our Price: $144.99**
*Savings: $75.00*
**Condition:** Refurbished
**Manufacturer:** LG
**Model:** My Touch
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: LGC800MYT4G-RB*

Choose your options...

***Would You Like a New Simple Mobile #?***

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

***If YES, What Area Code would you like***

ex: (718)

***Would you like to add a Monthly Plan***

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart | ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE

Description

**LG myTouch Q C800 4G Android Smartphone (Black)**

The beautifully designed and easy to use Simple-Mobile myTouch Q C800 4G by LG is a slim yet stylish Android-powered device equipped with a full slide-out QWERTY keyboard. Features a 3.5-inch full touch screen display, built-in 5 MP digital camera, 720p HD video recording capabilities, Bluetooth wireless technology and Wi-Fi (802.11b/g/n) connectivity. Browse the Web, download content and stream media faster on T-Mobile's 4G network.

**PHONE FEATURES:**

- 1 GHz Qualcomm Snapdragon S2 processor
- 2 GB internal storage, microSD slot
- 3.5-inch AMOLED capacitive touch screen display
- 5 MP autofocus camera, 720p HD video recording



LG My Touch Q C800 4G GSM

- Bluetooth: v3.0, 4.0, 802.11b/g/n
- Frequency: GSM 850/900/1800/1900 MHz, UMTS 1700/2100 MHz
- Talk Time: Up to 3.3 hours
- Standby: Up to 11 days
- Dimensions: 4.76 (H) x 2.50 (W) x 0.51 (D) in.
- Weight: 5.64 oz.

**Share your knowledge of this product.** Be the first to write a review »

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart About My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

New LG G2X P999 GSM

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price: $329.99**
**Our Price: $189.99**
*Savings: $140.00*
**Condition:** New
**Manufacturer:** LG
**Model:** G2X
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: LGG2XTM-NEW*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart | ADD TO WISH LIST

Description | Technical Specs

**LG P999 G2x With Google**

Powered by Android, the LG G2x With Google delivers the ultimate entertainment experience through gaming, the Web, and mobile TV. And with a Dual Core processor, it brings you all the speed and power of America's Largest 4G Network. The supercharged G2x delivers up to 100 percent higher performance when running multiple apps at the same time as browsing the web, file downloading, audio streaming, and background data syncs. Dual cameras are versatile for your every need. A 1.3 megapixel camcorder on front is perfect for video chat, while the advanced, rear-facing 8 megapixel camera/ camcorder can record 1080p HD and 3D. Share your videos and photos on your favorite social networks, via messaging, or display on compatible televisions using HDMI and DLNA. The G2x is pure Android 2.3 "Gingerbread", with everything you love about Android and nothing you don't need.

**Highlights**

- T-Mobile's 4G Network - Three Times Faster Download and Upload Speeds Than 3G (Where Available)

chat online

Cell Phone SALE



New LG G2X P999 GSM

- Advanced Camera Can Record 1080p HD and 3D To Capture Life's Memory-making Moments
- On-the-go Web Browsing As It Was Meant To Be - Blazing Fast With Rich Media Experience
- 5x Faster Frame Rates For Console-quality Graphics and Smooth Gaming Experience
- Dual-cameras: 1.3MP Front-facing Camera For Video Chat, and 8MP Rear-facing For High-Quality Images
- Preloaded with Need for Speed Shift HD (full version)

**Share your knowledge of this product.** Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

### New ZTE Concord V768 GSM

**LARGER PHOTO**    **Email a Friend**

Alternative Views:

**List Price:** $129.99
**Our Price:** $89.99
*Savings: $40.00*

**Condition:** New
**Manufacturer:** ZTE
**Model:** V768 Concord
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: ZTEV768-RB*

**Choose your options...**

*Would You Like a New Simple Mobile #?*

⎯⎯⎯⎯ No, I Have a Simple Mobile Number
⎯⎯⎯⎯ Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

🔴           ex: (718)

*Would you like to add a Monthly Plan*

⎯⎯⎯⎯ No, Just Send me the Phone
⎯⎯⎯⎯ $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
⎯⎯⎯⎯ $60 Unlimited Talk, Text & 4G Web [Add $60.00]
⎯⎯⎯⎯ $50 Unlimited Talk, Text & 4G Web [Add $50.00]
⎯⎯⎯⎯ $40 Unlimited Talk, Text & 4G Web [Add $40.00]

**add to cart** ▶    ⊕ ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

**Description**

The **ZTE Concord** for Simple-Mobile Monthly4G is a stylish Android smartphone with no contract required. With easy access to the web and the nationwide T-Mobile 4G network, the Concord is a popular prepaid smartphone choice. The comfortably-sized 3.5-inch touchscreen is just right for texting, emailing, gaming and more. An on-board 2 megapixel camera/camcorder makes it easy to capture the moment, and then share it instantly with friend and family. The most popular Android apps are pre-loaded. Customize your new ZTE Concord smartphone by choosing from the hundreds of thousands of apps, widgets, and games available to download from the Google Play Store.

**Highlights**

- Android Smartphone With A 3.5" Touch Screen Display
- Voice Actions From Google Allows You To Operate Your Phone With A Simple Voice Command
- Fully Customizable Experience Thanks To Google's Android OS 2.3
- Capture Photos and Videos In The Moment With The 2MP Camera With Video Capture
- Integrated GPS Provides Support For Location-based Services

ZTE Concord V768 GSM

- Access Fresh Downloadable Apps, Widgets and Google Play Store
- Listen To Your Voicemail Messages In Any Order and Easily Manage Your Inbox Without Calling In
- Keep In Touch On-the-go With Instant Messenger and Access To Your Microsoft Exchange Email

**Share your knowledge of this product.** Be the first to write a review »

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Samsung Galaxy S 4G T959V GSM



Home > Phones >
**Samsung Galaxy S 4G T959V GSM**

List Price: $289.99
Our Price: **$169.99**
*Savings: $120.00*
**Condition:** Factory Refurbished
**Manufacturer:** Samsung
**Model:** Galaxy S 4G
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: SAMT959VTM-RB*

Choose your options...
*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶     ADD TO WISH LIST

**Description**

**The Samsung Galaxy S 4G SGH-T959V** is a 4-inch touchscreen smartphone that will grab the attention of everyone with its stylish look. This Android mobile is powered by a 1 GHz Hummingbird processor, making multitasking a breeze. This Samsung smartphone runs on Android 2.2 Froyo OS, providing quick access to Google mobile services. This Samsung smartphone allows you to instantly download digital media content from the internet at 4G speed. The Super AMOLED display provides a rich viewing experience while watching movies, playing games, and surfing on this Android mobile. The 5 MP rear camera of the Samsung Galaxy S 4G SGH-T959V can capture amazing photographs.

**Features**

- 4G capable (up to 21 Mbps theoretical download speed)
- 1 GHz Hummingbird processor
- 4" Super AMOLED™ Screen
- 8 GB memory card included (expandable to 32 GB)
- 5 megapixel rear-facing camera
- HD camcorder

- 1.3MP front-facing camera
- Android™ 2.2 OS (Froyo)
- Apps (Android Market™)
- GPS with navigation capability
- Mobile Video Chat powered by Qik™
- Music player
- Touch screen with on-screen keyboard
- Swype® keyboard
- Full Web browsing with Adobe® Flash® Player 10.1 support
- Text, picture and video messaging
- Wi-Fi & mobile calling
- Wi-Fi sharing (Wi-Fi hotspot for up to 5 other devices)
- Bluetooth® technology
- GSM 850, 900, 1800, 1900
- UMTS 1700/2100, 2100
- Data:HSDPA HSDPA 21 Mbit/s / HSUPA 5.76 Mbit/s

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 59 of 259

SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

## Samsung Galaxy SII T989 (Black)

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price:** $399.99
**Our Price:** $289.99
*Savings: $110.00*
**Condition:** Factory Refurbished
**Manufacturer:** Samsung
**Model:** SII T989
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: SAMSLLT989BLKTM-RB*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart | ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again
chat online
Cell Phone SALE

Description | Technical Specs

**Samsung Galaxy S II T989 Black**

The Samsung Galaxy S II 4G for Simple-Mobile is one of the fastest smartphones, benefiting from HSPA+ 42 technology. The Galaxy S II lets you browse the Web faster than on the average home internet and has shown average download speeds approaching 8 Mbps and peak speeds of over 22 Mbps on T-Mobile's 4G network. Powered by a Qualcomm Snapdragon S3 Processor with 1.5GHz dual CPUs and Android 2.3.5 "Gingerbread", the Galaxy S II offers super speedy access to your favorite movies, TV shows, websites, games, apps, and more. Pairing rich entertainment features with a 4.52 inch Super AMOLED Plus touch screen, the Galaxy S II will keep you entertained and connected while on-the-go. Stream TV shows or movies on Netflix, enjoy live programs on T-Mobile TV. View a popular movie using Samsung Media Hub while it downloads in the background. Capture high quality pictures and video with the 8 megapixel camera with 1080p HD video. Chat face-to-face with the 2 megapixel front-facing camera.

**Highlights**

Samsung Galaxy SII T989GSM

- 4.52" Super AMOLED Plus Display Is One Of The Largest Screens Available On A Galaxy S II Device
- Super AMOLED Plus Technology- Superior Color and Ultra-fast Response Time For Smoother Graphics
- 1.5GHz Dual Core Processing Means Everything From Apps To Streaming Media Is Quick and Smooth
- 2MP Front-facing Camera With Video Chat Support
- 8MP Primary Camera With Auto-focus, Flash, and 1080p HD Video Capture
- Improved Samsung TouchWiz User Interface and Six-axis Motion Sensor and Gyroscope
- Samsung Media Hub, T-Mobile TV, and Netflix Come Pre-loaded
- One Of T-Mobile's Fastest Smartphones Using HSPA+ 42 Technology With Up To 42 Mbps Download Speeds

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com
View Cart About My Account search
ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

Samsung t139 Flip GSM

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price: $49.99**
**Our Price: $34.99**
*Savings: $15.00*
**Condition:** Factory Certified
**Manufacturer:** Samsung
**Model:** t139
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: SAMT139TM-COB*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart | ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE

Description

**Samsung t139**

The Samsung T139 is an entry-level, prepaid flip phone that is easy to use. With more than 15 days of standby battery power, the T139 will always be ready for voice calling and messaging. Using the T9 predictive text technology and the built-in VGA camera, text, instant and picture messaging are all a breeze. The Samsung T139 also has personal organization tools, caller ID, Bluetooth capability, and more.

**Highlights**

- An Entry-level Flip Phone That Fits In Your Pocket and Your Budget
- Long Battery Life Lets You Talk Longer Without Charging
- Send And Receive Text, Picture, And Instant Messages
- Bluetooth Enabled To Connect Wirelessly To Headsets and Car Kits For Hands-free Conversation
- Convenient External Display Shows Battery Life, Time, Caller ID, Etc.
- VGA Camera Has 4x Digital Zoom For Snapping Photos On-the-go
- Personal Organizing Tools Including Address Book, Calendar, and More

Samsung t139 Flip GSM

**Features & Specifications**

- Camera Megapixels - N/A
- Camera (Front) - No
- Touch Screen - No
- Int'l Compatible - Yes
- GPS Capable - Yes
- Use as a Modem - No
- Email - Yes
- Mobile Web Browsing - Yes
- WiFi - No
- 4G - No
- 3G - No
- Display - 1.4", 128 x 160 Pixels, TFT
- Operating System - Proprietary
- Keyboard - Dial Pad
- Built-In Memory - 10 MB
- Dimensions - 3.7" x 1.9" x 0.7"
- Weight - 3.0 Ounces
- Battery Type - Li-Ion
- Standby Time - Up To 17.9 Days
- Talk Time - Up To 4.5 Hours
- Data Plan - Optional

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 63 of 259

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Plans Coverage SIM Card PHONES

Home > ReUp Your Plan >

Simple Mobile $25 Unlimited Talk & Text - 15 days Instant ReUp

LARGER PHOTO Email a Friend

Your Account will be Automatically Replenished

**Our Price: $25.00**

**Availability:** Instant ReUp

*Product Code: RTRSM25*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:

(Re-Enter Cell #)

add to cart

ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Description

## $25 15-Day Plan Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting
- Unlimited International Texting
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options

**Get 15 days of unlimited talk, text and international text.**

**SIMPLE Mobile now offers a 15 day solution for times when you need a short term wireless plan.**

With SIMPLE Mobile's $25 no contract wireless plan, you get unlimited talk and text for 15 days. This is a perfect solution for foreign visitors with GSM phones. Just switch out your SIM card for a SIMPLE Mobile SIM. With SIMPLE Mobile you get access to one of America's strongest nationwide cell phone networks at a low price.

**Features**

| Talk | sms | MMS | Web | Days |
|---|---|---|---|---|
| Unlimted | Unlimited | -- | -- | 15 Days |

Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 64 of 259

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com
View Cart About My Account
search
ReUp Plans Coverage SIM Card PHONES

Home > ReUp Your Plan >

Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

LARGER PHOTO Email a Friend

Your Account will be Automatically Replenished

**Our Price:** $40.00

**Availability:** Instant ReUp
*Product Code: RTRSM40*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:
(Re-Enter Cell #)

add to cart
ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again
chat online
Cell Phone SALE

Description

## $40 Unlimited Plan Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & International)
- Unlimited Internet, First 250MB at 4G Speed
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options

* Device & coverage area dependent. Download speeds may vary.

**Unlimited Talk, Text and Web for $40.**

**Now who has the best plan ever? SIMPLE Mobile's no contract wireless plans continue to offer the best value to customers.**

Tired of huge cell phone bills with overages and unexpected charges? SIMPLE Mobile now offers nationwide unlimited talk, text and web at up to 3G speeds for only $40. No more surprises. No more compromises. All you need is an unlocked GSM cell phone and a SIMPLE Mobile SIM card. Are there any questions? It's pretty SIMPLE – you are about to save a lot of money!

Add-On International Plan

$10.00 Simple Mobile Add-On: International LD

**Our Price:** $10.00

**Features**

Unlimited   Unlimited   Unlimited   First 500MB @ 4G Speed

Share your knowledge of this product.  Be the first to write a review »

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



## SIMPLE Mobile
**Authorized Retailer**

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp | Plans | Coverage | SIM Card | PHONES

Home > ReUp Your Plan >

### Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Your Account will be Automatically Replenished**
**Our Price: $50.00**

**Availability:** Instant ReUp
**Product Code:** RTRSM50

LARGER PHOTO    Email a Friend

Choose your options...

**Apply Refill to What Simple Mobile Number?**

Simple Mobile #*:

(Re-Enter Cell #)

**add to cart** >    ADD TO WISH LIST

### Description

**$50 Unlimited Nationwide Features**

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & International)
- Unlimited Internet speeds* (First 2.5GB at 4G Speed)
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $10 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

**You need high speed data? Try 42.2 Mbps.**

**Unlimited talk, text and high speed data is only $50 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $50 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

### Features

Instant ReUp

**Add-On International Plan**

$10.00 Simple Mobile Add-On: International LD
**Our Price: $10.00**

Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

| | | | Unlimited Web | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | First 2.5GB @ 4G Speed | 30 Days |

**Average Rating:** ⭐☆☆☆☆ **| Total Reviews: 2** Write a review »
1 of 5

0 of 1 people found the following review helpful:

| ⭐☆☆☆☆ **3way** | *July 20, 2013* |
|---|---|

*Reviewer: Sainsia Boulin from Brooklyn, NY United States*
I have 3 way but its not working

Was this review helpful to you? Yes   No

10 of 14 people found the following review helpful:

| ⭐☆☆☆☆ **$50 plan** | *July 2, 2013* |
|---|---|

*Reviewer: Linda Maon from Fresno, CA United States*
Said it have 3 way calling but my 3 way is not working.

Was this review helpful to you? Yes   No

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp | Plans | Coverage | SIM Card | PHONES

Home > ReUp Your Plan >

Simple Mobile $60 Unlimited Talk, Text & Web - (First 4GB at 4G Speed)

LARGER PHOTO | Email a Friend

Your Account will be Automatically Replenished

**Our Price: $60.00**

**Availability:** Instant ReUp

*Product Code: RTRSM60*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*: (Re-Enter Cell #)

add to cart

ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Description

## $60 Unlimited Nationwide Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds* (First 4GB at 4G Speed)
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

### You need high speed data? Try 42.2 Mbps.

**Unlimited talk, text and high speed data is only $60 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $60 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

**Features**

Instant ReUp

**Add-On International Plan**

$10.00 Simple Mobile Add-On: International LD

**Our Price: $10.00**

| Unlimited | Unlimited | Unlimited | Unlimited Web<br>**First 4GB @ 4G Speed** | 30 Days |
|---|---|---|---|---|

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.



View Cart    About    My Account

888-237-3787    Se Habla Espanol
(M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp    Plans    Coverage    SIM Card    PHONES

Home > ReUp Your Plan >

### Simple Mobile $70 Unlimited Talk, Text, Web & INTL Calling - (First 4GB at 4G Speed)





LARGER PHOTO    Email a Friend



**Your Account will be Automatically Replenished**
Our Price: $70.00

**Availability:** Instant ReUp
*Product Code: RTRSM70*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:

(Re-Enter Cell #)

add to cart ▶    ⊕ ADD TO WISH LIST



Cell Phone SALE

---

**Description**

### $70 Unlimited INTL & Nationwide Features

- Unlimited Phone Calls (Local & Long Distance & International Calling**)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds* (First 4GB at 4G Speed)
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options**
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

**/* Device & coverage area dependent. Download speeds may vary.

- International Calling to over 1,000 destinations, including Canada, China, India and Mexico landline
- Unlimited International Texting
- Unlimited Nationwide Talk, Text and picture messaging
- 4G speeds included on all SIMPLE Mobile 30 Day Unlimited International Calling Plans
- 30 Days of Service

**You need high speed data? Try 42.2 Mbps.**

**Unlimited International talk, text and high speed data is only $70 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $70 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

Simple Mobile $60 Unlimited International Talk, Text & 4G Web - 30 Days Instant ReUp

**Features**

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | Unlimited Web **First 4GB @ 4G Speed** | 30 Days |

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category Index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787

Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp | Plans | Coverage | SIM Card | PHONES

Home > ReUp Your Plan >

Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Your Account will be Automatically Replenished**
Our Price: $50.00

Availability: Instant ReUp
Product Code: RTRSM50BB

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:

(Re-Enter Cell #)

add to cart        ADD TO WISH LIST

LARGER PHOTO | Email a Friend

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

---

Description

**$50 Unlimited Black Berry Nationwide Features**

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds*
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

**You need high speed data? Try 42.2 Mbps.**

**Unlimited talk, text and high speed data is only $50 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $50 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

Features

Instant ReUp

| Unlimted | Unlimited | Unlimited | Unlimited Web<br>**First 2.5GB @ 4G Speed** | 30 Days |
|---|---|---|---|---|

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



Simple Mobile Monthly Auto-ReUp Payments

**Simple Mobile Monthly Auto-ReUp Payments**

Product Code: SMAUTO

Choose your options...

*Simple Mobile Monthly Auto-ReUp Plan*

Select Auto-ReUp Plan*:   ● $50 Unlimited Talk, Text & Web Plan [Add $50.00]

*Simple Mobile Cell Phone Number?*

Simple Mobile #*:

*What Day of the Month Would You Like to be Charged*

Pick a Day*:   1st Day Each Month

**add to cart ▶**   ⊕ ADD TO WISH LIST

Description

# Simple Mobile Auto ReUp

## Auto Monthly Payment Process:

- Your account will be **Automatically** replenished for you.
- No Worries, No Fees, Never Run Out!
- We will bill your credit card each month on the day you selected at setup.

**SIMPLE Mobile's no contract wireless plans continue to offer the best value to customers.**

Tired of huge cell phone bills with overages and unexpected charges?  No more surprises. No more compromises. All you need is an unlocked GSM cell phone and a SIMPLE Mobile SIM card. Are there any questions? It's pretty SIMPLE – you are about to save a lot of money!

Average Rating: ★★★★½  | Total Reviews: 4  Write a review »
4.5 of 5

3 of 4 people found the following review helpful:

★★★★★ **blackberry**                                    *February 5, 2013*
*Reviewer: petra handrian from Littleton, CO United States*
im using $50 blackberry service..
in the first time, i got bad experience due the pin they send is bad (no value), but after that all the services was great..
wish SIMPLE MOBILE still keep up the good things.

Was this review helpful to you? Yes  No



3 of 5 people found the following review helpful:

⭐⭐⭐⭐⭐ **The best**                                        *December 7, 2012*

*Reviewer: Gracie from Lawrenceville, GA United States*

I am on $40 plan. I get all features other networks charge exorbitant charges for. I was on Metro pcs, before I switched, and I tell you there is no regrets. Infact, I love using Simple Mobile, the Wifi connection is the fastest I have seen so far.

Was this review helpful to you? Yes No

3 of 6 people found the following review helpful:

⭐⭐⭐⭐ **review**                                        *October 22, 2012*

*Reviewer: Anh Le from Houston, TX United States*

good

Was this review helpful to you? Yes No

9 of 13 people found the following review helpful:

⭐⭐⭐⭐ **Reup auto pay monthly payment**                    *October 22, 2012*

*Reviewer: Bellie Tolentino from Fort Washington, MD United States*

Simple mobile reup monthly payment ia convinient and easy I give it 4 star

Was this review helpful to you? Yes No

**COMPANY INFO**

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered by Volusion.

About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

View Cart About My Account search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

Home > SIM Cards >

## Simple Mobile SIM Card

LARGER PHOTO | Email a Friend

**Our Price: $8.99**

This item qualifies for FREE SHIPPING!

*Product Code: SMSIM*

Choose your options...

### *What Type Of Phone Will Be Activated?*

Select One*:
- iPhone 5 (Nano Sim)
- iPhone 4/4S, Galaxy S3 (Micro Sim)
- iPhone 3GS/3 and Earlier (Standard Sim)
- Android Phone (Standard Sim)
- Other Phone (Standard Sim)

### *Add a Plan*

- No Plan, Just send me a SIM Card
- $50 Unlimited Talk, Text & 4G [Add $50.00]
- $50 BlackBerry Unlimited Talk, Text & 4G [Add $50.00]
- $40 Unlimited Talk, Text & 3G [Add $40.00]

add to cart | ADD TO WISH LIST

chat online

Cell Phone SALE

Description

Simple Mobile SIM Card

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



Simple Mobile SIM Card

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 79 of 259

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart About My Account search

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# UNLIMITED CALLING PLANS

No contract, no credit checks, choose from hundreds of phones or bring your own phone. The easiest prepaid service available.

Home > ReUp Instant RTR

5 per page Page 1 of 2

Sort By: Price: High to Low Go

Next Page

Simple Mobile $70 Unlimited Talk, Text, Web & INTL Calling - (First 4GB at 4G Speed)

**Our Price: $70.00**

Add to Cart +

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | Unlimited Web **First 4GB @ 4G Speed** | 30 Days |

more info

Simple Mobile $60 Unlimited Talk, Text & Web - (First 4GB at 4G Speed)

**Our Price: $60.00**

Add to Cart +

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | Unlimited Web **First 4GB @ 4G Speed** | 30 Days |

more info

Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Our Price: $50.00**

Add to Cart +

Instant ReUp

| | | | | |
|---|---|---|---|---|
| Unlimted | Unlimited | Unlimited | Unlimited Web **First 2.5GB @ 4G Speed** | 30 Days |

more info

Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Our Price: $50.00**

Add to Cart +

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE



▶more info

Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp
**Our Price: $40.00**
Add to Cart +

▶more info

Next Page ▶

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or and names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Plans Coverage SIM Card PHONES

Home > ReUp Your Plan > One Time ReUp

Sort By: Price: Low to High Go

10 per page Page 1 of 1

Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

**Our Price: $40.00**

Add to Cart +

Instant ReUp

| | sms | MMS | | |
|---|---|---|---|---|
| *Unlimted* | *Unlimited* | *Unlimited* | *Unlimited Web* ***First 500MB @ 4G Speed*** | *30 Days* |

more info

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



SIMPLE Mobile
Authorized Retailer
Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES





Cell Phone SALE

## Help

■ Return to Help Index

### Order Status

**Has my order shipped?**

Click the "My Account / Order Status" link at the top right hand side of our site to check your orders status.

**How do I change quantities or cancel an item in my order?**

Click the "My Account / Order Status" link at the top right hand side of our site to view orders you have placed. Then click the "Change quantities / cancel orders" link to find and edit your order. Please note that once an order has begun processing or has shipped, the order is no longer editable.

**How do I track my order?**

Click the "My Account / Order Status" link at the top right hand side of our site to track your order.

**My order never arrived.**

Click the "My Account / Order Status" link at the top right hand side of our site to track your order status. Be sure that all of the items in your order have shipped already. If you order displays your Package Tracking Numbers, check with the shipper to confirm that your packages were delivered. If your packages each show a status of "delivered", please contact customer service for assistance.

**An item is missing from my shipment.**

Click the "My Account / Order Status" link at the top right hand side of our site to track your order status. Be sure that all of the items in your order have shipped already. If you order displays your Package Tracking Numbers, check with the shipper to confirm that your packages were delivered. If your packages each show a status of "delivered", please contact customer service for assistance.

**My product is missing parts.**

Click the "My Account / Order Status" link at the top right hand side of our site to track your order status. Be sure that all of the items in your order have shipped already. If you order displays your Package Tracking Numbers, check with the shipper to confirm that your packages were delivered. If your packages each show a status of "delivered", please contact customer service for assistance.

**When will my backorder arrive?**

Backordered items are those which our suppliers are unable to predict when they will have more in stock, but as soon as they do, we will be able to ship the item to you.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login / Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products or the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Help: Answer

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES





# Help

☐ Return to Help Index

## My Account

### How do I create an account?

**1)** Click the "My Account / Order Status" link at the top right side of our site.
**2)** Enter your email address.
**3)** Select "I am a new customer".

Then simply follow the prompts to complete setting up your account. Your information is NEVER sold to any other company and is kept completely private. Please view our Privacy Policy for more information.

### How do I edit my account information?

Click the "My Account / Order Status" link at the top right hand side of our site to edit your account information.

### How much is my shipping?

Shipping is automatically calculated prior to submitting your payment information.  Simply add items to your cart and proceed to the Checkout page where you will be offered Shipping Method choices and their prices.

### I forgot my password.

Click the "My Account / Order Status" link at the top right hand side of our site. Under the login box you'll see a link that says "Forgot your password? Click here". That link will send an email to you with your password.

### How do I return my product?

Please click here for more information on returning an item.

### I received the wrong product.

If you feel that you have received the wrong product, please contact customer service within 72 hours of receiving the product.

### What is your return policy?

Please see our Terms & Conditions for complete details regarding our return policy.

### When will my order ship?

Please see each individual item page for more information on the availability of each item. Also, after placing your order, you may click the "My Account / Order Status" link at the top right hand side of our site to track the status of your order. You will receive a shipment confirmation when your order has shipped and tracking information within 24-48 hours of shipment.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or and names solely for the purpose of demonstrating the products and services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.

http://www.mysimplemobilereup.com/help_answer.asp?ID=10[9/9/2013 2:08:58 PM]

Help: Answer









Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 86 of 259

View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Help

Return to Help Index

## International Shipping

### Do you ship to my country?

Please create an account by clicking the "My Account / Order Status" link at the top right hand side of our site. During signup we'll ask for your shipping address details including country. If your country is not in the dropdown menu of available countries, unfortunately we cannot ship to your country at this time.

### What are my payment choices?

During the checkout process you may choose any of our current payment options and continue to place your order. Please note that we will not ship your order until we receive payment from you.

### When will my order ship and what are my shipping charges?

Shipping is automatically calculated prior to submitting your payment information. Simply add items to your cart and proceed to the Checkout page where you will be offered Shipping Method choices and their prices. We will ship your order shortly after we receive payment from you.

### What is the return policy?

Please see our Terms & Conditions for complete details regarding our return policy.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 87 of 259

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Help

Return to Help Index

## Guarantees

### Low Price Guarantee

It is our commitment to provide you with the best value, at the best price. We value your business and strive to keep our prices low, and SAVE you money!

### Privacy Policy

We value your privacy. Please view our Privacy Policy for complete details on how we use the information we collect.

### Security

This website is protected with SSL (secure socket layer) encryption, the highest standard in Internet security.

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
- About Us
- Contact Us
- Privacy Policy

MY ACCOUNT
- Login / Register
- Shopping Cart
- Order Status

SITE MAPS
- Product Index
- Category index

CUSTOMER SERVICE
- Help
- Shipping & Deliveries
- Returns & Exchanges

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 88 of 259

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Help

Return to Help Index

## Pricing and Billing

### Do I have to pay sales tax?

You only have to pay sales tax if you are located in the same state as our warehouse.

### I have a question on my charges.

Click the "My Account / Order Status" link at the top right hand side of our site to review your orders. You may compare your order history on our website, with your financial records. If you have further questions or concerns, please contact customer service for further assistance.

### I need a copy of my receipt/invoice.

Click the "My Account / Order Status" link at the top right hand side of our site to print invoices.

### When will my credit appear on my account?

Credits usually take 7-10 business days from the time we receive your item(s).

### When will my credit card be charged?

Your credit card will be charged within 24 hours prior to shipment of your item(s).

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Help: Answer

SIMPLE Mobile
Authorized Retailer
Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## Help

■ Return to Help Index

### Buyer's Guide

**How do I buy/redeem a gift certificate?**

To purchase a gift certificate for someone, click here. If you are the recipient of a gift certificate and would like to redeem your gift certificate, click here.

**How do I find my product?**

To find the product(s) you're looking for, you may (1) use the navigation menus on the top, left & bottom of our website. (2) type a keyword into the SEARCH box. If you have any trouble locating a product, feel free to contact customer service for assistance.

**How do I navigate the site?**

To navigate this website, simply click on a category you might be interested in. Categories are located on the top, left & bottom of our website. QUICK TIP: Place your mouse cursor over anything you think could be a clickable link. You'll notice that anytime you scroll over something that is a link, your mouse cursor will become a "hand". Whereas scrolling over anything that is NOT a link will leave your cursor as an "arrow". You may also type a keyword into the SEARCH box to quickly find a specific product. If you have any trouble locating a product, feel free to contact customer service for assistance.

**How do I use a coupon?**

After adding items to your cart, click the "View Cart" link at the top of this site to view your cart. At the bottom of the shopping cart you'll see a box where you may enter your coupon code.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products or the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 90 of 259

# Help

Return to Help Index

## Additional Support

### How do I contact you?

Please click here for our company contact information.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.





**Authorized Retailer**

Se Habla Espanol
(M-Sat 10-7PM EST)
**888-237-3787**

Powered By: MySimpleMobileReUp.com



View Cart    About    My Account

| ReUp Payments | Plans | Coverage | SIM Card | PHONES |

## GET A PLAN.
### ReUp

$25 UNLIMITED TALK & TEXT PLAN 15-DAY
Details & Buy

$40 UNLIMITED TALK, TEXT & WEB
Details & Buy

$50 UNLIMITED TALK, TEXT & 3G/4G WEB
Details & Buy

$50 BLACKBERRY UNLIMITED TALK, TEXT & 3G/4G WEB
Details & Buy

### Monthly AUTO ReUp

Auto - ReUp

Select a Monthly Plan for Auto-Pay Setup

$50 Unlimited Plan

No Hassle Auto Mothly ReUp

MOBILE WEB | UNLIMITED TEXT | MOBILE EMAIL | INTERNATIONAL SMS | MULTIMEDIA | INSTANT MESSAGING | UNLIMITED | facebook MySpace Twitter

Auto Monthly ReUp

Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
| --- | --- | --- | --- |
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |



Case 1:13-cv-23066-KMW  Document 12-6  Entered on FLSD Docket 11/14/2013  Page 94 of 259

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787

Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about Simple Mobile $25 Unlimited Talk & Text - 15 days Instant ReUp? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile

Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

View Cart About My Account

search

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Login

- **In order to write a review, you must first login.**

## Returning Customers

If you've purchased from us before, please login with your email address and password.

**Email Address:**

**Password:**

Forgot your password?

LOGIN

## New Customers

If this is your **first** purchase with us, please proceed by clicking the following button to continue first-time registration.

CONTINUE

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges





Email a Friend

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
**888-237-3787** (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about Simple Mobile $40 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

http://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=RTRSM40[9/9/2013 2:11:11 PM]



Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 99 of 259

SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about Simple Mobile $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



SIMPLE Mobile
**Authorized Retailer**

**888-237-3787** Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

**ReUp Payments**    **Plans**    **Coverage**    **SIM Card**    **PHONES**

# E-mail a Friend

Want to tell a friend about Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
**Auto Monthly**
**ReUp**
**Sign up Today**
**Never Worry Again**

chat online

**Cell Phone SALE**

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart About My Account search

ReUp Plans Coverage SIM Card PHONES

Home > ReUp Your Plan >

Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

LARGER PHOTO Email a Friend

Your Account will be Automatically Replenished

**Our Price: $50.00**

**Availability:** Instant ReUp

*Product Code: RTRSM50BB*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*: (Re-Enter Cell #)

add to cart ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Description

## $50 Unlimited Black Berry Nationwide Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds*
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

### You need high speed data? Try 42.2 Mbps.

**Unlimited talk, text and high speed data is only $50 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $50 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

**Features**

Instant ReUp

Simple Mobile BlackBerry $50 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

| | | | Unlimited Web | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | **First 2.5GB @ 4G Speed** | 30 Days |

Share your knowledge of this product.  Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



**Simple Mobile $60 Unlimited Talk, Text & Web - (First 4GB at 4G Speed)**

LARGER PHOTO | Email a Friend

Your Account will be Automatically Replenished

**Our Price: $60.00**

**Availability:** Instant ReUp

*Product Code: RTRSM60*

Choose your options...

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*: ____

____ (Re-Enter Cell #)

add to cart

ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Description

## $60 Unlimited Nationwide Features

- Unlimited Phone Calls (Local & Long Distance)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds* (First 4GB at 4G Speed)
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

* Device & coverage area dependent. Download speeds may vary.

### You need high speed data? Try 42.2 Mbps.

**Unlimited talk, text and high speed data is only $60 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $60 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

**Features**

Instant ReUp

**Add-On International Plan**

$10.00 Simple Mobile Add-On: International LD

**Our Price: $10.00**

Simple Mobile $60 Unlimited Talk, Text & 4G Web - 30 Days Instant ReUp

| Unlimited | Unlimited | Unlimited | Unlimited Web First 4GB @ 4G Speed | 30 Days |
|-----------|-----------|-----------|-----------------------------------|---------|

**Share your knowledge of this product.** Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



View Cart    About    My Account

888-237-3787   Se Habla Espanol
(M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp | Plans | Coverage | SIM Card | PHONES



Home > ReUp Your Plan >
Simple Mobile $70 Unlimited Talk, Text, Web & INTL Calling - (First 4GB at 4G Speed)






**Your Account will be Automatically Replenished**
Our Price: $70.00

Availability: Instant ReUp
Product Code: RTRSM70

Choose your options...

Apply Refill to What Simple Mobile Number?

Simple Mobile #*:

(Re-Enter Cell #)

add to cart ▶   ⊕ ADD TO WISH LIST



Cell Phone
SALE

---

**Description**

## $70 Unlimited INTL & Nationwide Features

- Unlimited Phone Calls (Local & Long Distance & International Calling**)
- Unlimited Texting (Domestic & Global)
- Unlimited Internet at up to 4G speeds* (First 4GB at 4G Speed)
- Voicemail
- Caller ID
- Call Waiting
- Free Direct Dial 411 Info
- International Long Distance Options**
- $5 Monthly International Long Distance Credit

- Up to 90-day suspend/inactive period before deactivation
- 3-Way Calling

**/* Device & coverage area dependent. Download speeds may vary.

- International Calling to over 1,000 destinations, including Canada, China, India and Mexico landline
- Unlimited International Texting
- Unlimited Nationwide Talk, Text and picture messaging
- 4G speeds included on all SIMPLE Mobile 30 Day Unlimited International Calling Plans
- 30 Days of Service

**You need high speed data? Try 42.2 Mbps.**

**Unlimited International talk, text and high speed data is only $70 at SIMPLE Mobile. How fast do you want to go?**

Our HSPA+ network offers 4G wireless speeds at up to 42.2 Mbps*. Bring your unlocked 4G GSM cell phone to SIMPLE Mobile and discover its true potential. For only $70 a month you will get unlimited talk, text and blazing fast internet. High-speed no-contract wireless at its finest

Simple Mobile $60 Unlimited International Talk, Text & 4G Web - 30 Days Instant ReUp

**Features**

| | | | | |
|---|---|---|---|---|
| Unlimited | Unlimited | Unlimited | Unlimited Web **First 4GB @ 4G Speed** | 30 Days |

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



View Cart    About    My Account

888-237-3787
Se Habla Espanol
(M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

**ReUp** | Plans | Coverage | SIM Card | PHONES

Home > ReUp Your Plan >

## $10.00 Simple Mobile Add-On: International Long Distance Instant ReUp





LARGER PHOTO    Email a Friend

Our Price: **$10.00**

**Availability:** Instant ReUp
*Product Code:* RTRSM10ILD

**Choose your options...**

*Apply Refill to What Simple Mobile Number?*

Simple Mobile #*:

(Re-Enter Cell #)

**add to cart** ►    ✚ ADD TO WISH LIST





Cell Phone SALE

---

**Description**

## $10 Pay-As-You-Go

**International Flexibility Plan**

**TO ALL DESTINATIONS WORLDWIDE. More minutes to the places you call most. Including Mexico, El Salvador, Guatemala, Honduras, Dominican Republic, Colombia, Peru, India, Pakistan, Turkey, Philippines, Nigeria, Yemen, UK and Canada. Service provided by Elite Telecom. Pay-As-You-Go plan can be used with any voice plan, including $25 15-day plan.  Pay-As-You-Go provides more flexibility.**

**How does SIMPLE Mobile ILD work?**

1. Purchase a $10 Simple Mobile International long distance PIN.
2. Choose one of our regional access numbers and save it as a speed dial to your phone.
3. Every time you place an International call, just dial the access number. You will hear a welcome greeting and your account balance. Then, enter the number you are calling - starting with 011, the country code and then the phone number. It's that Simple!

**Access Number:**  ( Use the numbers below for ILD Calls )

| Location | State | Access Number |
|---|---|---|
| Seattle | Washington | (206) 607-1847 |
| Los Angeles | California | (213) 232-8376 |
| Los Angeles | California | (213) 477-1110 |
| Dallas | Texas | (214) 530-5812 |
| Philadelphia | Pennsylvania | (215) 360-3008 |

| Miami | Florida | (305) 423-1218 |
| Miami | Florida | (305) 938-0008 |
| NYC | New York | (347) 751-0368 |
| Phoenix | Arizona | (602) 753-0009 |
| Boston | Massachusetts | (617) 603-0072 |
| San Diego | California | (619) 858-2498 |
| Houston | Texas | (713) 955-0005 |
| Chicago | Illinois | (773) 345-5703 |
| Chicago | Illinois | (773) 634-2019 |

Share your knowledge of this product. Be the first to write a review »

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category Index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Samsung Galaxy SII T989GSM



888-237-3787
(M-Sat 10-7PM EST)
Se Habla Espanol

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >
**Samsung Galaxy SII T989 (Black)**

LARGER PHOTO    Email a Friend

Alternative Views:

List Price: $399.99
Our Price: $289.99
Savings: $110.00

Condition: Factory Refurbished
Manufacturer: Samsung
Model: SII T989
Carrier: Simple Mobile
Return Policy: 30 Day

Availability: Usually Ships in 24 Hours
Product Code: SAMSLLT989BLKTM-RB

**Choose your options...**

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ADD TO WISH LIST

Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Description | Technical Specs

**Samsung Galaxy S II T989 Black**

The Samsung Galaxy S II 4G for Simple-Mobile is one of the fastest smartphones, benefiting from HSPA+ 42 technology. The Galaxy S II lets you browse the Web faster than on the average home internet and has shown average download speeds approaching 8 Mbps and peak speeds of over 22 Mbps on T-Mobile's 4G network. Powered by a Qualcomm Snapdragon S3 Processor with 1.5GHz dual CPUs and Android 2.3.5 "Gingerbread", the Galaxy S II offers super speedy access to your favorite movies, TV shows, websites, games, apps, and more. Pairing rich entertainment features with a 4.52 inch Super AMOLED Plus touch screen, the Galaxy S II will keep you entertained and connected while on-the-go. Stream TV shows or movies on Netflix, enjoy live programs on T-Mobile TV. View a popular movie using Samsung Media Hub while it downloads in the background. Capture high quality pictures and video with the 8 megapixel camera with 1080p HD video. Chat face-to-face with the 2 megapixel front-facing camera.

**Highlights**

- Smartphone Powered By The Latest Version Of Google's Android OS
- 4.52" Super AMOLED Plus Display Is One Of The Largest Screens Available On A Galaxy S II Device
- Super AMOLED Plus Technology- Superior Color and Ultra-fast Response Time For Smoother Graphics
- 1.5GHz Dual Core Processing Means Everything From Apps To Streaming Media Is Quick and Smooth
- 2MP Front-facing Camera With Video Chat Support
- 8MP Primary Camera With Auto-focus, Flash, and 1080p HD Video Capture
- Improved Samsung TouchWiz User Interface and Six-axis Motion Sensor and Gyroscope
- Samsung Media Hub, T-Mobile TV, and Netflix Come Pre-loaded
- One Of T-Mobile's Fastest Smartphones Using HSPA+ 42 Technology With Up To 42 Mbps Download Speeds

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products or the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

New LG G2X P999 GSM



SIMPLE Mobile
Authorized Retailer
Se Habla Espanol (M-Sat 10-7PM EST)
888-237-3787
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >
New LG G2X P999 GSM

LARGER PHOTO    Email a Friend

Alternative Views:

List Price: $329.99
Our Price: $189.99
Savings: $140.00
Condition: New
Manufacturer: LG
Model: G2X
Carrier: Simple Mobile
Return Policy: 30 Day

Availability: Usually Ships in 24 Hours
Product Code: LGG2XTM-NEW

Choose your options...

Would You Like a New Simple Mobile #?

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

If YES, What Area Code would you like

ex: (718)

Would you like to add a Monthly Plan

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ►    ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Description | Technical Specs

LG P999 G2x With Google

Powered by Android, the LG G2x With Google delivers the ultimate entertainment experience through gaming, the Web, and mobile TV. And with a Dual Core processor, it brings you all the speed and power of America's Largest 4G Network. The supercharged G2x delivers up to 100 percent higher performance when running multiple apps at the same time as browsing the web, file downloading, audio streaming, and background data syncs. Dual cameras are versatile for every need. A 1.3 megapixel camcorder on front is perfect for video chat, while the advanced, rear-facing 8 megapixel camera/ camcorder can record 1080p HD and 3D. Share your videos and photos on your favorite social networks, via messaging, or display on compatible televisions using HDMI and DLNA. The G2x is pure Android 2.3 "Gingerbread", with everything you love about Android and nothing you don't need.

Highlights

- T-Mobile's 4G Network - Three Times Faster Download and Upload Speeds Than 3G (Where Available)

http://www.mysimplemobilereup.com/ProductDetails.asp?ProductCode=LGG2XTM-NEW[9/9/2013 2:14:36 PM]

New LG G2X P999 GSM

- Built-in Mobile Store to Download Games, Streaming Media, and Other Entertainment/Multitasking Apps
- Advanced Camera Can Record 1080p HD and 3D To Capture Life's Memory-making Moments
- On-the-go Web Browsing As It Was Meant To Be - Blazing Fast With Rich Media Experience
- 5x Faster Frame Rates For Console-quality Graphics and Smooth Gaming Experience
- Dual-cameras: 1.3MP Front-facing Camera For Video Chat, and 8MP Rear-facing For High-Quality Images
- Preloaded with Need for Speed Shift HD (full version)

**Share your knowledge of this product.** Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile
ReUp logo and the Simple Mobile product images are registered
trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way
affiliated with Simple Mobile ReUp or any other entity for which a logo or
name may be present. MSMR refers to these logos and or names solely for
the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

HTC Sensation 4G GSM



**HTC Sensation 4G for Simple-Mobile**

The HTC Sensation 4G for T-Mobile delivers the ultimate in speed and entertainment on America's Largest 4G Network. With a lightning-fast dual core processor and 4G speeds, you can experience the difference when accessing rich media and content on the HTC Sensation 4G's beautiful qHD display. The Sensation 4G's 8 megapixel camera doesn't just shoot gorgeous photos. With the new instant capture feature you can capture the moments you want without worrying about missing or keeping up with the action. The Sensation 4G also shoots full HD video in 1080p resolution, with full stereo sound, at up to 30 frames a second, giving you smooth video. The Sensation 4G is also the first smartphone to feature HTC Watch- an application and service that puts an entire library of the latest, premium movies and TV shows right at your fingertips. HTC Watch uses progressive download technology that makes it possible to watch videos without waiting for a huge file to finish downloading.

**Highlights**

- 4G Smartphone Streams and Shares With Ease, Running On America's Largest 4G Network

- Spacious Entertainment With Its 4.3" Super LCD qHD Touch Screen
- Powerful, Android Smartphone On T-Mobile's 4G Network Is Powered By A 1.2GHz Dual Core Processor
- Capture and Share The Action With 1080p HD Capture and Video Sharing Using The 8MP Camera
- Video Chat Using With Sensation 4G's **Front-facing Camera**
- Benefit From The Newest Android OS Platform "Gingerbread" 2.3
- Customize Your Phone Fast and Stay Closer To The People You Care About With The New HTC Sense
- Download Movies To Rent Or Own Through HTC Watch- Watch Them With An Optimized Resolution
- Enjoy WiFi Connectivity and WiFi Calling
- Play A Movie On Your TV Via HDMI While Checking Out Your HTC FriendStream

Share your knowledge of this product. Be the first to write a review »

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category Index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Samsung Galaxy S 4G T959V GSM



**SIMPLE** Mobile
Authorized Retailer
Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments    Plans    Coverage    SIM Card

Home > Phones >

**Samsung Galaxy S 4G T959V GSM**

List Price: $289.99
Our Price: $169.99
*Savings: $120.00*
**Condition:** Factory Refurbished
**Manufacturer:** Samsung
**Model:** Galaxy S 4G
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: SAMT959VTM-RB*

LARGER PHOTO    Email a Friend

Alternative Views:

*Choose your options...*

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ⊕ ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Description

**The Samsung Galaxy S 4G SGH-T959V** is a 4-inch touchscreen smartphone that will grab the attention of everyone with its stylish look. This Android mobile is powered by a 1 GHz Hummingbird processor, making multitasking a breeze. This Samsung smartphone runs on Android 2.2 Froyo OS, providing quick access to Google mobile services. This Samsung smartphone allows you to instantly download digital media content from the internet at 4G speed. The Super AMOLED display provides a rich viewing experience while watching movies, playing games, and surfing on this Android mobile. The 5 MP rear camera of the Samsung Galaxy S 4G SGH-T959V can capture amazing photographs.

**Features**

- 4G capable (up to 21 Mbps theoretical download speed)
- 1 GHz Hummingbird processor
- 4" Super AMOLED™ Screen
- 8 GB memory card included (expandable to 32 GB)
- 5 megapixel rear-facing camera
- HD camcorder

- 1.3MP front-facing camera
- Android™ 2.2 OS (Froyo)
- Apps (Android Market™)
- GPS with navigation capability
- Mobile Video Chat powered by Qik™
- Music player
- Touch screen with on-screen keyboard
- Swype® keyboard
- Full Web browsing with Adobe® Flash® Player 10.1 support
- Text, picture and video messaging
- Wi-Fi & mobile calling
- Wi-Fi sharing (Wi-Fi hotspot for up to 5 other devices)
- Bluetooth® technology
- GSM 850, 900, 1800, 1900
- UMTS 1700/2100, 2100
- Data:HSDPA HSDPA 21 Mbit/s / HSUPA 5.76 Mbit/s

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered by Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

HTC My Touch 4G GSM



## MyTouch 4G Black

The myTouch 4G for Simple-Mobile is the newest addition to the myTouch lineup. Running on Android 2.2 operating system, you can customize to your heart's content. With groundbreaking speed and exclusive features, the myTouch 4G is a premium smartphone. Lightning fast 4G speeds lets you download photos, videos, and apps quicker than ever. The impressive 5 megapixel camera not only captures photos and HD video but it also allows you to chat face-to-face across the country. Video Chat with anyone with a compatible phone, a PC, Mac, or tablet. Share your videos and pictures at home by connecting your myTouch 4G to a compatible HDTV wirelessly. Send messages, reply to messages, search the web, or find things nearby with a simple voice command and a touch of the Genius Button.

## Highlights

- Download Photos, Videos, and Apps At Lightning-fast 4G Speeds
- Video Chat Lets You Easily Connect From Anywhere To A Phone Or PC, Like A Phone Call

HTC My Touch 4G GSM

- Continue battery life, video chat over WiFi, Wall, and to browse the web with voice commands
- Record HD Video And Share Them Instantly With Friends With Screen 2
- Make Your myTouch 4G Uniquely Yours With The Customization Of Android 2.2
- Advanced 5.0MP Camera With Auto-focus and Flash Also Captures HD Video
- Stream YouTube and Other Video Files At Blazing Fast 4G Speeds
- Easily Browse The Web or Send Emails, Even While On a Call
- Share Your Media Directly With Your Compatible HDTV- Wirelessly!

Share your knowledge of this product.   Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

LG My Touch Q C800 4G GSM



Home > Phones >
LG My Touch Q C800 4G GSM

| | |
|---|---|
| List Price: $219.99 | |
| **Our Price: $144.99** | |
| Savings: $75.00 | |
| **Condition:** Refurbished | |
| **Manufacturer:** LG | |
| **Model:** My Touch | |
| **Carrier:** Simple Mobile | |
| **Return Policy:** 30 Day | |
| | |
| **Availability:** Usually Ships in 24 Hours | |
| *Product Code: LGC800MYT4G-RB* | |

Choose your options...

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▸     ● ADD TO WISH LIST

**Description**

**LG myTouch Q C800 4G Android Smartphone (Black)**

The beautifully designed and easy to use Simple-Mobile myTouch Q C800 4G by LG is a slim yet stylish Android-powered device equipped with a full slide-out QWERTY keyboard. Features a 3.5-inch full touch screen display, built-in 5 MP digital camera, 720p HD video recording capabilities, Bluetooth wireless technology and Wi-Fi (802.11b/g/n) connectivity. Browse the Web, download content and stream media faster on T-Mobile's 4G network.

**PHONE FEATURES:**

- 1 GHz Qualcomm Snapdragon S2 processor
- 2 GB internal storage, microSD slot
- 3.5-inch AMOLED capacitive touch screen display
- 5 MP autofocus camera, 720p HD video recording

LG My Touch Q C800 4G GSM

Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 121 of 259

- Bluetooth: 3.0, stereo sound hands-free n
- Frequency: GSM 850/900/1800/1900 MHz, UMTS 1700/2100 MHz
- Talk Time: Up to 3.3 hours
- Standby: Up to 11 days
- Dimensions: 4.76 (H) x 2.50 (W) x 0.51 (D) in.
- Weight: 5.64 oz.

**Share your knowledge of this product.** Be the first to write a review »

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category Index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

http://www.mysimplemobilereup.com/ProductDetails.asp?ProductCode=LGC800MYT4G-RB[9/9/2013 2:16:31 PM]

Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 122 of 259

New ZTE Concord V768 GSM

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price:** $129.99
**Our Price:** $89.99
*Savings: $40.00*
**Condition:** New
**Manufacturer:** ZTE
**Model:** V768 Concord
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: ZTEV768-RB*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart

ADD TO WISH LIST

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Description

The **ZTE Concord** for Simple-Mobile Monthly4G is a stylish Android smartphone with no contract required. With easy access to the web and the nationwide T-Mobile 4G network, the Concord is a popular prepaid smartphone choice. The comfortably-sized 3.5-inch touchscreen is just right for texting, emailing, gaming and more. An on-board 2 megapixel camera/camcorder makes it easy to capture the moment, and then share it instantly with friend and family. The most popular Android apps are pre-loaded. Customize your new ZTE Concord smartphone by choosing from the hundreds of thousands of apps, widgets, and games available to download from the Google Play Store.

**Highlights**

- Android Smartphone With A 3.5" Touch Screen Display
- Voice Actions From Google Allows You To Operate Your Phone With A Simple Voice Command
- Fully Customizable Experience Thanks To Google's Android OS 2.3
- Capture Photos and Videos In The Moment With The 2MP Camera With Video Capture
- Integrated GPS Provides Support For Location-based Services



ZTE Concord V768 GSM

- Choose From Over 600,000 Apps And Widgets From Google Play Store
- Listen To Your Voicemail Messages In Any Order and Easily Manage Your Inbox Without Calling In
- Keep In Touch On-the-go With Instant Messenger and Access To Your Microsoft Exchange Email

**Share your knowledge of this product.** Be the first to write a review »

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Samsung t139 Flip GSM



SIMPLE Mobile
**Authorized Retailer**
Se Habla Espanol
**888-237-3787** (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

## Samsung t139 Flip GSM

List Price: $49.99
Our Price: $34.99
Savings: $15.00
**Condition:** Factory Certified
**Manufacturer:** Samsung
**Model:** t139
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
Product Code: SAMT139TM-COB

Q LARGER PHOTO    ✉ Email a Friend

Alternative Views:

*Choose your options...*

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ⊕ ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
**Sign up Today**
**Never Worry Again**

chat online

Cell Phone
SALE

### Description

### Samsung t139

The Samsung T139 is an entry-level, prepaid flip phone that is easy to use. With more than 15 days of standby battery power, the T139 will always be ready for voice calling and messaging. Using the T9 predictive text technology and the built-in VGA camera, text, instant and picture messaging are all a breeze. The Samsung T139 also has personal organization tools, caller ID, Bluetooth capability, and more.

### Highlights

- An Entry-level Flip Phone That Fits In Your Pocket and Your Budget
- Long Battery Life Lets You Talk Longer Without Charging
- Send And Receive Text, Picture, And Instant Messages
- Bluetooth Enabled To Connect Wirelessly To Headsets and Car Kits For Hands-free Conversation
- Convenient External Display Shows Battery Life, Time, Caller ID, Etc.
- VGA Camera Has 4x Digital Zoom For Snapping Photos On-the-go
- Personal Organizing Tools Including Address Book, Calendar, and More

Samsung t139 Flip GSM

Mobile Web Capable: Web/Webapp from T-Mobile

**Features & Specifications**

- Camera Megapixels - N/A
- Camera (Front) - No
- Touch Screen - No
- Int'l Compatible - Yes
- GPS Capable - Yes
- Use as a Modem - No
- Email - Yes
- Mobile Web Browsing - Yes
- WiFi - No
- 4G - No
- 3G - No
- Display - 1.4", 128 x 160 Pixels, TFT
- Operating System - Proprietary
- Keyboard - Dial Pad
- Built-In Memory - 10 MB
- Dimensions - 3.7" x 1.9" x 0.7"
- Weight - 3.0 Ounces
- Battery Type - Li-Ion
- Standby Time - Up To 17.9 Days
- Talk Time - Up To 4.5 Hours
- Data Plan - Optional

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Alcatel Sparq 606a GSM

View Cart   About   My Account

SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787
Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

Alcatel Sparq 606a GSM



🔍 LARGER PHOTO    ✉ Email a Friend

Alternative Views:

   

List Price: $49.99
Our Price: $29.99
Savings: $20.00
Condition: Refurbished
Manufacturer: Alcatel
Model: Sparq 606a
Carrier: Simple Mobile
Return Policy: 30 Day

Availability: Usually Ships in 24 Hours
Product Code: ALCT606A-ASTK

Choose your options...

Would You Like a New Simple Mobile #?

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

If YES, What Area Code would you like

    ex: (718)

Would you like to add a Monthly Plan

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ✪ ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

💬 chat online

Cell Phone SALE

Description

**Sparq Alcatel 606a**

The Sparq is a reliable, easy-to-use prepaid cell phone. Staying connected has never been easier! Connect with your friends and family via text messaging, voice calls, instant messenger, and email. The slide-out QWERTY keyboard allows you to type messages easily without searching for the letter you want. Wirelessly connect your Sparq Prepaid to optional compatible hands-free accessories like headsets and car kits to chat safely behind the wheel. Upload your favorite tunes or listen to your favorite radio stations from your Sparq Prepaid.

**Highlights**

- Reliable Messaging Phone With Traditional Dial Pad and Slide-out QWERTY Keyboard
- Text, Instant Messaging, and Web Browsing Is Easy With The Full Slide-out QWERTY Keyboard
- Connect With Friends and Family Via Email, Instant Message, Voice Call Text and Multimedia Messaging
- Listen To Your Favorite Radio Stations From Your Sparq Prepaid
- Capture Pictures and Video With The Built-in Camera

- Wirelessly Connect and Move Your Options Using Bluetooth Hands-Free Technology And The Headset And USB
- Load Up To 2000 Songs With The MP3 Player
- Organizer, Calculator, Voice Recorder, Games, and Alarm Clock With Multiple Ringtones
- Hold Conference Calls With Up To 5 People

**Share your knowledge of this product.** Be the first to write a review »

**COMPANY INFO**

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



Email a Friend

# SIMPLE Mobile
**Authorized Retailer**

Se Habla Espanol
**888-237-3787** (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

| ReUp Payments | Plans | Coverage | SIM Card | PHONES |

## E-mail a Friend

Want to tell a friend about Simple Mobile Monthly Auto-ReUp Payments? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Simple Mobile Monthly Auto-ReUp Payments



SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

Home > ReUp Auto-Pay >
**Simple Mobile Monthly Auto-ReUp Payments**

UNLIMITED NATIONWIDE GSM WIRELESS SERVICE
Auto - ReUp
SIMPLE Mobile
no more compromising

LARGER PHOTO    Email a Friend

**Simple Mobile Monthly Auto-ReUp Payments**

*Product Code: SMAUTO*

Choose your options...

*Simple Mobile Monthly Auto-ReUp Plan*

Select Auto-ReUp Plan*:  ⦿  $50 Unlimited Talk, Text & Web Plan [Add $50.00]

*Simple Mobile Cell Phone Number?*

Simple Mobile #*:

*What Day of the Month Would You Like to be Charged*

Pick a Day*:    1st Day Each Month

add to cart ▶    ⊕ ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

**Description**

## Simple Mobile Auto ReUp

### Auto Monthly Payment Process:

- Your account will be **Automatically** replenished for you.
- No Worries, No Fees, Never Run Out!
- We will bill your credit card each month on the day you selected at setup.

**SIMPLE Mobile's no contract wireless plans continue to offer the best value to customers.**

Tired of huge cell phone bills with overages and unexpected charges?  No more surprises. No more compromises. All you need is an unlocked GSM cell phone and a SIMPLE Mobile SIM card. Are there any questions? It's pretty SIMPLE – you are about to save a lot of money!

**Average Rating:** ★★★★½ | **Total Reviews: 4** Write a review »
4.5 of 5

3 of 4 people found the following review helpful:

★★★★★ **blackberry**                                                    *February 5, 2013*
*Reviewer: petra handrian from Littleton, CO United States*
im using $50 blackberry service..
in the first time, i got bad experience due the pin they send is bad (no value), but after that all the services was great..
wish SIMPLE MOBILE still keep up the good things.

Was this review helpful to you? Yes   No



3 of 5 people found the following review helpful:

★★★★★ **The best**
*Reviewer: Gracie from Lawrenceville, GA United States*

December 7, 2012

I am on $40 plan. I get all features other networks charge exorbitant charges for. I was on Metro pcs, before I switched, and I tell you there is no regrets. Infact, I love using Simple Mobile, the Wifi connection is the fastest I have seen so far.

Was this review helpful to you? Yes  No

3 of 6 people found the following review helpful:

★★★★☆ **review**
*Reviewer: Anh Le from Houston, TX United States*

October 22, 2012

good

Was this review helpful to you? Yes  No

9 of 13 people found the following review helpful:

★★★★☆ **Reup auto pay monthly payment**
*Reviewer: Bellie Tolentino from Fort Washington, MD United States*

October 22, 2012

Simple mobile reup monthly payment ia convinient and easy I give it 4 star

Was this review helpful to you? Yes  No

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered by Volusion.

About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category Index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Cell Phones



SIMPLE Mobile
Authorized Retailer

View Cart    About    My Account

Se Habla Espanol
888-237-3787  (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp Payments    Plans    Coverage    SIM Card

Home > Phones

Sort By:    Price: High to Low    Go

20 per page    Page    of 1

Samsung Galaxy SII T989 (Black)
List Price: $399.99
Our Price: $289.99
Savings: $110.00
▶more info    Add to Cart +

New LG G2X P999 GSM
List Price: $329.99
Our Price: $189.99
Savings: $140.00
▶more info    Add to Cart +

HTC Sensation 4G GSM (Black)
List Price: $299.99
Our Price: $189.99
Savings: $110.00
▶more info    Add to Cart +

Samsung Galaxy S 4G T959V GSM
List Price: $289.99
Our Price: $169.99
Savings: $120.00
▶more info    Add to Cart +

HTC My Touch 4G GSM (Black)
List Price: $219.99
Our Price: $149.99
Savings: $70.00
▶more info    Add to Cart +

LG My Touch Q C800 4G GSM
List Price: $219.99
Our Price: $144.99
Savings: $75.00
▶more info    Add to Cart +

New ZTE Concord V768 GSM
List Price: $129.99
Our Price: $89.99
Savings: $40.00
▶more info    Add to Cart +

Samsung t139 Flip GSM
List Price: $49.99
Our Price: $34.99
Savings: $15.00
▶more info    Add to Cart +

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE



Alcatel Sparq 606a GSM

List Price: $49.99
Our Price: $29.99
Savings: $20.00

▶more info    Add to Cart +

Simple Mobile Copyright and Trademark Information. The Simple Mobile
ReUp logo and the Simple Mobile product images are registered
trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way
affiliated with Simple Mobile ReUp or any other entity for which a logo or
name may be present. MSMR refers to these logos and or names solely for
the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



Email a Friend

SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments    Plans    Coverage    SIM Card    PHONES

# E-mail a Friend

Want to tell a friend about $10.00 Simple Mobile Add-On: International Long Distance Instant ReUp? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



Email a Friend

# SIMPLE Mobile
### Authorized Retailer

**888-237-3787** Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about Alcatel Sparq 606a GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

http://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=ALCT606A%2DASTK[9/9/2013 2:19:56 PM]









Email a Friend

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about HTC My Touch 4G GSM (Black)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |









Email a Friend

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

# E-mail a Friend

Want to tell a friend about HTC Sensation 4G GSM (Black)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges









Email a Friend

SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments    Plans    Coverage    SIM Card    PHONES

# E-mail a Friend

Want to tell a friend about LG My Touch Q C800 4G GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges









Email a Friend

# SIMPLE Mobile
**Authorized Retailer**

Se Habla Espanol
**888-237-3787** (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about New LG G2X P999 GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly ReUp
**Sign up Today Never Worry Again**

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges











Email a Friend

SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about New ZTE Concord V768 GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges





Email a Friend

**SIMPLE Mobile**
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

**ReUp Payments** | **Plans** | **Coverage** | **SIM Card** | **PHONES**

# E-mail a Friend

Want to tell a friend about Samsung Galaxy S 4G T959V GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE Mobile**
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category Index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

http://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=SAMT959VTM%2DRB[9/9/2013 2:21:37 PM]







Email a Friend

SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787    (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about Samsung Galaxy SII T989 (Black)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges







Email a Friend

View Cart    About    My Account

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about Samsung t139 Flip GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category Index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges







Email a Friend

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
**888-237-3787** (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

**SIMPLE** Mobile
Auto Monthly ReUp
**Sign up Today**
**Never Worry Again**

chat online

# E-mail a Friend

Want to tell a friend about Simple Mobile $60 Unlimited Talk, Text & Web - (First 4GB at 4G Speed)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

http://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=RTRSM60[9/9/2013 2:22:30 PM]



Email a Friend

**SIMPLE** Mobile
Authorized Retailer

**888-237-3787** Se Habla Espanol
(M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

## E-mail a Friend

Want to tell a friend about Simple Mobile $70 Unlimited Talk, Text, Web & INTL Calling - (First 4GB at 4G Speed)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

http://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=RTRSM70[9/9/2013 2:22:45 PM]



Email a Friend

View Cart    About    My Account

**SIMPLE** Mobile
Authorized Retailer

888-237-3787

*Se Habla Espanol*
(M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

| ReUp Payments | Plans | Coverage | SIM Card | PHONES |

**SIMPLE** Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

## E-mail a Friend

Want to tell a friend about Simple Mobile SIM Card? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

http://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=SMSIM[9/9/2013 2:23:00 PM]

Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 187 of 259



## Gift Certificates

**How would you like to send your gift certificate?**

**Email:**
- Delivered in 1-2 business days
- Send gift certificates to *multiple addresses* all at once

SEND VIA EMAIL

**Print:**
- Delivered in 3-7 business days
- Send multiple gift certificates to the *same address* all at once

SEND VIA PRINT

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Monthly Auto-ReUp Payments



SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

Home > ReUp Auto-Pay >
Simple Mobile Monthly Auto-ReUp Payments

UNLIMITED NATIONWIDE GSM WIRELESS SERVICE
Auto - ReUp
SIMPLE Mobile
...no more compromising

LARGER PHOTO   Email a Friend

**Simple Mobile Monthly Auto-ReUp Payments**

Product Code: SMAUTO

Choose your options...

*Simple Mobile Monthly Auto-ReUp Plan*

Select Auto-ReUp Plan*:   ●   $50 Unlimited Talk, Text & Web Plan [Add $50.00]

*Simple Mobile Cell Phone Number?*

Simple Mobile #*:

*What Day of the Month Would You Like to be Charged*

Pick a Day*:   1st Day Each Month

add to cart ▶       ⊕ ADD TO WISH LIST

Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Description

## Simple Mobile Auto ReUp

### Auto Monthly Payment Process:

- Your account will be **Automatically** replenished for you.
- No Worries, No Fees, Never Run Out!
- We will bill your credit card each month on the day you selected at setup.

**SIMPLE Mobile's no contract wireless plans continue to offer the best value to customers.**

Tired of huge cell phone bills with overages and unexpected charges?  No more surprises. No more compromises. All you need is an unlocked GSM cell phone and a SIMPLE Mobile SIM card. Are there any questions? It's pretty SIMPLE – you are about to save a lot of money!

Average Rating: ★★★★½ | **Total Reviews: 4** Write a review »
4.5 of 5

3 of 4 people found the following review helpful:

★★★★★ **blackberry**                                    *February 5, 2013*
*Reviewer: petra handrian from Littleton, CO United States*
im using $50 blackberry service..
in the first time, i got bad experience due the pin they send is bad (no value), but after that all the services was great..
wish SIMPLE MOBILE still keep up the good things.

Was this review helpful to you? Yes   No



3 of 5 people found the following review helpful:

★★★★★ **The best**
*Reviewer: Gracie from Lawrenceville, GA United States*                    *December 7, 2012*
I am on $40 plan. I get all features other networks charge exorbitant charges for. I was on Metro pcs, before I switched, and I tell you there is no regrets. Infact, I love using Simple Mobile, the Wifi connection is the fastest I have seen so far.

Was this review helpful to you? Yes No

3 of 6 people found the following review helpful:

★★★★☆ **review**
*Reviewer: Anh Le from Houston, TX United States*                    *October 22, 2012*
good

Was this review helpful to you? Yes No

9 of 13 people found the following review helpful:

★★★★☆ **Reup auto pay monthly payment**
*Reviewer: Bellie Tolentino from Fort Washington, MD United States*                    *October 22, 2012*
Simple mobile reup monthly payment ia convinient and easy I give it 4 star

Was this review helpful to you? Yes No

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered by Volusion.



Email a Friend

**888-237-3787** Se Habla Espanol (M-Sat 10-7PM EST)

SIMPLE Mobile
Authorized Retailer

Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about Simple Mobile Monthly Auto-ReUp Payments? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Login

- **In order to write a review, you must first login.**

## Returning Customers

If you've purchased from us before, please login with your email address and password.

**Email Address:**

**Password:**

Forgot your password?

LOGIN

## New Customers

If this is your **first** purchase with us, please proceed by clicking the following button to continue first-time registration.

CONTINUE

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



View Cart About My Account

SIMPLE Mobile Authorized Retailer

888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# Login

**In order to rate a review, you must first login.**

## Returning Customers

If you've purchased from us before, please login with your email address and password.

**Email Address:**

**Password:**

Forgot your password?

LOGIN

## New Customers

If this is your **first** purchase with us, please proceed by clicking the following button to continue first-time registration.

CONTINUE

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 194 of 259



Smartphone Powered By The Latest Version Of Google's Android OS

- 4.52" Super AMOLED Plus Display Is One Of The Largest Screens Available On A Galaxy S II Device
- Super AMOLED Plus Technology- Superior Color and Ultra-fast Response Time For Smoother Graphics
- 1.5GHz Dual Core Processing Means Everything From Apps To Streaming Media Is Quick and Smooth
- 2MP Front-facing Camera With Video Chat Support
- 8MP Primary Camera With Auto-focus, Flash, and 1080p HD Video Capture
- Improved Samsung TouchWiz User Interface and Six-axis Motion Sensor and Gyroscope
- Samsung Media Hub, T-Mobile TV, and Netflix Come Pre-loaded
- One Of T-Mobile's Fastest Smartphones Using HSPA+ 42 Technology With Up To 42 Mbps Download Speeds

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products or the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

## New LG G2X P999 GSM

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price:** $329.99
**Our Price:** $189.99
*Savings: $140.00*
**Condition:** New
**Manufacturer:** LG
**Model:** G2X
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: LGG2XTM-NEW*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart | ADD TO WISH LIST

Description | Technical Specs

### LG P999 G2x With Google

Powered by Android, the LG G2x With Google delivers the ultimate entertainment experience through gaming, the Web, and mobile TV. And with a Dual Core processor, it brings you all the speed and power of America's Largest 4G Network. The supercharged G2x delivers up to 100 percent higher performance when running multiple apps at the same time as browsing the web, file downloading, audio streaming, and background data syncs. Dual cameras are versatile for your every need. A 1.3 megapixel camcorder on front is perfect for video chat, while the advanced, rear-facing 8 megapixel camera/ camcorder can record 1080p HD and 3D. Share your videos and photos on your favorite social networks, via messaging, or display on compatible televisions using HDMI and DLNA. The G2x is pure Android 2.3 "Gingerbread", with everything you love about Android and nothing you don't need.

**Highlights**

- T-Mobile's 4G Network - Three Times Faster Download and Upload Speeds Than 3G (Where Available)

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE



New LG G2X P999 GSM

- Super-combo Processor: Download Data Streaming Media, and Perform Multitasking Rapidly
- Advanced Camera Can Record 1080p HD and 3D To Capture Life's Memory-making Moments
- On-the-go Web Browsing As It Was Meant To Be - Blazing Fast With Rich Media Experience
- 5x Faster Frame Rates For Console-quality Graphics and Smooth Gaming Experience
- Dual-cameras: 1.3MP Front-facing Camera For Video Chat, and 8MP Rear-facing For High-Quality Images
- Preloaded with Need for Speed Shift HD (full version)

Share your knowledge of this product. Be the first to write a review »

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

HTC Sensation 4G GSM



SIMPLE Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >
HTC Sensation 4G GSM (Black)

List Price: $299.99
**Our Price: $189.99**
*Savings: $110.00*
**Condition:** Factory Refurbished
**Manufacturer:** HTC
**Model:** Sensation 4G
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: HTCSENS4GTM-RB*

LARGER PHOTO    Email a Friend

Alternative Views:

*Choose your options...*

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ⚙ ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

| Description | Technical Specs |

### HTC Sensation 4G for Simple-Mobile

The HTC Sensation 4G for T-Mobile delivers the ultimate in speed and entertainment on America's Largest 4G Network. With a lightning-fast dual core processor and 4G speeds, you can experience the difference when accessing rich media and content on the HTC Sensation 4G's beautiful qHD display. The Sensation 4G's 8 megapixel camera doesn't just shoot gorgeous photos. With the new instant capture feature you can capture the moments you want without worrying about missing or keeping up with the action. The Sensation 4G also shoots full HD video in 1080p resolution, with full stereo sound, at up to 30 frames a second, giving you smooth video. The Sensation 4G is also the first smartphone to feature HTC Watch- an application and service that puts an entire library of the latest, premium movies and TV shows right at your fingertips. HTC Watch uses progressive download technology that makes it possible to watch videos without waiting for a huge file to finish downloading.

### Highlights

- 4G Smartphone Streams and Shares With Ease, Running On America's Largest 4G Network

- Spectrum Entertainment With Its 4.3" Super LCD qHD Touch-Screen
- Powerful, Android Smartphone On T-Mobile's 4G Network Is Powered By A 1.2GHz Dual Core Processor
- Capture and Share The Action With 1080p HD Capture and Video Sharing Using The 8MP Camera
- Video Chat Using With Sensation 4G's **Front-facing Camera**
- Benefit From The Newest Android OS Platform "Gingerbread" 2.3
- Customize Your Phone Fast and Stay Closer To The People You Care About With The New HTC Sense
- Download Movies To Rent Or Own Through HTC Watch- Watch Them With An Optimized Resolution
- Enjoy WiFi Connectivity and WiFi Calling
- Play A Movie On Your TV Via HDMI While Checking Out Your HTC FriendStream

**Share your knowledge of this product.** Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

Samsung Galaxy S 4G T959V GSM



**The Samsung Galaxy S 4G SGH-T959V** is a 4-inch touchscreen smartphone that will grab the attention of everyone with its stylish look. This Android mobile is powered by a 1 GHz Hummingbird processor, making multitasking a breeze. This Samsung smartphone runs on Android 2.2 Froyo OS, providing quick access to Google mobile services. This Samsung smartphone allows you to instantly download digital media content from the internet at 4G speed. The Super AMOLED display provides a rich viewing experience while watching movies, playing games, and surfing on this Android mobile. The 5 MP rear camera of the Samsung Galaxy S 4G SGH-T959V can capture amazing photographs.

### Features

- 4G capable (up to 21 Mbps theoretical download speed)
- 1 GHz Hummingbird processor
- 4" Super AMOLED™ Screen
- 8 GB memory card included (expandable to 32 GB)
- 5 megapixel rear-facing camera
- HD camcorder

Samsung Galaxy S 4G T959V GSM

- 0.3 front-facing camera
- Android™ 2.2 OS (Froyo)
- Apps (Android Market™)
- GPS with navigation capability
- Mobile Video Chat powered by Qik™
- Music player
- Touch screen with on-screen keyboard
- Swype® keyboard
- Full Web browsing with Adobe® Flash® Player 10.1 support
- Text, picture and video messaging
- Wi-Fi & mobile calling
- Wi-Fi sharing (Wi-Fi hotspot for up to 5 other devices)
- Bluetooth® technology
- GSM 850, 900, 1800, 1900
- UMTS 1700/2100, 2100
- Data:HSDPA HSDPA 21 Mbit/s / HSUPA 5.76 Mbit/s

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

HTC My Touch 4G GSM



**MyTouch 4G Black**

The myTouch 4G for Simple-Mobile is the newest addition to the myTouch lineup. Running on Android 2.2 operating system, you can customize to your heart's content. With groundbreaking speed and exclusive features, the myTouch 4G is a premium smartphone. Lightning fast 4G speeds lets you download photos, videos, and apps quicker than ever. The impressive 5 megapixel camera not only captures photos and HD video but it also allows you to chat face-to-face across the country. Video Chat with anyone with a compatible phone, a PC, Mac, or tablet. Share your videos and pictures at home by connecting your myTouch 4G to a compatible HDTV wirelessly. Send messages, reply to messages, search the web, or find things nearby with a simple voice command and a touch of the Genius Button.

**Highlights**

- Download Photos, Videos, and Apps At Lightning-fast 4G Speeds
- Video Chat Lets You Easily Connect From Anywhere To A Phone Or PC, Like A Phone Call

HTC My Touch 4G GSM

- Record HD Video And Share Them Instantly With Friends With Screen 480
- Make Your myTouch 4G Uniquely Yours With The Customization Of Android 2.2
- Advanced 5.0MP Camera With Auto-focus and Flash Also Captures HD Video
- Stream YouTube and Other Video Files At Blazing Fast 4G Speeds
- Easily Browse The Web or Send Emails, Even While On a Call
- Share Your Media Directly With Your Compatible HDTV- Wirelessly!

Share your knowledge of this product.  Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

LG My Touch Q C800 4G GSM



**SIMPLE** Mobile
Authorized Retailer
Se Habla Espanol
888-237-3787    (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >
LG My Touch Q C800 4G GSM

**List Price:** $219.99
**Our Price:** $144.99
*Savings: $75.00*
**Condition:** Refurbished
**Manufacturer:** LG
**Model:** My Touch
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: LGC800MYT4G-RB*

LARGER PHOTO    Email a Friend

Alternative Views:

Choose your options...

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

**Description**

**LG myTouch Q C800 4G Android Smartphone (Black)**

The beautifully designed and easy to use Simple-Mobile myTouch Q C800 4G by LG is a slim yet stylish Android-powered device equipped with a full slide-out QWERTY keyboard. Features a 3.5-inch full touch screen display, built-in 5 MP digital camera, 720p HD video recording capabilities, Bluetooth wireless technology and Wi-Fi (802.11b/g/n) connectivity. Browse the Web, download content and stream media faster on T-Mobile's 4G network.

**PHONE FEATURES:**

- 1 GHz Qualcomm Snapdragon S2 processor
- 2 GB internal storage, microSD slot
- 3.5-inch AMOLED capacitive touch screen display
- 5 MP autofocus camera, 720p HD video recording

LG My Touch Q C800 4G GSM

- Video Formats: 3GP, H.264, MPEG4, DivX, WMV, Xvid, MP4/n
- Frequency: GSM 850/900/1800/1900 MHz, UMTS 1700/2100 MHz
- Talk Time: Up to 3.3 hours
- Standby: Up to 11 days
- Dimensions: 4.76 (H) x 2.50 (W) x 0.51 (D) in.
- Weight: 5.64 oz.

**Share your knowledge of this product.** Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges



Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 206 of 259

SIMPLE Mobile Authorized Retailer
888-237-3787 Se Habla Espanol (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart About My Account search

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

New ZTE Concord V768 GSM

LARGER PHOTO | Email a Friend

Alternative Views:

**List Price: $129.99**
**Our Price: $89.99**
*Savings: $40.00*
**Condition:** New
**Manufacturer:** ZTE
**Model:** V768 Concord
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: ZTEV768-RB*

Choose your options...

*Would You Like a New Simple Mobile #?*

- No, I Have a Simple Mobile Number
- Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

- No, Just Send me the Phone
- $70 Unlimited Talk, Text & 4G Web International [Add $70.00]
- $60 Unlimited Talk, Text & 4G Web [Add $60.00]
- $50 Unlimited Talk, Text & 4G Web [Add $50.00]
- $40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart

ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly ReUp
Sign up Today Never Worry Again
chat online
Cell Phone SALE

Description

The **ZTE Concord** for Simple-Mobile Monthly4G is a stylish Android smartphone with no contract required. With easy access to the web and the nationwide T-Mobile 4G network, the Concord is a popular prepaid smartphone choice. The comfortably-sized 3.5-inch touchscreen is just right for texting, emailing, gaming and more. An on-board 2 megapixel camera/camcorder makes it easy to capture the moment, and then share it instantly with friend and family. The most popular Android apps are pre-loaded. Customize your new ZTE Concord smartphone by choosing from the hundreds of thousands of apps, widgets, and games available to download from the Google Play Store.

**Highlights**

- Android Smartphone With A 3.5" Touch Screen Display
- Voice Actions From Google Allows You To Operate Your Phone With A Simple Voice Command
- Fully Customizable Experience Thanks To Google's Android OS 2.3
- Capture Photos and Videos In The Moment With The 2MP Camera With Video Capture
- Integrated GPS Provides Support For Location-based Services

- Choose From A Vast Array Of Apps And Widgets From Google Play Store
- Listen To Your Voicemail Messages In Any Order and Easily Manage Your Inbox Without Calling In
- Keep In Touch On-the-go With Instant Messenger and Access To Your Microsoft Exchange Email

**Share your knowledge of this product.** Be the first to write a review »

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login/Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Samsung t139 Flip GSM



**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card |

Home > Phones >

**Samsung t139 Flip GSM**

List Price: $49.99
Our Price: **$34.99**
*Savings: $15.00*
**Condition:** Factory Certified
**Manufacturer:** Samsung
**Model:** t139
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: SAMT139TM-COB*

LARGER PHOTO    Email a Friend

Alternative Views:

Choose your options...

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶     ⊕ ADD TO WISH LIST

**SIMPLE** Mobile

Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

**Description**

**Samsung t139**

The Samsung T139 is an entry-level, prepaid flip phone that is easy to use. With more than 15 days of standby battery power, the T139 will always be ready for voice calling and messaging. Using the T9 predictive text technology and the built-in VGA camera, text, instant and picture messaging are all a breeze. The Samsung T139 also has personal organization tools, caller ID, Bluetooth capability, and more.

**Highlights**

- An Entry-level Flip Phone That Fits In Your Pocket and Your Budget
- Long Battery Life Lets You Talk Longer Without Charging
- Send And Receive Text, Picture, And Instant Messages
- Bluetooth Enabled To Connect Wirelessly To Headsets and Car Kits For Hands-free Conversation
- Convenient External Display Shows Battery Life, Time, Caller ID, Etc.
- VGA Camera Has 4x Digital Zoom For Snapping Photos On-the-go
- Personal Organizing Tools Including Address Book, Calendar, and More

Samsung t139 Flip GSM

Mobile Web Update - Mobile Web page from Mobile

**Features & Specifications**

- Camera Megapixels - N/A
- Camera (Front) - No
- Touch Screen - No
- Int'l Compatible - Yes
- GPS Capable - Yes
- Use as a Modem - No
- Email - Yes
- Mobile Web Browsing - Yes
- WiFi - No
- 4G - No
- 3G - No
- Display - 1.4", 128 x 160 Pixels, TFT
- Operating System - Proprietary
- Keyboard - Dial Pad
- Built-In Memory - 10 MB
- Dimensions - 3.7" x 1.9" x 0.7"
- Weight - 3.0 Ounces
- Battery Type - Li-Ion
- Standby Time - Up To 17.9 Days
- Talk Time - Up To 4.5 Hours
- Data Plan - Optional

Share your knowledge of this product. Be the first to write a review »

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category Index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Alcatel Sparq 606a GSM

SIMPLE Mobile
Authorized Retailer
Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card

Home > Phones >

## Alcatel Sparq 606a GSM

List Price: $49.99
**Our Price: $29.99**
*Savings: $20.00*
**Condition:** Refurbished
**Manufacturer:** Alcatel
**Model:** Sparq 606a
**Carrier:** Simple Mobile
**Return Policy:** 30 Day

**Availability:** Usually Ships in 24 Hours
*Product Code: ALCT606A-ASTK*

LARGER PHOTO | Email a Friend

Alternative Views:



Choose your options...

*Would You Like a New Simple Mobile #?*

No, I Have a Simple Mobile Number
Yes, I Would Like a New Simple Mobile #

*If YES, What Area Code would you like*

ex: (718)

*Would you like to add a Monthly Plan*

No, Just Send me the Phone
$70 Unlimited Talk, Text & 4G Web International [Add $70.00]
$60 Unlimited Talk, Text & 4G Web [Add $60.00]
$50 Unlimited Talk, Text & 4G Web [Add $50.00]
$40 Unlimited Talk, Text & 4G Web [Add $40.00]

add to cart ▶    ADD TO WISH LIST

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

### Description

**Sparq Alcatel 606a**

The Sparq is a reliable, easy-to-use prepaid cell phone. Staying connected has never been easier! Connect with your friends and family via text messaging, voice calls, instant messenger, and email. The slide-out QWERTY keyboard allows you to type messages easily without searching for the letter you want. Wirelessly connect your Sparq Prepaid to optional compatible hands-free accessories like headsets and car kits to chat safely behind the wheel. Upload your favorite tunes or listen to your favorite radio stations from your Sparq Prepaid.

**Highlights**

- Reliable Messaging Phone With Traditional Dial Pad and Slide-out QWERTY Keyboard
- Text, Instant Messaging, and Web Browsing Is Easy With The Full Slide-out QWERTY Keyboard
- Connect With Friends and Family Via Email, Instant Message, Voice Call Text and Multimedia Messaging
- Listen To Your Favorite Radio Stations From Your Sparq Prepaid
- Capture Pictures and Video With The Built-in Camera

- Wireless Connect And Browse Your Optional Compatible Hands-Free Bluetooth Ear Piece And Device
- Load Up To 2000 Songs With The MP3 Player
- Organizer, Calculator, Voice Recorder, Games, and Alarm Clock With Multiple Ringtones
- Hold Conference Calls With Up To 5 People

**Share your knowledge of this product.** Be the first to write a review »

COMPANY INFO

Simple Mobile Copyright and Trademark Information. The Simple Mobile
ReUp logo and the Simple Mobile product images are registered
trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way
affiliated with Simple Mobile ReUp or any other entity for which a logo or
name may be present. MSMR refers to these logos and or names solely for
the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

COMPANY INFO
About Us
Contact Us
Privacy Policy



Case 1:13-cv-23066-KMW Document 12-6 Entered on FLSD Docket 11/14/2013 Page 212 of 259

# Gift Certificates

**Email Gift Certificates**

Select the amount of each gift certificate: 25.00
**OR** enter your own amount here:

| | |
|---|---|
| Qty: | |
| To: (Optional) | |
| From: (Optional) | |
| Message: (Optional) | (Max. 500 characters, about 60-80 words) |
| Email Addresses of Recipients: (separate by commas) | |

Add Gift Certificates to My Shopping Cart

SIMPLE Mobile Auto Monthly ReUp Sign up Today Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

Gift Certificate

SIMPLE Mobile
Authorized Retailer

View Cart    About    My Account

888-237-3787    Se Habla Espanol
(M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

## Gift Certificates

**Print Gift Certificates**

| | |
|---|---|
| Select the amount of each gift certificate: | 25.00 |
| **OR** enter your own amount here: | |
| Qty: | |
| To: (Optional) | |
| From: (Optional) | |
| Message: (Optional) | (Max. 200 characters, about 25-30 words) |

Cell Phone SALE

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login/Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges

Simple Mobile Copyright and Trademark Information. The Simple Mobile
ReUp logo and the Simple Mobile product images are registered
trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way
affiliated with Simple Mobile ReUp or any other entity for which a logo or
name may be present. MSMR refers to these logos and or names solely for
the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

http://www.mysimplemobilereup.com/GiftCert_default.asp?sendvia=Print[9/9/2013 2:32:50 PM]

Login: Send Pass



Password Assistance

Please enter the email address you use to sign in to your account.

Email:

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

COMPANY INFO
About Us
Contact Us
Privacy Policy

MY ACCOUNT
Login / Register
Shopping Cart
Order Status

SITE MAPS
Product Index
Category index

CUSTOMER SERVICE
Help
Shipping & Deliveries
Returns & Exchanges



Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 216 of 259

SIMPLE Mobile
Authorized Retailer

View Cart    About    My Account

Se Habla Espanol
(M-Sat 10-7PM EST)
888-237-3787
Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about Samsung Galaxy SII T989 (Black)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges







Email a Friend

**SIMPLE** Mobile
Authorized Retailer

888-237-3787
Se Habla Espanol
(M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

# E-mail a Friend

Want to tell a friend about New LG G2X P999 GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

| COMPANY INFO | MY ACCOUNT | SITE MAPS | CUSTOMER SERVICE |
|---|---|---|---|
| About Us | Login / Register | Product Index | Help |
| Contact Us | Shopping Cart | Category index | Shipping & Deliveries |
| Privacy Policy | Order Status | | Returns & Exchanges |

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

https://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=LGG2XTM%2DNEW[9/9/2013 2:34:06 PM]











Email a Friend

SIMPLE Mobile
Authorized Retailer

888-237-3787
Se Habla Espanol
(M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

## E-mail a Friend

Want to tell a friend about HTC Sensation 4G GSM (Black)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login / Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

https://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=HTCSENS4GTM%2DRB[9/9/2013 2:34:37 PM]









Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 233 of 259

View Cart   About   My Account

**SIMPLE Mobile**
Authorized Retailer

888-237-3787
Se Habla Espanol
(M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about Samsung Galaxy S 4G T959V GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

---

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReUp is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges







SIMPLE Mobile
Authorized Retailer

888-237-3787
Se Habla Espanol
(M-Sat 10-7PM EST)

Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about HTC My Touch 4G GSM (Black)? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

SIMPLE Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges









Email a Friend

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787   (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

# E-mail a Friend

Want to tell a friend about LG My Touch Q C800 4G GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and or services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges









Email a Friend

View Cart    About    My Account

**SIMPLE** Mobile
Authorized Retailer

*Se Habla Espanol*
888-237-3787  (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about New ZTE Concord V768 GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone
SALE

---

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges





Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 250 of 259

**SIMPLE**Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart   About   My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about Samsung t139 Flip GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE**Mobile
Auto Monthly
ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges

https://www.mysimplemobilereup.com/EmailaFriend.asp?ProductCode=SAMT139TM%2DCOB[9/9/2013 2:36:57 PM]







Case 1:13-cv-23066-KMW   Document 12-6   Entered on FLSD Docket 11/14/2013   Page 256 of 259

**SIMPLE** Mobile
Authorized Retailer

Se Habla Espanol
888-237-3787 (M-Sat 10-7PM EST)
Powered By: MySimpleMobileReUp.com

View Cart    About    My Account

ReUp Payments | Plans | Coverage | SIM Card | PHONES

## E-mail a Friend

Want to tell a friend about Alcatel Sparq 606a GSM? It's easy. Just enter the information requested below, click the "E-mail a Friend" button, and your message is on its way.

| | |
|---|---|
| Name of recipient: | |
| *Recipient e-mail address: | |
| Your name: | |
| Your e-mail address: | |
| Personal Message: | |
| | |
| The above image says: | |
| | |

*Don't worry--this address will not be sold or used for promotional purposes.

**SIMPLE** Mobile
Auto Monthly ReUp
Sign up Today
Never Worry Again

chat online

Cell Phone SALE

Simple Mobile Copyright and Trademark Information. The Simple Mobile ReUp logo and the Simple Mobile product images are registered trademarks of Simple Mobile ReUp. MySimpleMobileReup is in no way affiliated with Simple Mobile ReUp or any other entity for which a logo or name may be present. MSMR refers to these logos and or names solely for the purpose of demonstrating the products and the services that it resells.

Copyright © 2013 Simple Mobile ReUp. All Rights Reserved.
Powered By Volusion.

**COMPANY INFO**
About Us
Contact Us
Privacy Policy

**MY ACCOUNT**
Login/Register
Shopping Cart
Order Status

**SITE MAPS**
Product Index
Category index

**CUSTOMER SERVICE**
Help
Shipping & Deliveries
Returns & Exchanges





