Exhibit G

| | |
|---|---|
| **From:** | Amy Suleiman <amy@cccnational.com> |
| **Sent:** | Friday, June 07, 2013 2:55 PM |
| **To:** | Kenneth Oh |
| **Cc:** | generalmanager@domainsbyproxy.com |
| **Subject:** | RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553 |

We are an authorized Net10 Dealer not sure what the problem is.

Full Name:  Amy Suleiman

Company Name: CCC Inc

Mailing Address: 6779 Engle Rd. Suite D Middleburg Hts.  OH 44130

Phone Number: 440-499-7133

Email Address: amy@cccnational.com

**From:** generalmanager@domainsbyproxy.com [mailto:generalmanager@domainsbyproxy.com]
**Sent:** Friday, June 07, 2013 12:20 PM
**To:** amy@cccnational.com
**Subject:** Possible Legal Issue Regarding NET10GSM.COM:: 633553

Dear Customer,

As we have received notice that there is a possible legal issue regarding the domain name NET10GSM.COM, you will need to contact the complainant via email no later than close of business on June 12, 2013, and provide them with the following information in order for the complainant to remove Domains By Proxy from this issue.

Required Information:

Full Name

Company Name

1

Mailing Address

Phone Number

Email Address

In order to prove you have attempted contact, we require that you or your representative CC: or BCC: generalmanager@domainsbyproxy.com on your email to the complainant.  Failure to comply may result in the disclosure of your contact information to the complainant.

Complainant information:

Kenneth Oh

TracFone Wireless, Inc.

koh@tracfone.com

Very truly yours,

C Turner

Office of the General Manager

Domains By Proxy, LLC

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3343 / Virus Database: 3184/6366 - Release Date: 05/29/13
Internal Virus Database is out of date.

| | |
|---|---|
| **From:** | Kenneth Oh <KOH@tracfone.com> |
| **Sent:** | Thursday, June 13, 2013 4:32 PM |
| **To:** | amy@cccnational.com |
| **Cc:** | Cindy Jacobs |
| **Subject:** | RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553 |

Dear Amy Suleiman:

I am intellectual counsel for TracFone Wireless, Inc. responsible for managing the company's trademark and unfair competition matters. It has recently come to our attention that your company has been using the infringing domain name www.net10gsm.com to market, advertise, and sell prepaid wireless services. We are writing to insist that CCC Inc. terminate its infringing activities, disable the domain name www.net10gsm.com, and unlock and assign this and any other domain name using our trademarks to TracFone.

As you are undoubtedly aware, TracFone is the owner of the NET10 trademarks. The NET10 trademark is registered in the U.S. Patent and Trademark Office and is the subject of trademark Registration Nos. 3,457,105; 3,929,860; and 3,929,861. These certificates of registration are *prima facie* evidence of the validity of the registered trademarks and of our exclusive right to use the marks in commerce in connection with the goods and services specified therein. Your use of the domain name www.net10gsm.com is likely to cause confusion and give rise to trademark infringement and is in violation of Sections 32(1) and 43(a) of the Lanham Act (15 U.S.C. §§ 1114(1) and 1125(a)).

Therefore, we insist that CCC cease its use of the domain name www.net10gsm.com, along with any other domain names that use or incorporate any of TracFone's trademarks, and assign these to us. We further insist that you advise us, in writing, of your agreement to the terms of this communication within **seven (7) days**. Under the circumstances, we trust that you will see the merit of our position. If we do not hear from you within this time, we will be forced to take legal action, including seeking damages and attorney costs. The foregoing is without prejudice to the rights and remedies of TracFone in connection with this matter, all of which are expressly reserved.

Regards,

Kenneth H. Oh, Esq.
Corporate Counsel – Intellectual Property

TracFone Wireless, Inc.
9700 N.W. 112th Avenue
Miami, Florida 33178
Tel: (305) 715-3704
Fax: (305) 715-3738
E-Mail: koh@tracfone.com


**From:** Amy Suleiman [mailto:amy@cccnational.com]
**Sent:** Friday, June 07, 2013 2:55 PM
**To:** Kenneth Oh
**Cc:** generalmanager@domainsbyproxy.com
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

We are an authorized Net10 Dealer not sure what the problem is.

Full Name:  Amy Suleiman

Company Name: CCC Inc

Mailing Address: 6779 Engle Rd. Suite D Middleburg Hts.  OH 44130

Phone Number: 440-499-7133

Email Address: amy@cccnational.com

**From:** generalmanager@domainsbyproxy.com [mailto:generalmanager@domainsbyproxy.com]
**Sent:** Friday, June 07, 2013 12:20 PM
**To:** amy@cccnational.com
**Subject:** Possible Legal Issue Regarding NET10GSM.COM:: 633553

Dear Customer,

As we have received notice that there is a possible legal issue regarding the domain name NET10GSM.COM, you will need to contact the complainant via email no later than close of business on June 12, 2013, and provide them with the following information in order for the complainant to remove Domains By Proxy from this issue.

Required Information:

Full Name

Company Name

Mailing Address

Phone Number

Email Address

In order to prove you have attempted contact, we require that you or your representative CC: or BCC: generalmanager@domainsbyproxy.com on your email to the complainant.  Failure to comply may result in the disclosure of your contact information to the complainant.


Complainant information:

Kenneth Oh

TracFone Wireless, Inc.

koh@tracfone.com


Very truly yours,


C Turner

Office of the General Manager

Domains By Proxy, LLC

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3343 / Virus Database: 3184/6366 - Release Date: 05/29/13
Internal Virus Database is out of date.

3

**From:**       Kenneth Oh <KOH@tracfone.com>
**Sent:**       Friday, July 12, 2013 3:41 PM
**To:**         Amy Suleiman
**Subject:**    RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

Dear Amy Suleiman:

Understood.  For the time being, please consider the offer to settle amicably withdrawn.

**Kenneth Oh** | Corporate Counsel - Intellectual Property | **TracFone Wireless, Inc.** | O: 305.715.3704 | F: 305.715.3738|
koh@tracfone.com

**From:** Amy Suleiman [mailto:amy@cccnational.com]
**Sent:** Friday, July 12, 2013 3:32 PM
**To:** Kenneth Oh
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

let's put a hold on everything until I can get ahold of my attorney next week and discuss these matters that you've rised.

Amy Suleiman

Sent via the Samsung GALAXY S™4

-------- Original message --------
From: Kenneth Oh <KOH@tracfone.com>
Date: 07/12/2013 2:11 PM (GMT-05:00)
To: amy@cccnational.com
Cc: Cindy Jacobs <CJacobs@tracfone.com>
Subject: RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

Amy,

TracFone can agree to Sept. 26, 2013, but you will need to remove the "keyword" purchase on Google and other search engines <u>immediately</u>.  This is not necessary for a transition.

I note for your information, TracFone has filed a lawsuit in Virginia on Monday and another in Miami yesterday to prevent third-parties from purchases keywords among other infringing activities.

1

You must also agree to assign this and other domain names consisting or containing the terms NET10 or other TracFone's trademarks including Simple Mobile, TracFone, Straight Talk, and Telcel America.  You must also agree not to register any other domain names that consists or comprises TracFone's brands so we do not repeat this again in the future.


Regards,


**Kenneth Oh** | Corporate Counsel - Intellectual Property | **TracFone Wireless, Inc.** | O: 305.715.3704 | F: 305.715.3738| koh@tracfone.com


**From:** Amy Suleiman [mailto:amy@cccnational.com]
**Sent:** Friday, July 12, 2013 12:12 PM
**To:** Kenneth Oh
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553


Hi Ken,


The first time we discussed the option to agree to transfer the domain was on 6/28, 90 days would be 9/26/2013.  I can agree to that date.


Fair?


**From:** Kenneth Oh [mailto:KOH@tracfone.com]
**Sent:** Wednesday, July 10, 2013 5:20 PM
**To:** Amy Suleiman
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

Hi Amy,

In short, I cannot authorize the use of NET10 or any variations thereof, including those listed below, as domain names.

Please confirm that the full transfer will happen by **September 13, 2013**, which is 90 days from our first written communication.

Regards,

**Kenneth Oh** | Corporate Counsel - Intellectual Property | **TracFone Wireless, Inc.** | O: 305.715.3704 | F: 305.715.3738| koh@tracfone.com

**From:** Amy Suleiman [mailto:amy@cccnational.com]
**Sent:** Wednesday, July 10, 2013 3:35 PM
**To:** Kenneth Oh
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

Hi Ken,

Sorry I havent gotten back to you. I just returned on monday and have been trying to get cought up.

I have a few question regarding the domain nae and what exactly we can use as a replacement. Are we allowed to have net10 in it in any way ( net-ten... or net-10... Net10payment...)

The 90 day timeframe to establish a new domain name and transfer our current domain seem fair.

Regards,


Amy Suleiman


Sent via the Samsung GALAXY S™4



-------- Original message --------
From: Kenneth Oh <KOH@tracfone.com>
Date: 07/10/2013 2:50 PM (GMT-05:00)
To: amy@cccnational.com
Cc: Cindy Jacobs <CJacobs@tracfone.com>
Subject: RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

Dear Amy Suleiman:


We have not received a response from you regarding this domain name.  We assume, therefore, that TracFone will need to take the appropriate legal action.


Unless we receive a response by 5:00 pm today, please consider our offer to settle this matter amicably withdrawn.



Regards,



**Kenneth Oh** | Corporate Counsel - Intellectual Property | **TracFone Wireless, Inc.** | O: 305.715.3704 | F: 305.715.3738| koh@tracfone.com




**From:** Kenneth Oh
**Sent:** Friday, June 28, 2013 10:56 AM
**To:** 'amy@cccnational.com'

**Cc:** Cindy Jacobs
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

Amy Suleiman:

Thank you for responding to our email.  As we indicated below, registration of domain names comprising or consisting of NET10® to sell or advertise NET10 products or services is an infringement of TracFone's trademark rights.

Based on your willingness to cooperate, we can permit you to have time to transition to a new domain name.  However, this is subject to you first agreeing to the transfer of the domain name in question.  Assuming you agree to this, we will permit a three (3) month transition period to move to a new domain name.  Thereafter, you must unlock the domain name, use the information below, and provide TracFone the transfer code.

Customer Number: 19628697

Email: dnsbilling@tracfone.com

Please confirm that you agree to the conditions above.  Of course, if you have any questions or would like to discuss this matter, please do not hesitate to let us know.

Regards,

Kenneth H. Oh, Esq.

Corporate Counsel – Intellectual Property

TracFone Wireless, Inc.

9700 N.W. 112th Avenue

Miami, Florida  33178

Tel: (305) 715-3704

5

Cell: (305) 815-9608

Fax: (305) 715-3738

E-Mail: koh@tracfone.com

**From:** Amy Suleiman [mailto:amy@cccnational.com]
**Sent:** Thursday, June 20, 2013 2:35 PM
**To:** Kenneth Oh
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553
**Importance:** High

Dear Ken,

I not sure what we are doing wrong. We didn't violate any agreement between us and the master distributor. We are not out to do any harm to net10, the opposite is true. All our efforts and intentions are to help grow the brand. We try to bring as many new customers to Net10 as possible.

Giving up a website name is difficult and costly. At the very least we would need a few month to transition to a new domain name if that was the only solution for you.

Lets start a dialogue and come to a fair resolution.

Amy

**From:** Kenneth Oh [mailto:KOH@tracfone.com]
**Sent:** Thursday, June 13, 2013 4:32 PM
**To:** amy@cccnational.com
**Cc:** Cindy Jacobs
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

6

Dear Amy Suleiman:

I am intellectual counsel for TracFone Wireless, Inc. responsible for managing the company's trademark and unfair competition matters. It has recently come to our attention that your company has been using the infringing domain name www.net10gsm.com to market, advertise, and sell prepaid wireless services. We are writing to insist that CCC Inc. terminate its infringing activities, disable the domain name www.net10gsm.com, and unlock and assign this and any other domain name using our trademarks to TracFone.

As you are undoubtedly aware, TracFone is the owner of the NET10 trademarks. The NET10 trademark is registered in the U.S. Patent and Trademark Office and is the subject of trademark Registration Nos. 3,457,105; 3,929,860; and 3,929,861. These certificates of registration are *prima facie* evidence of the validity of the registered trademarks and of our exclusive right to use the marks in commerce in connection with the goods and services specified therein. Your use of the domain name www.net10gsm.com is likely to cause confusion and give rise to trademark infringement and is in violation of Sections 32(1) and 43(a) of the Lanham Act (15 U.S.C. §§ 1114(1) and 1125(a)).

Therefore, we insist that CCC cease its use of the domain name www.net10gsm.com, along with any other domain names that use or incorporate any of TracFone's trademarks, and assign these to us. We further insist that you advise us, in writing, of your agreement to the terms of this communication within **seven (7) days**. Under the circumstances, we trust that you will see the merit of our position. If we do not hear from you within this time, we will be forced to take legal action, including seeking damages and attorney costs. The foregoing is without prejudice to the rights and remedies of TracFone in connection with this matter, all of which are expressly reserved.

Regards,

Kenneth H. Oh, Esq.

Corporate Counsel – Intellectual Property

TracFone Wireless, Inc.

9700 N.W. 112th Avenue

Miami, Florida 33178

Tel: (305) 715-3704

Fax: (305) 715-3738

E-Mail: koh@tracfone.com

**From:** Amy Suleiman [mailto:amy@cccnational.com]
**Sent:** Friday, June 07, 2013 2:55 PM
**To:** Kenneth Oh
**Cc:** generalmanager@domainsbyproxy.com
**Subject:** RE: Possible Legal Issue Regarding NET10GSM.COM:: 633553

We are an authorized Net10 Dealer not sure what the problem is.

Full Name:  Amy Suleiman

Company Name: CCC Inc

Mailing Address: 6779 Engle Rd. Suite D Middleburg Hts.  OH 44130

Phone Number: 440-499-7133

Email Address: amy@cccnational.com

**From:** generalmanager@domainsbyproxy.com [mailto:generalmanager@domainsbyproxy.com]
**Sent:** Friday, June 07, 2013 12:20 PM
**To:** amy@cccnational.com
**Subject:** Possible Legal Issue Regarding NET10GSM.COM:: 633553

Dear Customer,

As we have received notice that there is a possible legal issue regarding the domain name NET10GSM.COM, you will need to contact the complainant via email no later than close of business on June 12, 2013, and provide them with the following information in order for the complainant to remove Domains By Proxy from this issue.

8

Required Information:


Full Name

Company Name

Mailing Address

Phone Number

Email Address


In order to prove you have attempted contact, we require that you or your representative CC: or BCC: generalmanager@domainsbyproxy.com on your email to the complainant.  Failure to comply may result in the disclosure of your contact information to the complainant.


Complainant information:

Kenneth Oh

TracFone Wireless, Inc.

koh@tracfone.com


Very truly yours,


C Turner

Office of the General Manager

Domains By Proxy, LLC


No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3343 / Virus Database: 3184/6366 - Release Date: 05/29/13
Internal Virus Database is out of date.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3345 / Virus Database: 3199/6404 - Release Date: 06/12/13

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3345 / Virus Database: 3204/6460 - Release Date: 07/03/13
Internal Virus Database is out of date.