**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>CLEAR CHOICE CONNECTIONS, INC., an Ohio corporation; CCC, INC., an Ohio corporation; and AMY SULEIMAN, an individual, )<br><br>Defendants. ) | Civil Action No.<br>13-23066-CV -WILLIAMS |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

This matter having come before the Court on Plaintiff TracFone Wireless, Inc.'s Motion for Preliminary Injunction, and the Court having considered the Motion, the Memorandum of Law, and the declarations and exhibits submitted therewith, and any opposition submitted by Defendants Clear Choice Communications, Inc., CCC, Inc., and Amy Suleiman (collectively, "Defendants") and any reply thereto, and having heard oral argument of counsel, and for good cause shown;  it is hereby

ORDERED that Plaintiff's Motion for Preliminary Injunction is GRANTED; and it is hereby

FURTHER ORDERED that Defendants, their principals, officers, directors, agents, servants, and employees, as well as any successors and/or assigns of Defendants and all those acting in privity, concert or participation with Defendants, be and are hereby enjoined and restrained, pending final disposition of this action at trial on the merits, from:

(i)     imitating, copying, duplicating or otherwise making any use of the TracFone Marks (the "Marks") or any mark confusingly similar to the Marks;

(ii)    advertising, marketing, promoting, distributing, offering for sale, or selling any product or service in connection with any copy or colorable imitation of the Marks;

(iii)   using any false designation of origin or false description which can or is likely to lead the trade or public, or individual members thereof, to mistakenly believe that any product or service advertised, promoted, offered or sold by Defendants is sponsored, endorsed, connected with, approved or authorized by Plaintiff;

(iv)    causing likelihood of confusion or injury to Plaintiff's business reputation and to the distinctiveness of the Marks by unauthorized use of the same, or any colorable imitation thereof;

(v)     operating any website associated with, using, linking to, transferring, selling, exercising control over, or otherwise owning any domain name or trademark or service mark that incorporates, in whole or in part, the Marks or any marks confusingly similar thereto or colorable imitation thereof;

(vi)    permitting access in the United States to any website operated by or on behalf of Defendants which displays or utilizes the Marks;

(vii)   engaging in any other activity constituting unfair competition or infringement of the Marks or Plaintiff's rights in, or to use, or to exploit the same; or

(viii)  assisting, aiding or abetting another person or business entity in engaging in or performing any of the activities enumerated in subparagraphs (i) through (vii) above; and it is hereby

FURTHER ORDERED that Plaintiff TracFone Wireless, Inc. shall post an injunction bond with the Clerk of the Court in the amount of $5,000 within five (5) days of the date of this Order.

IT IS SO ORDERED.

_____                          _____
Date                                                               United States District Judge