UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-23066-WILLIAMS

TRACFONE WIRELESS, INC.,

    Plaintiff,

vs.

CLEAR CHOICE CONNECTIONS, INC.,
CCC, INC., and AMY SULEIMAN,

    Defendants.
_____/

## ORDER

The Court held a hearing in this matter on April 9, 2015. For the reasons stated at the hearing, it is ORDERED AND ADJUDGED as follows:

1. Plaintiff TracFone Wireless, Inc.'s Motion to Dismiss Clear Choice Connections, Inc.'s Counterclaims [D.E. 68] is GRANTED. Pursuant to Fed. R. Civ. P. 12(b)(6), Clear Choice's counterclaims for tortious interference [D.E. 54 at 12-18] are DISMISSED WITH PREJUDICE.

2. Clear Choice's Motion for Preliminary Injunction [D.E. 46] is DENIED.

3. Defendants' Motion to File Surreply [D.E. 93] is DENIED.

4. Defendants' Motion for Leave to Supplement Response to Plaintiff's Statement of Facts [D.E. 95] is DENIED.

DONE AND ORDERED in Chambers in Miami, Florida, this 10 day of April, 2015.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE