UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-23066-WILLIAMS

TRACFONE WIRELESS, INC.,

    Plaintiff,

vs.

CLEAR CHOICE CONNECTIONS, INC.,
CCC, INC., and AMY SULEIMAN,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court following calendar call held in this matter on January 5, 2016. In accordance with oral rulings made in open court, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' motion to stay (DE 139) is **DENIED**;

2. Plaintiff's motion to strike jury demand (DE 161) is **DENIED**;

3. Plaintiff's motion for leave to file third motion for summary judgment (DE 163) is **DENIED**. Plaintiff's third motion for summary judgment (DE 164) is therefore **DENIED AS MOOT**.

4. Plaintiff's motion for hearing (DE 189) is **GRANTED**. A pre-trial conference will be **SET** for **January 11, 2016** at **1:00 p.m.** before the Honorable Kathleen M. Williams at 400 North Miami Avenue, Courtroom 11-3, Miami, Florida.

It is further **ORDERED** that the following motions to seal are **GRANTED**: DE 162; DE 167; DE 180; DE 182; DE 190; DE 194; and DE 199.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 6 day of January, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE